Case 1:07-cv-01358-AT Document 75-9 Filed 06/07/12 Page 1 of 6

*Osberg v. Foot Locker, Inc., et al.*, 07 Civ. 1358 (KBF)(S.D.N.Y.)

**Log of Documents Withheld From Production Based on Attorney-Client and Work Product Privileges**

| Item No. | BatesBeg | BatesEnd | Doc Date | Author | Recipients | Description | Privilege |
|---|---|---|---|---|---|---|---|
| 1 | FL-PRIV 000001 | FL-PRIV 000002 | _1995-09-05 | Andrea S. Rattner, Esq. of Proskauer Rose | Gary M. Bahler, Esq.; cc to James Grefig, Lisa A. Berkowitz, Esq. | Attorney-client correspondence regarding plan design changes to retirement plan | Attorney-Client |
| 2 | FL-PRIV 000003 | FL-PRIV 000039 | _1996-05-20 | Gary Bahler, Esq. | Sheilagh Clarke, Esq., Marion Derham, Carol Kanowicz, Tom Kiley, Jeremy Novack, Esq., Patricia Peck | Andrea S. Rattner, Esq. of Proskauer Rose changes made to Plan document attached to Memorandum | Attorney-Client |
| 3 | FL-PRIV 000040 | FL-PRIV 000156 | _1996-05-20 | Gary Bahler, Esq. | Sheilagh Clarke, Esq., Marion Derham, Carol Kanowicz, Tom Kiley, Jeremy Novack, Esq., Patricia Peck | Andrea S. Rattner, Esq. of Proskauer Rose changes made to Plan document attached to Memorandum | Attorney-Client |
| 4 | FL-PRIV 000161 | FL-PRIV 000162 | _2006-06-29 | Paul Walker, Andrea Rattner, Esq., Russell Hirschhorn, Esq. | Paul Walker, Andrea Rattner, Esq., Russell Hirschhorn, Esq., Howard Shapiro, Esq., Myron Rumeld, Esq., Nicole Eichberger, Esq., Melanie Jones, Esq. | Internal Proskauer correspondence consisting of email chain regarding discovery collection of documents and *Patino* case-related information | Work Product |
| 5 | FL-PRIV 000163 | FL-PRIV 000163 | _2006-07-06 | Nicole Eichberger, Esq. | Karen F. Burke; Donna Hebert; Russell L. Hirschhorn, Esq.; Melanie Jones, Esq.; Robert W. Rachal, Esq.; Andrea Rattner, Esq.; Myron D. Rumeld, Esq.; Howard Shapiro, Esq. | Internal Proskauer correspondence regarding factual investigation and document collection in *Patino* matter | Work Product |
| 6 | FL-PRIV 000164 | FL-PRIV 000164 | _2006-07-07 | Andrea Rattner, Esq. | Karen F. Burke; Nicole Eichberger, Esq.; Donna Hebert; Russell L. Hirschhorn, Esq.; Melanie Jones, Esq.; Robert W. Rachal, Esq.; Myron D. Rumeld, Esq.; Howard Shapiro, Esq.; Nicole A. Eichberger, Esq. | Internal Proskauer correspondence regarding factual investigation and document collection in *Patino* matter. Relevant, non-privileged email attachments have been produced in this matter. | Work Product |
| 7 | FL-PRIV 000337 | FL-PRIV 000337 | _2007-01-30 | Robert Rachal, Esq. | Sheilagh Clarke, Esq.; Nicole Eichberger, Esq.; Howard Shapiro, Esq.; | Email regarding *Osberg* calculation data | Attorney-Client; Work Product |
| 8 | FL-PRIV 000333 | FL-PRIV 000336 | _2007-02-04 | Robert Rachal, Esq. | Dennis Sheehan, Esq.; Sheilagh Clarke, Esq.; Nicole Eichberger, Esq.; Howard Shapiro, Esq.; Myron Rumeld, Esq. | Attorney email chain correspondence regarding case strategy | Attorney-Client; Work Product |
| 9 | FL-PRIV 000338 | FL-PRIV 000338 | _2007-02-28 | Howard Shapiro, Esq. | Gary Bahler, Esq.; Dennis Sheehan, Esq.; Sheilagh Clarke, Esq.; Robert Rachal, Esq.; Andrea Rattner, Esq.; Myron Rumeld, Esq. | Email regarding client meeting | Attorney-Client; Work Product |
| 10 | FL-PRIV 000165 | FL-PRIV 000166 | _2009-10-02 | Nicole A. Eichberger, Esq. | Dennis Sheehan, Esq.; Sheilagh Clarke, Esq.; Myron Rumeld, Esq. | Attorney-client correspondence regarding document collection | Attorney-Client; Work Product |
| 11 | FL-PRIV 000167 | FL-PRIV 000168 | _2009-10-09 | Dennis Sheehan, Esq. | Nicole A. Eichberger, Esq.; Sheilagh Clarke, Esq. | Attorney-client correspondence regarding document collection and *Osberg* litigation hold; *Osberg* litigation hold document has been produced. | Attorney-Client; Work Product |

