# EXHIBIT 35

| | |
|---|---|
| **From:** | Dennis Sheehan [dsheehan@footlocker.com] |
| **Sent:** | Tuesday, April 03, 2012 2:00 PM |
| **To:** | Eichberger, Nicole |
| **Subject:** | URGENT - Osberg v. Foot Locker Retirement Plan |
| **Attachments:** | HoldNotice-Osberg.DOC.tg.zip |

Nici: See Sue's note to me right after she received the hold notice. She has confirmed to me that everyone on her staff, Sherry included, were directed to comply with the notice.

----- Forwarded by Dennis Sheehan/COR/NYO/US/footlocker on 04/03/2012 02:57 PM -----

| | |
|---|---|
| From: | Susan Lewis/COR/MLW/US/footlocker |
| To: | Dennis Sheehan/COR/NYO/US/footlocker@flnet |
| Date: | 10/08/2009 04:15 PM |
| Subject: | Re: URGENT - Osberg v. Foot Locker Retirement Plan |

I have read the document below and will comply.  I am forwarding to my staff to make sure they too comply, I will have them comfirm with me only unless you want or need them to respond to you directly.

Susan Lewis
Sr. Manager - Benefits/Store HR Data Admin HROC
414/357-4088

**Dennis Sheehan**

10/08/2009 02:53:31 PM

| | |
|---|---|
| To | Julie Blume/COR/NYO/US/footlocker@flnet, Marie Campbell/COR/NYO/US/footlocker@flnet, Sheilagh Clarke/COR/NYO/US/footlocker@flnet, Susan Lewis/COR/MLW/US/footlocker@flnet, Camilla Martiniello/COR/NYO/US/footlocker@flnet, Jeremy Nowak/COR/NYO/US/footlocker@flnet, Pat Peck/COR/NYO/US/footlocker@flnet, Robert Salomone/COR/MLW/US/footlocker@flnet, Nancy Teitelbaum/FTL/NYO/US/footlocker@flnet |
| cc | Gary Bahler/COR/NYO/US/footlocker@flnet, Laurie Petrucci/COR/NYO/US/footlocker@flnet |
| Subject | URGENT - Osberg v. Foot Locker Retirement Plan |

Please read the attached.

FL-OSB 019967