UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
GEOFFREY OSBERG, on behalf of himself     :
and all others similarly situated,        :
                                          :          07 Civ. 1358 (KBF)
                            Plaintiffs,   :
                                          :                ORDER
            -v-                           :
                                          :
FOOT LOCKER, INC. and FOOT LOCKER         :
RETIREMENT PLAN,                          :
                            Defendants.   :
------------------------------------------X

KATHERINE B. FORREST, District Judge:

Having reviewed the Plaintiff's correspondence of August 20, 2012 regarding spoliation discovery, the Court ORDERS as follows:

1.   Plaintiff's request to require Defendants to complete depositions of the five fact witnesses named in Plaintiff's August 20 letter is GRANTED IN PART and DENIED IN PART.  Plaintiffs are permitted up to six hours in total to depose three of the requested fact witnesses.

2.   Plaintiff's request to order Defendants to immediately produce to Plaintiff or submit to *in camera* review Proskauer attorneys' and paralegals' timesheets and billing records for the 2006-2010 period bearing on the waived topic is DENIED.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED AUG 3 0 2012

3.  Defendants are ordered to submit the internal
    Proskauer "comprehensive file" for *in camera* review at
    the same time as their opposition to the spoliation
    motion.

4.  Defendants are ordered to perform one final, good
    faith search for other documents concerning the waived
    topic.  Defendants must provide a sworn representation
    to the Court when such a search has been completed.

5.  Plaintiff's request for information concerning the
    specific locations from which documents were collected
    is DENIED as unduly burdensome.

6.  Plaintiff is GRANTED leave to issue a subpoena *duces
    tecum* to Foot Locker's off-site storage facility,
    CitiStorage, requesting lists and indices concerning
    the boxes stored on behalf of Defendants and any and
    all communications between Foot Locker and/or defense
    counsel and Citistorage from December 2009 to March
    2010.

7.  The briefing schedule on any motion for spoliation is
    set as follows:  Plaintiff's opening memorandum is due
    September 12, 2012. Defendant's opposition is due
    September 21, 2012. Plaintiff's reply is due September
    26, 2012.

SO ORDERED:

Dated: New York, New York
       August 30, 2012

_____
        KATHERINE B. FORREST
     United States District Judge