```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
GEOFFREY OSBERG, on behalf of himself                             :
and on behalf of all others similarly situated,                   :
                                                                  :
                        Plaintiff,                                :
                                                                  :       07-cv-1358 (KBF)
            -v-                                                   :
                                                                  :            ORDER
FOOT LOCKER, INC. et al.,                                         :
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 30, 2015

KATHERINE B. FORREST, District Judge:

The Court heard oral argument on the two pending motions in this action on April 30, 2015. (ECF Nos. 199 and 279.) For the reasons set forth on the record, both motions are DENIED.

The following schedule shall govern this action through trial:

1. Pretrial materials, including the Joint Pretrial Order ("JPTO"), are due **Friday, June 12, 2015**.

2. The Final Pretrial Conference ("FPTC") is set for **Wednesday, June 17, 2015, at 1 p.m.**

3. Trial shall commence on **Monday, June 22, 2015.**

The Clerk of Court shall terminate the motions at ECF Nos. 199 and 279.

SO ORDERED.

Dated:   New York, New York
         April 30, 2015

                                                                               KATHERINE B. FORREST
                                                                               United States District Judge