*Osberg v. Foot Locker, Inc., et al.*, 07-cv-01358 (KBF) (S.D.N.Y.)

**Class's Opposition to Defendants' Motion *in Limine*
to Exclude Testimony of Christopher Maikels**

**Index of Exhibits [1 of 2]**

| Item No. | Description | Date |
|:---:|---|:---:|
| A | Normal Cost Examples (MercerFL0001643-44) | 04/17/95 |
| B | Mercer Fax re Revised Estimate for Executive (MercerFL0002502-03) | 03/21/95 |
| C | Mercer (Maikels) Fax to Kiley (FL-OSB 010593-96) | 01/05/96 |
| D | Cash Balance Valuation (MercerFL0000752-67) | 04/12/95 |
| E | Cash Balance Valuation (MercerFL0000688-719) | 04/17/95 |
| F | Cash Balance Valuation (MercerFL0000736-51) | 04/19/95 |
| G | Valuation Run (MercerFL0002270-75) | 12/27/95 |