*Osberg v. Foot Locker, Inc., et al.*, 07-cv-01358 (KBF) (S.D.N.Y.)

# Class's Opposition to Defendants' Motion *in Limine* to Exclude Testimony of Christopher Maikels

# July 10, 2015

# EXHIBIT A

*Please type up as early as possible*
*Thanks – Evan*

## WOOLWORTH CORPORATION

| | | | | | | *Current Plan* |
|---|---|---|---|---|---|---|
| **INTEGRATION LEVEL:** | | $22,000 | $22,000 | $22,000 | $22,000 | |
| **PAY CREDITS:** | **SERVICE** | | | | | |
| | 0 - 10 | 1.75% /0.75% | 1.95% /0.85% | 2.00% /1.00% | 1.80% /0.85% | |
| | 11 - 20 | 2.25  /1.00 | 2.50  /1.10 | 2.75  /1.25 | 2.50  /1.10 | |
| | 21+ | 3.00  /1.25 | 3.35  /1.40 | 3.75  /1.75 | 3.50  /1.40 | |
| **NORMAL COSTS:** | *Ongoing:* | $7,364,000 | $8,218,000 | $8,855,000 | $7,980,000 | $9,798,000 |
| | *First Year:* | 2,544,000 | 2,964,000 | 3,278,000 | 2,814,000 | 9,798,000 |

*Take out underline*

| AGE | SERVICE | CURRENT PAY | AGE 65 PAY | AGE 65 ANNUITY | FINAL PAY MULTIPLE | AGE 65 ANNUITY | FINAL PAY MULTIPLE | AGE 65 ANNUITY | FINAL PAY MULTIPLE | AGE 65 ANNUITY | FINAL PAY MULTIPLE | Age 65 Annuity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | 5 | 20,000 | 64,868 | 6,973 | 1.0 | 7,740 | 1.1 | 8,597 | 1.2 | 7,813 | 1.1 | 16,286 |
| ~~30~~ | ~~0~~ | ~~$16,000~~ | ~~$63,000~~ | ~~$7,243~~ | ~~1.1~~ | ~~$8,079~~ | ~~1.2~~ | ~~$8,928~~ | ~~1.3~~ | ~~$8,083~~ | ~~1.2~~ | |
| 35 | 5 | 50,000 | 162,170 | 19,880 | 1.1 | 22,064 | 1.3 | 24,700 | 1.4 | 22,246 | 1.3 | 43,549 |
| ~~37~~ | ~~9~~ | ~~24,000~~ | ~~72,000~~ | ~~8,126~~ | ~~1.0~~ | ~~8,984~~ | ~~1.1~~ | ~~10,037~~ | ~~1.3~~ | ~~9,149~~ | ~~1.2~~ | |
| 35 | 5 | 150,000 | 486,570 | 62,939 | 1.2 | 69,855 | 1.3 | 78,428 | 1.5 | 70,403 | 1.3 | 134,426 |
| ~~55~~ | ~~25~~ | ~~150,000~~ | ~~222,000~~ | ~~42,404~~ | ~~1.8~~ | ~~43,572~~ | ~~1.8~~ | ~~45,285~~ | ~~1.9~~ | ~~43,935~~ | ~~1.8~~ | |
| 50 | 20 | 20,000 | 36,019 | 4,207 | 1.1 | 4,428 | 1.1 | 4,697 | 1.2 | 4,513 | 1.2 | 8,017 |
| ~~45~~ | ~~20~~ | ~~150,000~~ | ~~329,000~~ | ~~42,301~~ | ~~1.2~~ | ~~45,893~~ | ~~1.3~~ | ~~51,138~~ | ~~1.4~~ | ~~45,962~~ | ~~1.3~~ | |
| 50 | 20 | 50,000 | 90,047 | 12,893 | 1.3 | 13,558 | 1.4 | 14,482 | 1.5 | 13,768 | 1.4 | 23,024 |
| ~~40~~ | ~~5~~ | ~~150,000~~ | ~~400,000~~ | ~~41,964~~ | ~~1.0~~ | ~~46,382~~ | ~~1.1~~ | ~~51,612~~ | ~~1.2~~ | ~~45,507~~ | ~~1.1~~ | |
| 50 | 20 | 150,000 | 270,142 | 41,957 | 1.4 | 44,101 | 1.5 | 47,217 | 1.6 | 44,733 | 1.5 | 73,163 |

NOTE: Amortization of increased Prior Service Cost is the same for each formula. $600,000/year for 30 years.

