*Osberg v. Foot Locker, Inc., et al.*, 07-cv-01358 (KBF) (S.D.N.Y.)

# Class's Opposition to Defendants' Motion *in Limine* to Exclude Testimony of Christopher Maikels

**July 10, 2015**

# EXHIBIT B

# Fax Transmittal

| | |
|---|---|
| Name | Mark Brandis |
| Firm | William M. Mercer, Inc. |
| Fax Number | (212) 345 7414 |
| From | Evan Shapiro/James Cassidy |
| Date | March 21, 1995 |
| Time | 10:45 AM |
| Number of Pages (including this Cover Sheet) | 2 |

If you do not receive all the pages or have trouble please call us back as soon as possible at the following number:   203-973-2174

Message/Special Instructions

Mark-

Here is the revised estimate for the Woolworth executive. We have updated the calculation to reflect Woolworth's decision to vest this executive after 3 years of service.

If you need any further assistance, please call.

Evan

Evan Shapiro/Chris Maikels/James Cassidy
   x-2056            x-2101            x-2095

CONFIDENTIAL

MercerFL0002502

CONFIDENTIAL

| | | | | | | | | | | ESRP RETIREMENT BENEFIT | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q |
| | | 3.50% | 50.00% | | | 50% OF | ANNUAL TWRP & FULL PAY | EOY TWRP & FULL PAY | AGE 65 ESRP BENEFIT | SERVICE | EARLY | ANNUAL | TWRP & FULL PAY | ESTIMATED SOCIAL | TOTAL | ESTIMATED LUMP SUM |
| YEAR | AGE | BASE | BONUS | TOTAL | AVERAGE | AVERAGE | ACCRUAL | ACCRUED | G - I | PRORATE | REDUCTION | BENEFIT | BENEFIT | SECURITY | BENEFITS | VALUE |
| 1995 | 52 | 700,000 | 350,000 | 1,050,000 | | | | | | | | | | | | |
| 1996 | 53 | 725,000 | 362,500 | 1,087,500 | | | 16,000 | 16,000 | | | | | | | | |
| 1997 | 54 | 750,000 | 375,000 | 1,125,000 | 1,087,500 | 544,000 | 17,000 | 33,000 | | | | | | | | |
| 1998 | 55 | 776,000 | 388,000 | 1,164,000 | 1,106,625 | 553,000 | 17,000 | 50,000 | 544,000 | 0.3333 | 0.60 | 109,000 | 0 | 8,000 | 101,000 | 1,125,000 |
| 1999 | 56 | 803,000 | 401,500 | 1,204,500 | 1,126,200 | 563,000 | 18,000 | 68,000 | 553,000 | 0.4000 | 0.64 | 142,000 | 0 | 9,000 | 133,000 | 1,463,000 |
| 2000 | 57 | 831,000 | 415,500 | 1,246,500 | 1,165,500 | 583,000 | 19,000 | 87,000 | 563,000 | 0.4667 | 0.68 | 179,000 | 0 | 10,000 | 169,000 | 1,836,000 |
| 2001 | 58 | 860,000 | 430,000 | 1,290,000 | 1,206,000 | 603,000 | 19,000 | 106,000 | 496,000 | 0.5333 | 0.72 | 190,000 | 50,000 | 12,000 | 228,000 | 2,443,000 |
| 2002 | 59 | 891,000 | 445,500 | 1,336,500 | 1,248,300 | 624,000 | 20,000 | 126,000 | 497,000 | 0.6000 | 0.76 | 227,000 | 68,000 | 13,000 | 282,000 | 2,977,000 |
| 2003 | 60 | 922,000 | 461,000 | 1,383,000 | 1,292,100 | 646,000 | 21,000 | 147,000 | 498,000 | 0.6667 | 0.80 | 266,000 | 88,000 | 14,000 | 340,000 | 3,534,000 |
| 2004 | 61 | 954,000 | 477,000 | 1,431,000 | 1,337,400 | 669,000 | 21,000 | 168,000 | 499,000 | 0.7333 | 0.84 | 307,000 | 112,000 | 15,000 | 404,000 | 4,129,000 |
| 2005 | 62 | 987,000 | 493,500 | 1,480,500 | 1,384,200 | 692,000 | 22,000 | 190,000 | 501,000 | 0.8000 | 0.88 | 353,000 | 138,000 | 16,000 | 475,000 | 4,769,000 |
| 2006 | 63 | 1,022,000 | 511,000 | 1,533,000 | 1,432,800 | 716,000 | 23,000 | 213,000 | 502,000 | 0.8667 | 0.92 | 400,000 | 167,000 | 18,000 | 549,000 | 5,410,000 |
| 2007 | 64 | 1,058,000 | 529,000 | 1,587,000 | 1,482,900 | 741,000 | 24,000 | 237,000 | 503,000 | 0.9333 | 0.96 | 451,000 | 200,000 | 19,000 | 632,000 | 6,105,000 |
| 2008 | 65 | | | | | | | | 504,000 | 1.0000 | 1.00 | 504,000 | 237,000 | 20,000 | 721,000 | 6,820,000 |

MercerFL0002503