*Osberg v. Foot Locker, Inc., et al.*, 07-cv-01358 (KBF) (S.D.N.Y.)

# Class's Opposition to Defendants' Motion *in Limine* to Exclude Testimony of Christopher Maikels

## July 10, 2015

# EXHIBIT C

# WILLIAM M. MERCER

**Fax Transmittal**

| | | | |
|---|---|---|---|
| **To:** | Tom Kiley | **Date:** | January 5, 1996 |
| **Firm/Location:** | Woolworth | **Time:** | 5:15 PM |
| **Fax Number:** | (212) 553-7044 | **Total Pages:** | 4 |
| | | **Code:** | |
| **From:** | Chris Meikels | | |
| **For transmittal problems call:** | (203) 973-2101 | | |
| **Return fax number:** | (203) 973 2299 | | |

**Message:** Here is the listing of the participants eligible for the enhanced starting balance that weren't credited on the statements. Please feel free to call either myself or Jim Cassidy with any questions.

**Confidentiality Note:** The documents accompanying this fax contain confidential information. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this faxed information is strictly prohibited, and that the documents should be returned to William M. Mercer immediately. If you have received this fax in error, please notify us by telephone immediately at the number below so that we can arrange for the return of the original document to us at no cost to you.

William M. Mercer, Incorporated
301 Tresser Boulevard
Stamford CT 06901

203 973 2000

FL-OSB 010593

WOOLWORTH CORPORATION  
LIST OF PARTICIPANTS WITH LESS THAN 15 YEARS OF BENEFIT SERVICE  
AND GREATER THAN OR EQUAL TO 15 YEARS OF VESTING SERVICE

PAGE   1

| NAME | SOCIAL SECURITY NUMBER |
|---|---|
| Redacted | |

FL-OSB 010594

WOOLWORTH CORPORATION
LIST OF PARTICIPANTS WITH LESS THAN 15 YEARS OF BENEFIT SERVICE
AND GREATER THAN OR EQUAL TO 15 YEARS OF VESTING SERVICE

PAGE   2

NAME                              SOCIAL SECURITY NUMBER

Redacted

WOOLWORTH CORPORATION
LIST OF PARTICIPANTS WITH LESS THAN 15 YEARS OF BENEFIT SERVICE
AND GREATER THAN OR EQUAL TO 15 YEARS OF VESTING SERVICE

PAGE   3

NAME                                          SOCIAL SECURITY NUMBER

Redacted

COUNT=   129

FL-OSB 010596