*Osberg v. Foot Locker, Inc., et al.*, 07-cv-01358 (KBF) (S.D.N.Y.)

**Class's Opposition to Defendants' Motion *in Limine*
to Exclude Testimony of Christopher Maikels**

**July 10, 2015**

# EXHIBIT D

```
MMVAL (10)    CA95SILS ACT95                              DATE  4/12/95    TIME 16:24:26    PAGE   1
```

```
DO    DOCUMENTATION  (INFORMATION)
----------------------------------
 CLIENT:  WOOLWORTH CORPORATION                 CODER:  C MAIKELS
 PROJECT:  CASH BALANCE VALUATION              TKS CODE:
                                               SPEC PROC:


DO    DOCUMENTATION  (NOTES)
----------------------------
 THE WOOLWORTH RETIREMENT PLAN
 CODING OF CASH BALANCE VALUATION
 USING SERVICE AS A BASIS FOR CONTRIBUTION PCT.
 INCLUDES ENHANCED BALANCES USING EARLY RETIREMENT FACTORS
 100% LUMP SUMS
 UPDATED CONTRIBUTION RATES
 USES 1995 DATA
 INTEGRATED BASIS WITH BREAK AT 22000


OP    RUN TIME OPTIONS
----------------------
                          ...FUNDING METHODS... ..CANADIAN...  PAY-  C-O-L  PRORATE              LAST YR'S   PV'S BASED
   VALUATION   FIXED RET            ENT TRAD PROJ FAS OUT-      PUC-  OUT   METHOD SERVICE  ABO GAIN/ NORM COST  ON LAST YR'S
     DATE    AGE SRVC SUBTOTAL BREAKS AGG AGE UNIT UNIT 87 PUT CICA CALC  PROJ  (I,E)   LABEL   VBO LOSS   FOR G&L  415 & SAL LIM
 ----------- --- ---- --------------- --- --- ---- ---- --- --- ---- ----  ----  ------  -------- --- ----- --------- --------------
  1 /  1 / 95 70    MAJOR:              Y                            AGG:         BCSV     Y
                    INTER:                                           FAS:
                    MINOR:


IR    INTEREST RATES
--------------------
    VALUATION INTEREST           FASB INTEREST         EMP CONTRIB INTEREST
         RATE        TABLE        RATE        TABLE        RATE        TABLE
    ---------------- --------    ---------------- --------    ----------- --------
 PRE:  9    / 100            PRE:  8 17 / 100           5    /
 POST: 9    / 100            POST:       /


QX    POST RETIREMENT MORTALITY TABLES
--------------------------------------
          RESULT      TABLE      SET-      SELECT
 LINE     LABEL       NAME       BACK      YEAR
 ----     --------    --------   ----      ------
    1     QXM         GA83M
    2     QXF         GA83F
    3     QXLIM       UP84
    4     QXGATT      GATTQX
```

new rates

1.75        2.50

2.25        3.25

3.00        4.25

CONFIDENTIAL                                                      MercerFL0000752

MMVAL (10)    CA95SILS ACT95                                    DATE  4/12/95     TIME 16:24:26    PAGE   2

## AX    ANNUITY VALUES

| LINE | RESULT LABEL | SEX | C-O-L LABEL | FORM OF PAYMENT | DEF AGE | TMP AGE | CERTAIN PERIOD | ..MORTALITY PENSIONER | LABEL.. SPOUSE | SPOUSES AGE DIF | FRACTION CONTINUD | FRACTION MARRIED | MCR RATIO | PAY FRQ |
|------|--------------|-----|-------------|-----------------|---------|---------|----------------|-----------------------|----------------|-----------------|-------------------|------------------|-----------|---------|
| 1 | AXM | M | | LA | | | | QXM | | | / | / | / | |
| 2 | AXF | F | | LA | | | | QXF | | | / | / | / | |
| 3 | AXWTHM | M | | LA | 55 | | | QXM | | | / | / | / | |
| 4 | AXWTHF | F | | LA | 55 | | | QXF | | | / | / | / | |
| 5 | AXDTHM | M | | SPA | 55 | | | QXM | QXF | -4 | 50 / 100 | 70 / 100 | / | |
| 6 | AXDTHF | F | | SPA | 55 | | | QXF | QXM | 4 | 50 / 100 | 70 / 100 | / | |
| 7 | AXREAM | M | | REA | 65 | 65 | | QXM | QXF | -4 | 50 / 100 | 70 / 100 | / | |
| 8 | AXREAF | F | | REA | 65 | 65 | | QXF | QXM | 4 | 50 / 100 | 70 / 100 | / | |
| 9 | AXJ&SM | M | | J&S | | | | QXM | QXF | -4 | 50 / 100 | 1 / 1 | / | |
| 10 | AXJ&SF | F | | J&S | | | | QXF | QXM | 4 | 50 / 100 | 1 / 1 | / | |
| 11 | DEFJ&SM | M | | J&S | 55 | | | QXM | QXF | -4 | 50 / 100 | 1 / 1 | / | |
| 12 | DEFJ&SF | F | | J&S | 55 | | | QXF | QXM | 4 | 50 / 100 | 1 / 1 | / | |
| 13 | AXUP84 | B | | LA | 65 | | | QXLIM | | | / | / | / | |
| 14 | AXGATT | B | | LA | 65 | | | QXGATT | | | / | / | / | |
| 15 | AXLS | B | | CO | | | 1 | QXM | | | / | / | / | A |

## ER    EARLY RETIREMENT FACTORS

| | | | METHOD 1 | METHOD 2 | | METHOD 3 ACTUARIAL EQUIVALENCE | | |
| LINE | RESULT LABEL | EARLIEST AGE | ERF TABLE NAME | ANNUAL PERCENTAGE REDUCTIONS START AGE | REDUCTION | RETIRE AGE | INTEREST RATE | MORTALITY LABEL |
|------|--------------|--------------|----------------|----------------------------------------|-----------|------------|---------------|-----------------|
| 1 | ERF1 | 55 | | 1)  65 | 6    / | | / | |
| | | | | 2) | / | | | |
| 2 | ERF2 | 50 | | 1)  65 | 4    / | | / | |
| | | | | 2) | / | | | |
| 3 | ERFLIM | 20 | | 1) | / | 62 | 7  1 /   2 | QXLIM |
| | | | | 2) | / | | | |