**Plaintiff-Created**

**Log of Documents Withheld From Production Based on Attorney-Client and Work Product Privileges**

| Item No. | BatesBeg | BatesEnd | Doc Date | Author | Recipients | Description | Privilege |
|---|---|---|---|---|---|---|---|
| 12 | FL-PRIV 000197 | FL-PRIV 000200 | _2009-11-13 | Kara L. Lincoln, Esq. | File | Attorney notes of witness interviews with Foot Locker IT personnel regarding ESI | Attorney-Client; Work Product |
| 13 | FL-PRIV 000201 | FL-PRIV 000202 | _2009-11-14 | Nicole A. Eichberger, Esq. | Dennis Sheehan, Esq. for Foot Locker Information Services | Attorney-client correspondence regarding document collection: Memorandum re Storage and Retention of Electronic Data from 1995-2003, Present Day | Attorney-Client; Work Product |
| 14 | FL-PRIV 000203 | FL-PRIV 000203 | _2009-11-17 | Dennis Sheehan, Esq. | Nicole A. Eichberger, Esq. | Attorney-Client email forwarding document; document entitled "Foot Locker Inc. Business Records Guidelines" has been produced. | Attorney-Client; Work Product |
| 15 | FL-PRIV 000339 | FL-PRIV 000339 | _2009-11-17 | Nicole Eichberger, Esq. | Nicole Eichberger, Esq. | Calendar entry reflecting a conference call with Mr. Sheehan and Ms. Clarke that occurred on November 17, 2009 | Attorney-Client; Work Product |
| 16 | FL-PRIV 000204 | FL-PRIV 000204 | _2009-11-20 | Bob Salomone | Nicole A. Eichberger, Esq. | Attorney-Client correspondence regarding document collection, enclosing documents. Relevant, non- privileged enclosed documents have been produced in this matter. | Attorney-Client; Work Product |
| 17 | FL-PRIV 000340 | FL-PRIV 000340 | _2009-12-07 | Nicole Eichberger, Esq. | Nicole Eichberger, Esq. | Calendar entry reflecting meetings in New York between Proskauer counsel and Foot Locker principals | Attorney-Client; Work Product |
| 18 | FL-PRIV 000157 | FL-PRIV 000158 | _2009-12-09 | Dennis Sheehan, Esq. | Nicole A. Eichberger, Esq. | Attorney-client correspondence consisting of emails regarding document holds from other litigation matters, including attachment | Attorney-Client; Work Product |
| 19 | FL-PRIV 000159 | FL-PRIV 000160 | _2009-12-09 | Dennis Sheehan, Esq. | Nicole A. Eichberger, Esq. | Attorney-client correspondence consisting of emails regarding document holds from other litigation matters, including attachment | Attorney-Client; Work Product |
| 20 | FL-PRIV 000205 | FL-PRIV 000208 | _2009-12-10 | Dennis Sheehan, Esq. | Nicole A. Eichberger, Esq. | Attorney-Client correspondence consisting of email chain regarding document collection. The relevant, non-privileged documents described in the email chain have been produced. | Attorney-Client; Work Product |