April 17, 1995

g:\fww\LTR\formula.jmf

*formula 2.jmf*

BC: FWWNY0 - 0014
X-2056 Evan or X-2101 Chris

CONFIDENTIAL                              MercerFL0001643

## WOOLWORTH CORPORATION

|  |  |  |  |  |  | Current Plan |
|---|---|---|---|---|---|---|
| INTEGRATION LEVEL: |  | $22,000 | $22,000 | $22,000 | $22,000 |  |
| PAY CREDITS: | SERVICE |  |  |  |  |  |
|  | 0 - 10 | 1.75% /0.75% | 1.95% /0.85% | 2.00% /1.00% | 1.80% /0.85% |  |
|  | 11 - 20 | 2.25  /1.00 | 2.50  /1.10 | 2.75  /1.25 | 2.50  /1.10 |  |
|  | 21+ | 3.00  /1.25 | 3.35  /1.40 | 3.75  /1.75 | 3.50  /1.40 |  |
| NORMAL COSTS: Ongoing: | | $7,364,000 | $8,218,000 | $8,855,000 | $7,980,000 | 9,798,000 |
| First Year: | | | | | | 9,798,000 |

| AGE | SERVICE | CURRENT PAY | AGE 65 PAY | AGE 65 ANNUITY | FINAL PAY MULTIPLE | AGE 65 ANNUITY | FINAL PAY MULTIPLE | AGE 65 ANNUITY | FINAL PAY MULTIPLE | AGE 65 ANNUITY | FINAL PAY MULTIPLE | Age 65 Annuity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 ✓ | 5 ✓ | 20,000 ✓ | 64,868 ✓ | 6,974 ✓ | 1.0 ✓ | 7,740 ✓ | 1.1 ✓ | 8,597 ✓ | 1.2 ✓ | 7,813 ✓ | 1.1 ✓ | 16,286 |
| ~~30~~ | ~~0~~ | ~~$ 16,000~~ | ~~$ 63,000~~ | ~~$ 7,243~~ | ~~1.1~~ | ~~$ 8,079~~ | ~~1.2~~ | ~~$ 8,928~~ | ~~1.3~~ | ~~$ 8,083~~ | ~~1.2~~ | |
| 35 ✓ | 5 ✓ | 50,000 ✓ | 162,170 ✓ | 19,880 ✓ | 1.1 ✓ | 22,064 ✓ | 1.3 ✓ | 24,700 ✓ | 1.4 ✓ | 22,246 ✓ | 1.3 ✓ | 43,549 ✓ |
| ~~37~~ | ~~9~~ | ~~24,000~~ | ~~72,000~~ | ~~8,126~~ | ~~1.0~~ | ~~8,984~~ | ~~1.1~~ | ~~10,037~~ | ~~1.3~~ | ~~9,149~~ | ~~1.2~~ | |
| 35 ✓ | 5 ✓ | 150,000 ✓ | 486,510 ✓ | 62,939 ✓ | 1.2 ✓ | 69,855 ✓ | 1.3 ✓ | 78,428 ✓ | 1.5 ✓ | 70,403 ✓ | 1.3 ✓ | 134,426 ✓ |
| ~~55~~ | ~~25~~ | ~~150,000~~ | ~~222,000~~ | ~~42,404~~ | ~~1.8~~ | ~~43,572~~ | ~~1.8~~ | ~~45,285~~ | ~~1.9~~ | ~~43,935~~ | ~~1.8~~ | 8,017 ✓ |
| 50 ✓ | 20 ✓ | 20,000 ✓ | 36,019 ✓ | 4,207 ✓ | 1.1 ✓ | 4,428 ✓ | 1.1 ✓ | 4,697 ✓ | 1.2 ✓ | 4,513 ✓ | 1.2 ✓ |  |
| ~~45~~ | ~~20~~ | ~~150,000~~ | ~~329,000~~ | ~~42,301~~ | ~~1.2~~ | ~~45,893~~ | ~~1.3~~ | ~~51,138~~ | ~~1.4~~ | ~~46,962~~ | ~~1.3~~ | |
| 50 ✓ | 20 ✓ | 50,000 ✓ | 90,047 ✓ | 12,893 ✓ | 1.3 ✓ | 13,558 ✓ | 1.4 ✓ | 14,482 ✓ | 1.5 ✓ | 13,768 ✓ | 1.4 ✓ | 23,028 ✓ |
| ~~40~~ | ~~5~~ | ~~150,000~~ | ~~400,000~~ | ~~41,964~~ | ~~1.0~~ | ~~46,382~~ | ~~1.1~~ | ~~51,612~~ | ~~1.2~~ | ~~46,507~~ | ~~1.1~~ | |
| 50 ✓ | 20 ✓ | 150,000 ✓ | 270,142 ✓ | 41,957 ✓ | 1.4 ✓ | 44,101 ✓ | 1.5 ✓ | 47,217 ✓ | 1.6 ✓ | 44,733 ✓ | 1.5 ✓ | 73,163 ✓ |

NOTE: Amortization of increased Prior Service Cost is the same for each formula.
$600,000/year for 30 years.

April 17, 1995

g:\fww\LTR\formula.jmf