## CV    CONVERSION FACTORS

| | | | METHOD 1 | ..........METHOD 2.......... | | | ..MORTALITY LABELS.. | | |
| LINE | RESULT LABEL | 1ST AGE | CONV FACTR TABLE NAME | ANNUITY LABEL ORIGINAL FORM | ANNUITY LABEL OPTIONAL FORM | INTEREST RATE | PENSIONER | SPOUSE | AGE DIFFERENCE |
|------|--------------|---------|-----------------------|-----------------------------|----------------------------|---------------|-----------|--------|----------------|
| 1 | CVLS900 | 18 | | AXGATT | AXLS | 9  / 100 | | | |
| 2 | CVGATT | 18 | | AXGATT | AXLS | 8  / 100 | | | |
| 3 | CVLIMM | 18 | | AXLS | AXJ&SM | 5  / 100 | QXLIM | QXLIM | |
| 4 | CVLIMF | 18 | | AXLS | AXJ&SF | 5  / 100 | QXLIM | QXLIM | |

CONFIDENTIAL                                                                          MercerFL0000753

```
MMVAL (10)    CA95SILS ACT95                              DATE 4/12/95    TIME 16:24:26    PAGE  3
```

## DX   ACTIVE DECREMENTS

| LINE | RESULT LABEL | GROUP LABEL | SEX | V/P | TYPE | BEGIN DECRMNT AT ELIGIBILTY AGE LABEL | STOP DECRMNT AT ELIGIBILTY AGE LABEL | TABLE NAME | SET-BACK | ....LOADING..... OP | FACTOR (CNST/LABEL) | ...SELECT... OP | TABLE NAME | GAIN & LOSS RESULT LABEL | ST CD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DXDTHM | | M | B | D | | | GA83M | | | | | | | |
| 2 | DXDTHF | | F | B | D | | | GA83F | | | | | | | |
| 3 | DXWTH | | B | B | W | | | WTH | | | | | | | |
| 4 | DXRET | | B | B | R | ELRET | | NEW | | | | | | | |

## SX   SALARY SCALES

| LINE | RESULT LABEL | GROUP LABEL | V/P | TABLE NAME | SET-BACK | ....LOADING..... OP | FACTOR (CNST/LABEL) | .......SELECT...... OP | TABLE NAME | ALIGN | .......SELECT...... OP | TABLE NAME | ALIGN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SX | | B | ZERO | | + | 0.05 | | | | | | |

## SV   SERVICE CALCULATIONS

| LINE | RESULT LABEL | GROUP LABEL | ACCRUED SERVICE | RNDG CODE | ..SERVICE START RULES... AGE | YRS | DATE | ..SERVICE STOP RULE... AGE | YRS | DATE | SERVICE INCR LABEL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | VCSV | | EHIRE | 2 | 1) | | / / | | | / / | |
| | | | | | 2) | | / / | | | | |
| | | | | | 3) | | / / | | | | |
| 2 | BCSV | | EBCSV | 2 | 1) | | / / | | | / / | |
| | | | | | 2) | | / / | | | | |
| | | | | | 3) | | / / | | | | |
| 3 | SVCPAY | | | | 1) | 1 / 1 / 95 | | | 1 / 1 / 96 | | |
| | | | | | 2) | | / / | | | | |
| | | | | | 3) | | / / | | | | |

CONFIDENTIAL

MercerFL0000754

MMVAL (10)     CA95SILS ACT95                                    DATE  4/12/95     TIME 16:24:26     PAGE   4

## EL    ELIGIBILITY AGES
----------------------

| LINE | RESULT LABEL | GROUP LABEL | AGE RQMT | SRVC RQMT | AGE & SRVC RQMT | DATE RQMT | SERVICE LABEL | EARLIER OF ELIGIBILITY AGE LABELS | 'LATER OF' OPTION LABEL#1 | LABEL#2 |
|------|--------------|-------------|----------|-----------|-----------------|-----------|---------------|-----------------------------------|---------------------------|---------|
| 1 | EL65 | | 65 | 1 | | / / | BCSV | | | |
| 2 | EL70 | | 70 | | | / / | | | | |
| 3 | ELV | | | 5 | | / / | VCSV | EL65 | | |
| 4 | ELER1 | | 55 | 5 | | / / | VCSV | EL65 | | |
| 5 | ELSUB | | | 15 | | / / | VCSV | ELER1 | | |
| 6 | ELER2 | | 55 | 15 | | / / | VCSV | EL65 | | |
| 7 | ELER3 | | 50 | 15 | | / / | BCSV | EL65 | | |
| 8 | ELRET | | 70 | | | / / | | ELER1 | | |
| 9 | AGE55 | | 55 | | | / / | | | | |
| 10 | AGE20 | | 20 | | | / / | | | | |
| 11 | AGE30 | | 30 | | | / / | | | | |
| 12 | AGE40 | | 40 | | | / / | | | | |
| 13 | AGE50 | | 50 | | | / / | | | | |
| 14 | AGE60 | | 60 | | | / / | | | | |
| 15 | ELNOW | | | | | 1 / 1 / 1995 | | | | |
| 16 | EL10SVC | | | 10 | | / / | BCSV | | | |
| 17 | EL20SVC | | | 20 | | / / | BCSV | | | |
| 18 | EL30SVC | | | 30 | | / / | BCSV | | | |