**Log of Documents Withheld From Production Based on Attorney-Client and Work Product Privileges**

| Item No. | BatesBeg | BatesEnd | Doc Date | Author | Recipients | Description | Privilege |
|---|---|---|---|---|---|---|---|
| 21 | FL-PRIV 000209 | FL-PRIV 000216 | _2009-12-23 | Dennis Sheehan, Esq.; David Grenoble; Vikki Heath | Nicole A. Eichberger, Esq. | Attorney-Client correspondence consisting of email chain regarding document collection: Proskauer-created Memorandum with client responses re Storage and Retention of Electronic Data from 1995-2003, Present Day. An attachment, "Application Development" Guideline, has already been produced to Plaintiff. | Attorney-Client; Work Product |
| 22 | FL-PRIV 000217 | FL-PRIV 000217 | _2010-01-07 | Nicole A. Eichberger, Esq. | Howard Shapiro, Esq. | Attorney Notes for client meeting regarding strategy for January 8, 2010, status conference with the court, case-related issues, and discovery issues. | Work Product |
| 23 | FL-PRIV 000218 | FL-PRIV 000218 | _2010-01-20 | Nicole A. Eichberger, Esq. | Dennis Sheehan, Esq. | Attorney-Client email correspondence regarding document collection | Attorney-Client; Work Product |
| 24 | FL-PRIV 000220 | FL-PRIV 000222 | _2010-01-21 | Kara Lincoln, Esq. | File | Attorney notes from internal Proskauer meeting regarding case strategy, discovery, and document collection | Work Product |
| 25 | FL-PRIV 000341 | FL-PRIV 000341 | _2010-01-21 | Nicole Eichberger, Esq. | Bridgit DePietto, Esq.; Kara Lincoln, Esq.; Katherine Quayhagen | Calendar entry reflecting internal Proskauer meeting. | Attorney-Client; Work Product |
| 26 | FL-PRIV 000219 | FL-PRIV 000219 | _2010-01-22 | Nicole A. Eichberger, Esq. | Dennis Sheehan, Esq.; Sheilagh Clarke, Esq. | Attorney-Client email correspondence regarding document collection | Attorney-Client; Work Product |
| 27 | FL-PRIV 000223 | FL-PRIV 000233 | _2010-01-26 | Nicole Eichberger, Esq., Kara Lincoln, Esq., Katherine Quayhagen | File | Attorney notes, memoranda, and Proskauer-created indices regarding document collection | Work Product |
| 28 | FL-PRIV 000234 | FL-PRIV 000237 | _2010-01-27 | Nicole A. Eichberger, Esq.; Dennis Sheehan, Esq. | Dennis Sheehan, Esq.; Nicole A. Eichberger, Esq. | Attorney-client correspondence consisting of email chain regarding document collection | Attorney-Client; Work Product |