## LM    415 LIMIT
---------------

| LINE | RESULT LABEL | LAW YR | TEFRA RL | DEFERRED AGE/ AGE LABEL | C-O-L INCREASES FOR MAX BEN | COL TO TRM/ AGE | LABELS FOR MAX BEN PRORATION | ADJ FACTOR LABEL FOR 100% J&S | LD CV | PROJ EMP CONTRIB LABEL | RET FACTOR LABEL FOR CURR LIMIT | GRANDFATHERED BENEFITS VAL REC FIELD & ERF LABEL '82      '86 | ERF LBL FOR 1986 LIMIT |
|------|--------------|--------|----------|-------------------------|-----------------------------|-----------------|------------------------------|-------------------------------|-------|------------------------|---------------------------------|------------------------------------------------------|------------------------|
| 1 | RETLIM | 95 | A: | | / | T: | S: | M: | | | E: ERFLIM | | |
| | | | L: | | | A: Y | P: BCSV | F: | | | L: | | |
| 2 | DEFLIM | 95 | A: 55 | | / | T: | S: | M: | | | E: ERFLIM | | |
| | | | L: | | | A: Y | P: BCSV | F: | | | L: | | |
| 3 | LMLS | 95 | A: | | / | T: | S: | M: CVLIMM | C | | E: | | |
| | | | L: | | | A: Y | P: BCSV | F: CVLIMF | | | L: | | |

CONFIDENTIAL                                                                                                    MercerFL0000755

```
MMVAL (10)     CA95SILS ACT95                                    DATE 4/12/95    TIME 16:24:26    PAGE   5
```

## BC     BENEFIT CALCULATION
-------------------------

| LINE | GROUP LABEL | STATEMENT | ELIGIBILITY AGE LABELS FROM | TO |
|----|--------|------------------------------------------|--------|--------|
| 1 | | DO SA(1) | | |
| 2 | | ACCR=HOURS94.GE.1000 | | |
| 3 | | ZER=0 | | |
| 4 | | * | | |
| 5 | | *  NEED TO GET PV OF ABENTY FOR | | |
| 6 | | *  INITIAL BALANCE | | |
| 7 | | * | | |
| 8 | | ER=1 | | |
| 9 | | A=$AGE.GE.ELER3 | | |
| 10 | | AGROUP=A | $AGE | $AGE |
| 11 | AGROUP | ER=ERF2>.6 | $AGE | $AGE |
| 12 | | BALANCE=ABENTY*CVLS900/ER | $AGE | $AGE |
| 13 | | * | | |
| 14 | | *  NEED TO GET PV FOR MINIMUM BEN | | |
| 15 | | * | | |
| 16 | | MIN=ABENTY*CVGATT | | |
| 17 | | * | | |
| 18 | | *  GET "CONTRIBUTION" STREAM | | |
| 19 | | * | | |
| 20 | | SALPROJ1=0 | | |
| 21 | | SALPROJ2=0 | | |
| 22 | | SALPROJ3=0 | | |
| 23 | | SALPROJ4=0 | | |
| 24 | ACCR | SALPROJ1=SALPROJ | | EL10SVC |
| 25 | ACCR | SALPROJ2=SALPROJ | EL10SVC | EL20SVC |
| 26 | ACCR | SALPROJ3=SALPROJ | EL20SVC | |
| 27 | | BREAK=22000 | | |
| 28 | | DO AC(1) | ELNOW | |
| 29 | | DO AC(2) | ELNOW | |
| 30 | | DO AC(3) | ELNOW | |
| 31 | | DO AC(4) | ELNOW | |
| 32 | | ANNCONT=ANNCONT1+ANNCONT2+ANNCONT3 | | |
| 33 | | ANNC=ANNCONT | $AGE | $AGE |
| 34 | | CASHBAL=BALANCE*(1.05)**($PRJTIME)+ | | |
| 35 | | ANNC*(1.05)**($PRJTIME-1)* | | |
| 36 | | SVCPAY | | |
| 37 | | RETBEN=CASHBAL>MIN | | |

## SA     SALARY CALCULATIONS
-------------------------

| LINE | PROJ SALARY RESULT LABEL | SAL SCALE LABEL | PAY/SAL HISTORY | FINAL AVG SAL RESULT LABEL | # OF YEARS IN AVERAGE | FINAL AVERAGE FREEZE AGE | SAL LIMITS METHOD | LAW YR | COL INCREASE (RATE OR TABLE) |
|----|----|----|----|----|----|----|----|----|----|
| 1 | SALPROJ | SX | | | | | 4 | 95 | R:      /<br>T: |

CONFIDENTIAL                                                                           MercerFL0000756

MMVAL (10)     CA95SILS ACT95                                      DATE  4/12/95     TIME 16:24:26      PAGE   6

## AC     ACCUMULATED EMPLOYEE CONTRIBUTIONS WITH INTEREST
------------------------------------------------------------

| LINE | RESULT LABEL (ACCUM) | RESULT LABEL (ANNUAL) | PROJ SAL LABEL | ACCRUED EMPL CONTRIBS WITH INTEREST | BREAKPOINTS | % BELOW BREAKPOINT 1 | % ABOVE BREAK PTS 1 & 2 | CONTRIBS STOP AGE | OPT INT RATE |
|------|------|------|------|------|------|------|------|------|------|
| 1 | BAL0 | ANNCONT0 | SALPROJ | C: BALANCE<br>L: | 1) 1<br>2) | 1 / 100 | 1)      /<br>2)      / | 18 | / |
| 2 | BAL1 | ANNCONT1 | SALPROJ1 | C: ZER<br>L: | 1) BREAK<br>2) | 1 75 / 100 | 1)  2 50 / 100<br>2)      / | | / |
| 3 | BAL2 | ANNCONT2 | SALPROJ2 | C: ZER<br>L: | 1) BREAK<br>2) | 2 25 / 100 | 1)  3 25 / 100<br>2)      / | | / |
| 4 | BAL3 | ANNCONT3 | SALPROJ3 | C: ZER<br>L: | 1) BREAK<br>2) | 3 00 / 100 | 1)  4 25 / 100<br>2)      / | | / |