**Log of Documents Withheld From Production Based on Attorney-Client and Work Product Privileges**

| Item No. | BatesBeg | BatesEnd | Doc Date | Author | Recipients | Description | Privilege |
|---|---|---|---|---|---|---|---|
| 29 | FL-PRIV 000238 | FL-PRIV 000238 | _2010-01-28 | Kara Lincoln, Esq. | File | Attorney notes from Attorney-Client telephone conference between Mr. Sheehan, Ms. Eichberger, Ms. Lincoln, Mr. Salomone, and Ms. Flesses regarding document collection, pension data, and actuarial issues. | Attorney-Client; Work Product |
| 30 | FL-PRIV 000239 | FL-PRIV 000240 | _2010-01-28 | Dennis Sheehan, Esq. | Nicole A. Eichberger, Esq.; Kara Lincoln Esq. | Attorney-Client email correspondence regarding document collection | Attorney-Client; Work Product |
| 31 | FL-PRIV 000342 | FL-PRIV 000342 | _2010-01-28 | Nicole Eichberger, Esq. | Nicole Eichberger, Esq. | Calendar entry reflecting Proskauer attorneys' travel to Foot Locker headquarters | Attorney-Client; Work Product |
| 32 | FL-PRIV 000241 | FL-PRIV 000248 | _2010-01-29 | Kara Lincoln, Esq. | Dennis Sheehan, Esq.; Nicole A. Eichberger, Esq.; Katherine Quayhagen | Attorney-Client email correspondence regarding document collection and enclosing Proskauer-created index reflecting document review | Attorney-Client; Work Product |
| 33 | FL-PRIV 000249 | FL-PRIV 000263 | _2010-02-01 | Dennis Sheehan, Esq.; Nicole Eichberger, Esq.; Kara Lincoln, Esq. | Nicole A. Eichberger, Esq.; Kara Lincoln Esq.; Katherine Quayhagen; Dennis Sheehan, Esq. | Attorney-Client correspondence consisting of email chains regarding document collection. Relevant, non-privileged documents described in email chains have been produced. | Attorney-Client; Work Product |
| 34 | FL-PRIV 000264 | FL-PRIV 000298 | _2010-02-11 | Dennis Sheehan, Esq. | Nicole Eichberger, Esq.; Kara Lincoln, Esq.; Howard Shapiro, Esq. | Attorney-Client email correspondence attaching document from other litigation | Attorney-Client; Work Product |
| 35 | FL-PRIV 000299 | FL-PRIV 000306 | _2010-02-25 | Nicole Eichberger, Esq.; Kara Lincoln, Esq.; Katherine Quayhagen | Nicole Eichberger, Esq., Katherine Quayhagen; Bridgit DePietto, Esq.; Kara Lincoln, Esq.; Julie Richie; Chris Browne; Joey Banes; File | Internal Proskauer notes, email chain correspondence, and Proskauer-created indices from Proskauer paralegal regarding document processing tasks sent to Foot Locker's third-party vendor | Work Product |
| 36 | FL-PRIV 000307 | FL-PRIV 000313 | _2010-03-01 | Nicole Eichberger, Esq., Katherine Quayhagen; Bridgit DePietto, Esq.; Kara Lincoln, Esq. | Nicole Eichberger, Esq., Katherine Quayhagen; Bridgit DePietto, Esq.; Kara Lincoln, Esq.; File | Internal Proskauer notes and email correspondence regarding document processing tasks sent to Foot Locker's third-party vendor | Work Product |
| 37 | FL-PRIV 000314 | FL-PRIV 000314 | _2010-03-02 | Kara Lincoln, Esq. | Nicole Eichberger, Esq.; Katherine Quayhagen; Bridgit DePietto, Esq.; Kara Lincoln, Esq.; Katherine Quayhagen; File | Email correspondence among Proskauer lawyers and personnel regarding conference call with Foot Locker's third-party vendor regarding document processing tasks | Work Product |