## PV     PRESENT VALUES
--------------------

| LINE | RESULT LABEL | STUDY SET | ELIG AGE LABELS | TYPE | BENEFIT/ SAL/CONT LABEL | DECREMENT LABELS | ANNUITY VALUE LABELS | ERF LABEL | CONV FACTOR LABELS | LOADING FACTR CNST/LAB | 415 LIMIT APP 'Y' | LABEL |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 1 | PVDTH | | FR: ELV<br>TO: EL70 | B | RETBEN | M: DXDTHM<br>F: DXDTHF | M: AXLS<br>F: AXLS | | M:<br>F: | | Y | LMLS |
| 2 | PVWTH | | FR: ELV<br>TO: ELER1 | B | RETBEN | M: DXWTH<br>F: DXWTH | M: AXLS<br>F: AXLS | | M:<br>F: | | Y | LMLS |
| 3 | PVRET | | FR: ELER1<br>TO: | B | RETBEN | M: DXRET<br>F: DXRET | M: AXLS<br>F: AXLS | | M:<br>F: | | Y | LMLS |

## VR     VALUATION RECORD
----------------------

| LINE | RESULT LABEL | FIELD LOCATION ON RECORD 1ST COLUMN | FIELD LOCATION ON RECORD LAST COLUMN | # DECIMAL PLACES | ....FIELD.... TYPE | ....FIELD.... FORMAT |
|------|------|------|------|------|------|------|
| 1 | ESSN | 1 | 9 | | N | |
| 2 | ESEX | 11 | 11 | | A | |
| 3 | LOC | 12 | 15 | | A | |
| 4 | EBCSV | 16 | 20 | 3 | N | |
| 5 | EBIRTH | 22 | 27 | | D | 1 |
| 6 | EHIRE | 29 | 34 | | D | 1 |
| 7 | PAY94 | 36 | 44 | 2 | N | |
| 8 | PAY93 | 46 | 54 | 2 | N | |
| 9 | ABENTY | 56 | 63 | 2 | N | |
| 10 | ABENLY | 66 | 73 | 2 | N | |
| 11 | ETY | 75 | 76 | | N | |
| 12 | ELY | 77 | 78 | | N | |
| 13 | ETEST | 80 | 80 | | N | |
| 14 | HOURS94 | 82 | 90 | 2 | N | |
| 15 | ENUMB | 93 | 101 | | N | |

CONFIDENTIAL

MMVAL (10)    CA95SILS ACT95                                          DATE  4/12/95     TIME 16:24:26     PAGE   7

TC    TEST CASES
----------------

| NUMBER OF<br>TEST LIVES<br>TO PRINT | PROCESSING<br>OPTION<br>(BLANK,P) | SELECTION<br>OPTION<br>(BLANK,E) | SOC SEC<br>PRINTOUT<br>(BLANK,Y) | SOC SEC<br>EXIT AGE<br>FOR PRTOUT | AGE RANGE<br>OPTION<br>(BLANK,X) | FIELDS DISPLAY OPTION | TEST CASE<br>OUTPUT |
|---|---|---|---|---|---|---|---|
| --------- | --------- | --------- | --------- | ---------- | --------- | ------------------------------------------------- | --------- |
| 1 |  | E |  |  |  | ENTRY AGE FUNDING      TRADITIONAL UNIT CREDIT X<br>FASB DISCLOSURE    X   PROJECTED UNIT CREDIT | S |

CONTROL TOTALS
--------------

| SCREEN | LINES | TOTAL |
|---|---|---|
| -------- | ----- | ----- |
| DO | 1 | -6194. |
| DO | 8 | 61838. |
| OP | 1 | 4953. |
| IR | 1 | 13169. |
| QX | 4 | 48808. |
| AX | 15 | 1043114. |
| ER | 3 | 62574. |
| CV | 4 | 81683. |
| DX | 4 | 10796. |
| SX | 1 | -5764. |
| SV | 3 | 69811. |
| EL | 18 | 1351441. |
| LM | 3 | 77403. |
| BC | 37 | -17572466. |
| SA | 1 | 5171. |
| AC | 4 | 369006. |
| PV | 3 | 101891. |
| VR | 15 | 1703879. |
| TC | 1 | 962. |
|  |  |  |
| TOTAL | 127 | -12577925. |

CONFIDENTIAL                                                                                        MercerFL0000758

```
MMVAL (10)    CA95SILS ACT95        VALUATION YEAR 1995                     DATE  4/12/95     TIME 16:24:26     PAGE   8


ERROR MESSAGES
--------------

SCREEN LINE W/E                   MESSAGE
------ ---- ---   -------------------------------------------------------------
  SX    1  (W)    SALARY SCALE VALUES ARE ALL ZERO.
  SV    3  (W)    ACCRUED SERVICE LABEL IS MISSING.
  AC    2  (W)    PROJECTED SALARY LABEL IS NOT DEFINED ON 'SA' SCREEN.
  AC    3  (W)    PROJECTED SALARY LABEL IS NOT DEFINED ON 'SA' SCREEN.
  AC    4  (W)    PROJECTED SALARY LABEL IS NOT DEFINED ON 'SA' SCREEN.
  AC    1  (W)    CURRENT ACCRUED CONTRIBS LABEL IS NOT DEFINED ON 'VR' SCREEN
  AC    2  (W)    CURRENT ACCRUED CONTRIBS LABEL IS NOT DEFINED ON 'VR' SCREEN
  AC    3  (W)    CURRENT ACCRUED CONTRIBS LABEL IS NOT DEFINED ON 'VR' SCREEN
  AC    4  (W)    CURRENT ACCRUED CONTRIBS LABEL IS NOT DEFINED ON 'VR' SCREEN
  AC    1  (W)    PERCENT ABOVE BREAKPOINT ONE IS MISSING.

NUMBER OF WARNINGS FOUND = 10

NUMBER OF ERRORS   FOUND =  0
```