**Plaintiff-Created**

**Log of Documents Withheld From Production Based on Attorney-Client and Work Product Privileges**

| Item No. | BatesBeg | BatesEnd | Doc Date | Author | Recipients | Description | Privilege |
|---|---|---|---|---|---|---|---|
| 38 | FL-PRIV 000315 | FL-PRIV 000316 | _2010-03-11 | Katherine Quayhagen | Nicole Eichberger, Esq.; Kara Lincoln, Esq.; File | Email correspondence and attached Proskauer-created index regarding document collection | Work Product |
| 39 | FL-PRIV 000317 | FL-PRIV 000321 | _2010-03-25 | Howard Shapiro, Esq. | Nicole Eichberger, Esq.; File | Attorney notes of conference call with Plaintiff's counsel regarding emails, e-documents, computer systems, and discovery | Work Product |
| 40 | FL-PRIV 000322 | FL-PRIV 000322 | _2010-04-20 | Nicole Eichberger, Esq. | Nicole Eichberger, Esq.; Howard Shapiro, Esq.; Myron Rumeld, Esq.; Bridgit DePietto, Esq.; Kara Lincoln, Esq. | Proskauer attorney email describing meeting with counsel for Mercer regarding discovery, Mercer documents, and Mercer business model | Work Product |
| 41 | FL-PRIV 000343 | FL-PRIV 000343 | _2010-06-03 | Katherine Quayhagen | Merrill personnel; Howard Shapiro, Esq.; Bridgit DePietto, Esq.; Kara Lincoln, Esq.; Nicole Eichberger, Esq. | Email to Merrill regarding document processing tasks; enclosed "Foot Locker Inc. Business Records Guidelines" document has already been produced. | Work Product |
| 42 | FL-PRIV 000323 | FL-PRIV 000326 | _2010-06-14 | Nicole Eichberger, Esq. | Sarah Stoeckel, Esq.; Carla Walworth, Esq. | Attorney email chain regarding document collection and potentially privileged documents | Work Product |
| 43 | FL-PRIV 000327 | FL-PRIV 000328 | _2010-07-09 | Nicole Eichberger, Esq.; Anthony Cacace, Esq. | Nicole Eichberger, Esq.; Anthony Cacace, Esq.; Paul Walker | Attorney email chain regarding searches of Proskauer files for relevant diskettes | Work Product |
| 44 | FL-PRIV 000329 | FL-PRIV 000330 | _2010-07-23 | Katherine Quayhagen | Nicole Eichberger, Esq.; Bridgit DePietto, Esq.; Kara Lincoln, Esq. | Attorney email chain regarding sending diskettes to third-party vendor for processing | Work Product |
| 45 | FL-PRIV 000169 | FL-PRIV 000176 | _2010-08-26 | Nicole A. Eichberger, Esq. | Myron Rumeld, Esq., Howard Shapiro, Esq., Bridgit M DePietto, Esq., Kara L. Lincoln, Esq., Katherine Quayhagen; File | Intraoffice memorandum written by Proskauer counsel regarding attorney-client correspondence as to factual investigation and document collection | Attorney-Client; Work Product |
| 46 | FL-PRIV 000177 | FL-PRIV 000196 | _2011-03-21 | Nicole A. Eichberger, Esq. | Myron Rumeld, Esq., Howard Shapiro, Esq., Kara L. Lincoln, Esq., Terri Neville; File | Intraoffice memorandum written by Proskauer counsel regarding witness interviews and strategy going forward | Attorney-Client; Work Product |
| 47 | FL-PRIV 000331 | FL-PRIV 000332 | _2012-04-17 | Sheilagh Clarke, Esq. | Myron Rumeld, Esq. | Foot Locker in-house counsel email correspondence to Proskauer regarding plan service provider | Attorney-Client; Work Product |

**Osberg v. Foot Locker, Inc., et al., 07 Civ. 1358 (KBF)(S.D.N.Y.)**

**Log of Documents Withheld From Production Based on Attorney-Client and Work Product Privileges**

| Item No. | BatesBeg | BatesEnd | Doc Date | Author | Recipients | Description | Privilege |
|---|---|---|---|---|---|---|---|
| 48 | | | | | | All documents created since the beginning of this litigation that relate to the defense of this litigation and that were communicated to or from defendants' external or internal counsel, or at the direction of such counsel, or that were created by or at the direction of such counsel. | Attorney-Client; Work Product |

**Plaintiff-Created**