CONFIDENTIAL

MercerFL0000759

MMVAL (10)    CA95SILS ACT95      VALUATION YEAR 1995                    DATE 4/12/95    TIME 16:24:26    PAGE  9

POST RETIREMENT MORTALITY RATES
-------------------------------

TABLE NAME: GA83M    SETBACK:  0

| AGE | QX | AGE | QX | AGE | QX | AGE | QX | AGE | QX | AGE | QX | AGE | QX | AGE | QX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | .000342 | 2 | .000342 | 3 | .000342 | 4 | .000342 | 5 | .000342 | 6 | .000318 | 7 | .000302 | 8 | .000294 |
| 9 | .000292 | 10 | .000293 | 11 | .000298 | 12 | .000304 | 13 | .000310 | 14 | .000317 | 15 | .000325 | 16 | .000333 |
| 17 | .000343 | 18 | .000353 | 19 | .000365 | 20 | .000377 | 21 | .000392 | 22 | .000408 | 23 | .000424 | 24 | .000444 |
| 25 | .000464 | 26 | .000488 | 27 | .000513 | 28 | .000542 | 29 | .000572 | 30 | .000607 | 31 | .000645 | 32 | .000687 |
| 33 | .000734 | 34 | .000785 | 35 | .000860 | 36 | .000907 | 37 | .000966 | 38 | .001039 | 39 | .001128 | 40 | .001238 |
| 41 | .001370 | 42 | .001527 | 43 | .001715 | 44 | .001932 | 45 | .002183 | 46 | .002471 | 47 | .002790 | 48 | .003138 |
| 49 | .003513 | 50 | .003909 | 51 | .004324 | 52 | .004755 | 53 | .005200 | 54 | .005660 | 55 | .006131 | 56 | .006618 |
| 57 | .007139 | 58 | .007719 | 59 | .008384 | 60 | .009158 | 61 | .010064 | 62 | .011133 | 63 | .012391 | 64 | .013868 |
| 65 | .015592 | 66 | .017579 | 67 | .019804 | 68 | .022229 | 69 | .024817 | 70 | .027530 | 71 | .030354 | 72 | .033370 |
| 73 | .036680 | 74 | .040388 | 75 | .044597 | 76 | .049388 | 77 | .054758 | 78 | .060678 | 79 | .067125 | 80 | .074070 |
| 81 | .081484 | 82 | .089320 | 83 | .097525 | 84 | .106047 | 85 | .114836 | 86 | .124170 | 87 | .133870 | 88 | .144073 |
| 89 | .154859 | 90 | .166307 | 91 | .178214 | 92 | .190460 | 93 | .203007 | 94 | .217904 | 95 | .234086 | 96 | .248436 |
| 97 | .263954 | 98 | .280803 | 99 | .299154 | 100 | .319185 | 101 | .341086 | 102 | .365052 | 103 | .393102 | 104 | .427255 |
| 105 | .469531 | 106 | .521945 | 107 | .586518 | 108 | .665268 | 109 | .760215 | 110 | 1.000000 | 111 | 1.000000 | 112 | 1.000000 |
| 113 | 1.000000 | 114 | 1.000000 | 115 | 1.000000 | 116 | 1.000000 | 117 | 1.000000 | 118 | 1.000000 | 119 | 1.000000 | 120 | 1.000000 |

TABLE NAME: GA83F    SETBACK:  0

| AGE | QX | AGE | QX | AGE | QX | AGE | QX | AGE | QX | AGE | QX | AGE | QX | AGE | QX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | .000171 | 2 | .000171 | 3 | .000171 | 4 | .000171 | 5 | .000171 | 6 | .000140 | 7 | .000118 | 8 | .000104 |
| 9 | .000097 | 10 | .000096 | 11 | .000104 | 12 | .000113 | 13 | .000122 | 14 | .000131 | 15 | .000140 | 16 | .000149 |
| 17 | .000159 | 18 | .000168 | 19 | .000179 | 20 | .000189 | 21 | .000201 | 22 | .000212 | 23 | .000225 | 24 | .000239 |
| 25 | .000253 | 26 | .000268 | 27 | .000284 | 28 | .000302 | 29 | .000320 | 30 | .000342 | 31 | .000364 | 32 | .000388 |
| 33 | .000414 | 34 | .000443 | 35 | .000476 | 36 | .000502 | 37 | .000536 | 38 | .000573 | 39 | .000617 | 40 | .000665 |
| 41 | .000716 | 42 | .000775 | 43 | .000842 | 44 | .000919 | 45 | .001010 | 46 | .001117 | 47 | .001237 | 48 | .001366 |
| 49 | .001505 | 50 | .001647 | 51 | .001793 | 52 | .001949 | 53 | .002120 | 54 | .002315 | 55 | .002541 | 56 | .002803 |
| 57 | .003103 | 58 | .003443 | 59 | .003821 | 60 | .004241 | 61 | .004703 | 62 | .005210 | 63 | .005769 | 64 | .006386 |
| 65 | .007064 | 66 | .007817 | 67 | .008681 | 68 | .009702 | 69 | .010922 | 70 | .012385 | 71 | .014128 | 72 | .016160 |
| 73 | .018481 | 74 | .021092 | 75 | .023992 | 76 | .027185 | 77 | .030672 | 78 | .034459 | 79 | .038549 | 80 | .042945 |
| 81 | .047655 | 82 | .052691 | 83 | .058071 | 84 | .063807 | 85 | .069918 | 86 | .076570 | 87 | .083870 | 88 | .091935 |
| 89 | .101354 | 90 | .111750 | 91 | .123076 | 92 | .135630 | 93 | .149577 | 94 | .165103 | 95 | .182419 | 96 | .201757 |
| 97 | .222044 | 98 | .243899 | 99 | .268185 | 100 | .295187 | 101 | .325225 | 102 | .358897 | 103 | .395843 | 104 | .438360 |
| 105 | .487816 | 106 | .545886 | 107 | .614309 | 108 | .694885 | 109 | .789474 | 110 | 1.000000 | 111 | 1.000000 | 112 | 1.000000 |
| 113 | 1.000000 | 114 | 1.000000 | 115 | 1.000000 | 116 | 1.000000 | 117 | 1.000000 | 118 | 1.000000 | 119 | 1.000000 | 120 | 1.000000 |

TABLE NAME: UP84    SETBACK:  0

| AGE | QX | AGE | QX | AGE | QX | AGE | QX | AGE | QX | AGE | QX | AGE | QX | AGE | QX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | .001453 | 2 | .001453 | 3 | .001453 | 4 | .001453 | 5 | .001453 | 6 | .001453 | 7 | .001453 | 8 | .001453 |
| 9 | .001453 | 10 | .001453 | 11 | .001453 | 12 | .001453 | 13 | .001453 | 14 | .001453 | 15 | .001453 | 16 | .001437 |
| 17 | .001414 | 18 | .001385 | 19 | .001351 | 20 | .001311 | 21 | .001267 | 22 | .001219 | 23 | .001167 | 24 | .001149 |
| 25 | .001129 | 26 | .001107 | 27 | .001083 | 28 | .001058 | 29 | .001083 | 30 | .001111 | 31 | .001141 | 32 | .001173 |
| 33 | .001208 | 34 | .001297 | 35 | .001398 | 36 | .001513 | 37 | .001643 | 38 | .001792 | 39 | .001948 | 40 | .002125 |
| 41 | .002327 | 42 | .002556 | 43 | .002818 | 44 | .003095 | 45 | .003410 | 46 | .003769 | 47 | .004180 | 48 | .004635 |
| 49 | .005103 | 50 | .005616 | 51 | .006196 | 52 | .006853 | 53 | .007543 | 54 | .008278 | 55 | .009033 | 56 | .009875 |
| 57 | .010814 | 58 | .011863 | 59 | .012952 | 60 | .014162 | 61 | .015509 | 62 | .017010 | 63 | .018685 | 64 | .020517 |
| 65 | .022562 | 66 | .024847 | 67 | .027232 | 68 | .029634 | 69 | .032073 | 70 | .034743 | 71 | .037667 | 72 | .040871 |
| 73 | .044504 | 74 | .048504 | 75 | .052913 | 76 | .057775 | 77 | .063142 | 78 | .068628 | 79 | .074648 | 80 | .081256 |
| 81 | .088518 | 82 | .096218 | 83 | .104310 | 84 | .112816 | 85 | .122079 | 86 | .132174 | 87 | .143179 | 88 | .155147 |
| 89 | .168208 | 90 | .182461 | 91 | .198030 | 92 | .215035 | 93 | .232983 | 94 | .252545 | 95 | .273878 | 96 | .297152 |
| 97 | .322553 | 98 | .349505 | 99 | .378865 | 100 | .410875 | 101 | .445768 | 102 | .483830 | 103 | .524301 | 104 | .568365 |
| 105 | .616382 | 106 | .668696 | 107 | .725745 | 108 | .786495 | 109 | .852659 | 110 | .924666 | 111 | 1.000000 | 112 | 1.000000 |
| 113 | 1.000000 | 114 | 1.000000 | 115 | 1.000000 | 116 | 1.000000 | 117 | 1.000000 | 118 | 1.000000 | 119 | 1.000000 | 120 | 1.000000 |

CONFIDENTIAL                                                                 MercerFL0000760

```
MMVAL (10)    CA95SILS ACT95      VALUATION YEAR 1995              DATE 4/12/95    TIME 16:24:26    PAGE 10


POST RETIREMENT MORTALITY RATES
-------------------------------

TABLE NAME: GATTQX   SETBACK:  0
AGE   QX    AGE    QX    AGE    QX    AGE    QX    AGE    QX    AGE    QX    AGE    QX    AGE    QX
  1  .000000   2  .000000   3  .000000   4  .000000   5  .000257   6  .000229   7  .000210   8  .000199
  9  .000195  10  .000195  11  .000201  12  .000209  13  .000216  14  .000224  15  .000233  16  .000251
 17  .000251  18  .000261  19  .000272  20  .000283  21  .000297  22  .000310  23  .000325  24  .000341
 25  .000359  26  .000378  27  .000398  28  .000422  29  .000446  30  .000475  31  .000505  32  .000538
 33  .000574  34  .000614  35  .000668  36  .000705  37  .000751  38  .000806  39  .000873  40  .000952
 41  .001043  42  .001151  43  .001278  44  .001426  45  .001597  46  .001794  47  .002014  48  .002252
 49  .002509  50  .002778  51  .003059  52  .003352  53  .003659  54  .003988  55  .004336  56  .004711
 57  .005121  58  .005581  59  .006103  60  .006700  61  .007383  62  .008172  63  .009080  64  .010127
 65  .011328  66  .012698  67  .014242  68  .015966  69  .017869  70  .019958  71  .022241  72  .024765
 73  .027581  74  .030740  75  .034295  76  .038286  77  .042715  78  .047569  79  .052837  80  .058508
 81  .064570  82  .071006  83  .077798  84  .084927  85  .092377  86  .100370  87  .108870  88  .118004
 89  .128107  90  .139029  91  .150645  92  .163045  93  .176292  94  .191504  95  .208253  96  .225097
 97  .242999  98  .262351  99  .283670 100  .307186 101  .333156 102  .361975 103  .394472 104  .432808
105  .478674 106  .533916 107  .600414 108  .680076 109  .774845 110 1.000000 111 1.000000 112 1.000000
113 1.000000 114 1.000000 115 1.000000 116 1.000000 117 1.000000 118 1.000000 119 1.000000 120 1.000000
```

CONFIDENTIAL

```
MMVAL (10)    CA95SILS ACT95      VALUATION YEAR 1995            DATE  4/12/95    TIME 16:24:26    PAGE  11


TABLE VALUES
------------

SCREEN: DX    LINE:  1    TABLE NAME: GA83M      SETBACK:  0
AGE    RATE   AGE    RATE   AGE     RATE   AGE    RATE   AGE    RATE   AGE    RATE
16  .000333   17  .000343   18  .000353   19  .000365   20  .000377   21  .000392
22  .000408   23  .000424   24  .000444   25  .000464   26  .000488   27  .000513
28  .000542   29  .000572   30  .000607   31  .000645   32  .000687   33  .000734
34  .000785   35  .000860   36  .000907   37  .000966   38  .001039   39  .001128
40  .001238   41  .001370   42  .001527   43  .001715   44  .001932   45  .002183
46  .002471   47  .002790   48  .003138   49  .003513   50  .003909   51  .004324
52  .004755   53  .005200   54  .005660   55  .006131   56  .006618   57  .007139
58  .007719   59  .008384   60  .009158   61  .010064   62  .011133   63  .012391
64  .013868   65  .015592   66  .017579   67  .019804   68  .022229   69  .024817
70  .027530   71  .030354   72  .033370   73  .036680   74  .040388   75  .044597

SCREEN: DX    LINE:  2    TABLE NAME: GA83F      SETBACK:  0
AGE    RATE   AGE    RATE   AGE     RATE   AGE    RATE   AGE    RATE   AGE    RATE
16  .000149   17  .000159   18  .000168   19  .000179   20  .000189   21  .000201
22  .000212   23  .000225   24  .000239   25  .000253   26  .000268   27  .000284
28  .000302   29  .000320   30  .000342   31  .000364   32  .000388   33  .000414
34  .000443   35  .000476   36  .000502   37  .000536   38  .000573   39  .000617
40  .000665   41  .000716   42  .000775   43  .000842   44  .000919   45  .001010
46  .001117   47  .001237   48  .001366   49  .001505   50  .001647   51  .001793
52  .001949   53  .002120   54  .002315   55  .002541   56  .002803   57  .003103
58  .003443   59  .003821   60  .004241   61  .004703   62  .005210   63  .005769
64  .006386   65  .007064   66  .007817   67  .008681   68  .009702   69  .010922
70  .012385   71  .014128   72  .016160   73  .018481   74  .021092   75  .023992

SCREEN: DX    LINE:  3    TABLE NAME: WTH        SETBACK:  0
AGE    RATE   AGE    RATE   AGE     RATE   AGE    RATE   AGE    RATE   AGE    RATE
16  .000000   17  .000000   18  .000000   19  .000000   20  .180000   21  .174000
22  .169000   23  .163000   24  .158000   25  .152000   26  .146000   27  .141000
28  .135000   29  .129000   30  .124000   31  .118000   32  .113000   33  .107000
34  .101000   35  .096000   36  .090000   37  .084000   38  .079000   39  .073000
40  .068000   41  .062000   42  .058000   43  .067000   44  .070000   45  .072000
46  .072000   47  .067000   48  .055000   49  .043000   50  .036000   51  .032000
52  .030000   53  .030000   54  .030000   55  .000000   56  .000000   57  .000000
58  .000000   59  .000000   60  .000000   61  .000000   62  .000000   63  .000000
64  .000000   65  .000000   66  .000000   67  .000000   68  .000000   69  .000000
70  .000000   71  .000000   72  .000000   73  .000000   74  .000000   75  .000000
```

CONFIDENTIAL                                                                      MercerFL0000762

MMVAL (10)    CA95SILS ACT95      VALUATION YEAR 1995                    DATE  4/12/95     TIME 16:24:26      PAGE  12

TABLE VALUES
------------

SCREEN: DX    LINE:  4    TABLE NAME: NEW        SETBACK:  0

| AGE | RATE | AGE | RATE | AGE | RATE | AGE | RATE | AGE | RATE | AGE | RATE |
|-----|------|-----|------|-----|------|-----|------|-----|------|-----|------|
| 16 | .000000 | 17 | .000000 | 18 | .000000 | 19 | .000000 | 20 | .000000 | 21 | .000000 |
| 22 | .000000 | 23 | .000000 | 24 | .000000 | 25 | .000000 | 26 | .000000 | 27 | .000000 |
| 28 | .000000 | 29 | .000000 | 30 | .000000 | 31 | .000000 | 32 | .000000 | 33 | .000000 |
| 34 | .000000 | 35 | .000000 | 36 | .000000 | 37 | .000000 | 38 | .000000 | 39 | .000000 |
| 40 | .000000 | 41 | .000000 | 42 | .000000 | 43 | .000000 | 44 | .000000 | 45 | .000000 |
| 46 | .000000 | 47 | .000000 | 48 | .000000 | 49 | .000000 | 50 | .000000 | 51 | .000000 |
| 52 | .000000 | 53 | .000000 | 54 | .000000 | 55 | .040000 | 56 | .040000 | 57 | .030000 |
| 58 | .030000 | 59 | .040000 | 60 | .060000 | 61 | .080000 | 62 | .210000 | 63 | .130000 |
| 64 | .170000 | 65 | .300000 | 66 | .220000 | 67 | .210000 | 68 | .220000 | 69 | .300000 |
| 70 | 1.000000 | 71 | 1.000000 | 72 | 1.000000 | 73 | 1.000000 | 74 | 1.000000 | 75 | 1.000000 |

CONFIDENTIAL

```
MMVAL (10)    CA95SILS ACT95      VALUATION YEAR 1995      INTEREST RATE  9.00 %     DATE  4/12/95      TIME 16:24:26      PAGE  13
```

SHORT SAMPLE -- ACTIVE MEMBER

```
VALUATION RECORD                 CALCULATED AGES (EXACT AND NEAREST)       GENERAL STATISTICS
----------------                 -----------------------------------       ------------------

ESSN          1,839              CURRENT AGE       34.620     35           SERVICE          3.53     MEMBERSHIP    -23,571.29
ESEX              F              AGE AT HIRE       31.092     31           $TOTAL1          0.00     $TOTAL2             0.00
LOC            FWWC              RETIREMENT AGE    70.037     70           $TOTAL3          0.00     $TOTAL4             0.00
EBCSV         2.421             MEMBERSHIP AGE    31.092     31           $TOTAL5          0.00
EBIRTH     REDACTED/60
EHIRE      06/21/91
PAY94     12,025.06              ACCRUED LIABILITIES                       CURRENT SERVICE COST
PAY93     11,001.61              -------------------                       --------------------
ABENTY       307.14
ABENLY       175.70              PVDTH    PVWTH    PVRET                ]   PVDTH    PVWTH    PVRET
ETY               2              PVTOT-1  PVTOT-2  PVTOT-3 PVTOT-4 PVTOT-5 ]   PVTOT-1  PVTOT-2  PVTOT-3 PVTOT-4 PVTOT-5
ELY               2      AGGR
ETEST             1                                                       ]
HOURS94    1,712.89                     85    2,882      944              ]
ENUMB            18                  3,911                                ]

ELIGIBILITY AGES
----------------        TUC
                                                                          ]
EL65             65                    79    2,291      944              ]        6      591        0
EL70             70                 3,314                                ]      596
ELV              37
ELER1            55
ELSUB            47
ELER2            55
ELER3            50
ELRET            55
AGE55            55
AGE20            20
AGE30            30
AGE40            40
AGE50            50
AGE60            60
ELNOW            35
EL10SVC          43
EL20SVC          53
EL30SVC          63
$AGE             35
$HIREAGE         31
$MEMBAGE         31
$SSNRA           67
```

CONFIDENTIAL

MMVAL (10)    CA95SILS ACT95        VALUATION YEAR 1995      INTEREST RATE  9.00 %     DATE  4/12/95     TIME 16:24:26     PAGE  14

```
NUMBER OF ACTIVE RECORDS READ      =    6463
NUMBER OF RECORDS DROPPED          =       0
NUMBER OF SURVIVOR ACTIVES         =    6369
NUMBER OF NEW ENTRANTS             =      94
NUMBER OF LAYOFFS                  =       0
NUMBER OF TERMINATIONS PROCESSED   =       0
```

CONFIDENTIAL                                                                          MercerFL0000765

```
MMVAL (10)   CA95SILS ACT95      VALUATION YEAR 1995      INTEREST RATE 9.00 %      DATE 4/12/95      TIME 16:24:26      PAGE  15
```

WILLIAM M. MERCER VALUATION SYSTEM
ACTIVE EMPLOYEE RESULTS

AGGREGATE COST METHOD - PROJECTED PRESENT VALUES

| TOTAL OF ALL EMPLOYEES | | SURVIVORS | NEW ENTRANTS | LAYOFFS | TOTAL |
|---|---|---|---|---|---|
| **STATISTICS** | | | | | |
| NUMBER OF EMPLOYEES | | 24,487 | 293 | 0 | 24,780 |
| AVERAGE AGE | | 36.70 | 40.10 | 0.00 | 36.74 |
| AVERAGE YEARS OF SERVICE | | 8.53 | 8.86 | 0.00 | 8.54 |
| AVERAGE SALARY | | 23,757 | 16,089 | 0 | 23,666 |
| TOTAL SALARY | | 581,736,575 | 4,714,172 | 0 | 586,450,747 |
| TOTAL SALARY < LIMIT FOR VALUATION YEAR | | 578,644,822 | 4,714,172 | 0 | 583,358,994 |
| | | | | | |
| **EMPLOYEES UNDER FIXED RETIREMENT AGE** | | | | | |
| NUMBER OF EMPLOYEES | | 24,387 | 288 | 0 | 24,675 |
| TOTAL SALARY | | 580,675,284 | 4,688,271 | 0 | 585,363,555 |
| TOTAL SALARY < LIMIT FOR VALUATION YEAR | | 577,583,532 | 4,688,271 | 0 | 582,271,802 |
| | | | | | |
| **PRESENT VALUES OF BENEFITS** | | | | | |
| DEATH BENEFIT | (PVDTH  ) | 9,114,761 | 37,828 | 0 | 9,152,589 |
| VESTED WITHDRAWAL BENEFIT | (PVWTH  ) | 20,865,953 | 147,405 | 0 | 21,013,358 |
| RETIREMENT BENEFIT | (PVRET  ) | 115,349,489 | 449,484 | 0 | 115,798,973 |
| | | 145,330,203 | 634,716 | 0 | 145,964,919 |

CONFIDENTIAL

MercerFL0000766

```
MMVAL (10)    CA95SILS ACT95       VALUATION YEAR 1995     INTEREST RATE 9.00 %    DATE 4/12/95     TIME 16:24:26     PAGE  16
```

WILLIAM M. MERCER VALUATION SYSTEM
ACTIVE EMPLOYEE RESULTS

TRADITIONAL UNIT CREDIT COST METHOD

| TOTAL OF ALL EMPLOYEES | | | SURVIVORS | NEW ENTRANTS | LAYOFFS | TOTAL |
|---|---|---|---|---|---|---|
| PRESENT VALUES OF BENEFITS - AL | | | | | | |
| DEATH BENEFIT | (PVDTH | ) | 9,022,587 | 37,032 | 0 | 9,059,618 |
| VESTED WITHDRAWAL BENEFIT | (PVWTH | ) | 19,463,388 | 134,914 | 0 | 19,598,302 |
| RETIREMENT BENEFIT | (PVRET | ) | 114,320,621 | 442,422 | 0 | 114,763,043 |
| | | | 142,806,596 | 614,368 | 0 | 143,420,963 |
| PRESENT VALUES OF BENEFITS - NC | | | | | | |
| DEATH BENEFIT | (PVDTH | ) | 92,174 | 796 | 0 | 92,970 |
| VESTED WITHDRAWAL BENEFIT | (PVWTH | ) | 1,402,566 | 12,491 | 0 | 1,415,057 |
| RETIREMENT BENEFIT | (PVRET | ) | 1,028,868 | 7,062 | 0 | 1,035,929 |
| | | | 2,523,608 | 20,349 | 0 | 2,543,956 |

CONFIDENTIAL

MercerFL0000767