*Osberg v. Foot Locker, Inc., et al.*, 07-cv-01358 (KBF) (S.D.N.Y.)

# Class's Opposition to Defendants' Motion *in Limine* to Exclude Testimony of Christopher Maikels

# July 10, 2015

# EXHIBIT F

```
MMVAL (10)    CA95SILS ACT95                                            DATE 4/19/95    TIME 10:37:25      PAGE    1


DO    DOCUMENTATION  (INFORMATION)
------------------------------------
   CLIENT:  WOOLWORTH CORPORATION              CODER:  C MAIKELS
   PROJECT: CASH BALANCE VALUATION          TKS CODE:
                                            SPEC PROC:


DO    DOCUMENTATION  (NOTES)
------------------------------
   THE WOOLWORTH RETIREMENT PLAN
   CODING OF CASH BALANCE VALUATION
   USING SERVICE AS A BASIS FOR CONTRIBUTION PCT.
   INCLUDES ENHANCED BALANCES USING EARLY RETIREMENT FACTORS
   100% LUMP SUMS
   UPDATED CONTRIBUTION RATES
   USES 1995 DATA
   INTEGRATED BASIS WITH BREAK AT 22000


OP    RUN TIME OPTIONS
------------------------
                                       ...FUNDING METHODS...  ..CANADIAN...  PAY-   C-O-L   PRORATE                  LAST YR'S   PV'S BASED
   VALUATION   FIXED RET                 ENT TRAD PROJ FAS    OUT-      PUC- OUT    METHOD  SERVICE  ABO GAIN/  NORM COST   ON LAST YR'S
     DATE      AGE SRVC SUBTOTAL BREAKS  AGG AGE UNIT UNIT 87 PUT CICA CALC  PROJ   (I,E)   LABEL    VBO LOSS   FOR G&L     415 & SAL LIM
   ---------   --- ---- -------- ------  --- --- ---- ---- -- --- ---- ----  -----  ------  -------- --- -----  ---------  --------------
   1 / 1 / 95  70       MAJOR:                     Y                         AGG:           BCSV     Y
                        INTER:                                               FAS:
                        MINOR:


IR    INTEREST RATES
----------------------
      VALUATION INTEREST           FASB INTEREST          EMP CONTRIB INTEREST
         RATE        TABLE            RATE       TABLE        RATE       TABLE
      ----------------   --------   ----------------   --------   -----------   --------
   PRE:  9      / 100             PRE:  8 17 / 100                5   /
   POST: 9      / 100             POST:        /


QX    POST RETIREMENT MORTALITY TABLES
---------------------------------------
           RESULT      TABLE       SET-     SELECT
   LINE    LABEL       NAME        BACK     YEAR
   ----    ------      ------      ----     ------
     1     QXM         GA83M
     2     QXF         GA83F
     3     QXLIM       UP84
     4     QXGATT      GATTQX
```

Handwritten annotation:

100% LS

1.95 / 2.80

2.50 / 3.60

3.35 / 4.75

```
AX    ANNUITY VALUES
-------------------
      RESULT          C-O-L   FORM OF  DEF  TMP  CERTAIN  ..MORTALITY LABEL..  SPOUSES  FRACTION  FRACTION  MCR    PAY
LINE  LABEL   SEX     LABEL   PAYMENT  AGE  AGE  PERIOD   PENSIONER  SPOUSE    AGE DIF  CONTINUD  MARRIED   RATIO  FRQ
----  ------  ---     ------  -------  ---  ---  -------  ---------  --------  -------  --------  --------  -----  ---
  1   AXM     M               LA                          QXM                               /         /        /
  2   AXF     F               LA                          QXF                               /         /        /
  3   AXWTHM  M               LA       55                 QXM                               /         /        /
  4   AXWTHF  F               LA       55                 QXF                               /         /        /
  5   AXDTHM  M               SPA      55                 QXM        QXF        -4      50 / 100  70 / 100     /
  6   AXDTHF  F               SPA      55                 QXF        QXM         4      50 / 100  70 / 100     /
  7   AXREAM  M               REA      65   65            QXM        QXF        -4      50 / 100  70 / 100     /
  8   AXREAF  F               REA      65   65            QXF        QXM         4      50 / 100  70 / 100     /
  9   AXJ&SM  M               J&S                         QXM        QXF        -4      50 / 100   1 /   1     /
 10   AXJ&SF  F               J&S                         QXF        QXM         4      50 / 100   1 /   1     /
 11   DEFJ&SM M               J&S      55                 QXM        QXF        -4      50 / 100   1 /   1     /
 12   DEFJ&SF F               J&S      55                 QXF        QXM         4      50 / 100   1 /   1     /
 13   AXUP84  B               LA       65                 QXLIM                             /         /        /
 14   AXGATT  B               LA       65                 QXGATT                            /         /        /
 15   AXLS    B               CO                1         QXM                               /         /        /     A


ER    EARLY RETIREMENT FACTORS
-----------------------------
                                                                          METHOD 3
                        METHOD 1           METHOD 2              .......ACTUARIAL EQUIVALENCE.......
      RESULT  EARLIEST  ERF         ANNUAL PERCENTAGE REDUCTIONS  RETIRE   INTEREST    MORTALITY
LINE  LABEL   AGE       TABLE NAME  START AGE     REDUCTION       AGE      RATE        LABEL
----  ------  --------  ----------  -----------  --------------   ------   --------    ---------
  1   ERF1    55                    1)  65        6      /                    /
                                    2)                   /
  2   ERF2    50                    1)  65        4      /                    /
                                    2)                   /
  3   ERFLIM  20                    1)                   /         62       7  1 /   2   QXLIM
                                    2)                   /


CV    CONVERSION FACTORS
-----------------------
                        METHOD 1    ..........METHOD 2..........
      RESULT  1ST       CONV FACTR  ANNUITY LABEL  ANNUITY LABEL   INTEREST  ..MORTALITY LABELS..   AGE
LINE  LABEL   AGE       TABLE NAME  ORIGINAL FORM  OPTIONAL FORM   RATE      PENSIONER   SPOUSE     DIFFERENCE
----  ------  ---       ----------  -------------  -------------   --------  ---------   ---------  ----------
  1   CVLS900 18                    AXGATT         AXLS            9 / 100
  2   CVGATT  18                    AXGATT         AXLS            8 / 100
  3   CVLIMM  18                    AXLS           AXJ&SM          5 / 100   QXLIM       QXLIM
  4   CVLIMF  18                    AXLS           AXJ&SF          5 / 100   QXLIM       QXLIM
```

CONFIDENTIAL                                                                                            MercerFL0000737

```
MMVAL (10)    CA95SILS ACT95                                              DATE  4/19/95    TIME 10:37:25     PAGE   3


DX    ACTIVE DECREMENTS
-----------------------
                                        BEGIN DECRMNT  STOP DECRMNT                       ....LOADING.....  ...SELECT...  GAIN & LOSS
      RESULT    GROUP                   AT ELIGIBILTY  AT ELIGIBILTY  TABLE     SET-           FACTOR           TABLE     RESULT   ST
LINE  LABEL     LABEL    SEX  V/P  TYPE  AGE LABEL      AGE LABEL     NAME      BACK  OP    (CNST/LABEL)   OP   NAME      LABEL    CD
----  --------  -------- ---  ---  ----  -------------  -------------  --------  ----  --   -------------  --   --------  -------- --
   1  DXDTHM             M    B    D                                   GA83M

   2  DXDTHF             F    B    D                                   GA83F

   3  DXWTH              B    B    W                                   WTH

   4  DXRET              B    B    R     ELRET                         NEW




SX    SALARY SCALES
-------------------
                                                       ....LOADING.....  .......SELECT......  .......SELECT......
      RESULT    GROUP            TABLE      SET-           FACTOR         TABLE                TABLE
LINE  LABEL     LABEL    V/P     NAME       BACK   OP   (CNST/LABEL)  OP  NAME       ALIGN OP  NAME       ALIGN
----  --------  -------- ---     --------   ----   --   -------------  -- --------   ----- --  --------   -----
   1  SX                 B       ZERO              +       0.05


SV    SERVICE CALCULATIONS
--------------------------
      RESULT    GROUP    ACCRUED    RNDG   ..SERVICE START RULES...    ..SERVICE STOP RULE...    SERVICE
LINE  LABEL     LABEL    SERVICE    CODE   AGE  YRS     DATE           AGE  YRS     DATE         INCR LABEL
----  --------  -------- --------   ----   ---  ---  -------------     ---  ---  -------------   ----------
   1  VCSV               EHIRE       2     1)          /   /                        /   /
                                           2)          /   /
                                           3)          /   /
   2  BCSV               EBCSV       2     1)          /   /                        /   /
                                           2)          /   /
                                           3)          /   /
   3  SVCPAY                               1)       1 / 1 / 95                    1 / 1 / 96
                                           2)          /   /
                                           3)          /   /
```

CONFIDENTIAL

MercerFL0000738

## EL   ELIGIBILITY AGES

| LINE | RESULT LABEL | GROUP LABEL | AGE RQMT | SRVC RQMT | AGE & SRVC RQMT | ........LATEST OF................ DATE RQMT | SERVICE LABEL | ......EARLIER OF...... ELIGIBILITY AGE LABELS | 'LATER OF' OPTION LABEL#1 | LABEL#2 |
|------|--------|-------|-----|-----|-----|----------|------|--------|--------|--------|
| 1  | EL65    |    | 65 | 1  |    |  /  /       | BCSV |       |    |    |
| 2  | EL70    |    | 70 |    |    |  /  /       |      |       |    |    |
| 3  | ELV     |    |    | 5  |    |  /  /       | VCSV | EL65  |    |    |
| 4  | ELER1   |    | 55 | 5  |    |  /  /       | VCSV | EL65  |    |    |
| 5  | ELSUB   |    |    | 15 |    |  /  /       | VCSV | ELER1 |    |    |
| 6  | ELER2   |    | 55 | 15 |    |  /  /       | VCSV | EL65  |    |    |
| 7  | ELER3   |    | 50 | 15 |    |  /  /       | BCSV | EL65  |    |    |
| 8  | ELRET   |    | 70 |    |    |  /  /       |      | ELER1 |    |    |
| 9  | AGE55   |    | 55 |    |    |  /  /       |      |       |    |    |
| 10 | AGE20   |    | 20 |    |    |  /  /       |      |       |    |    |
| 11 | AGE30   |    | 30 |    |    |  /  /       |      |       |    |    |
| 12 | AGE40   |    | 40 |    |    |  /  /       |      |       |    |    |
| 13 | AGE50   |    | 50 |    |    |  /  /       |      |       |    |    |
| 14 | AGE60   |    | 60 |    |    |  /  /       |      |       |    |    |
| 15 | ELNOW   |    |    |    |    | 1 / 1 / 1995 |     |       |    |    |
| 16 | EL10SVC |    |    | 10 |    |  /  /       | BCSV |       |    |    |
| 17 | EL20SVC |    |    | 20 |    |  /  /       | BCSV |       |    |    |
| 18 | EL30SVC |    |    | 30 |    |  /  /       | BCSV |       |    |    |

## LM   415 LIMIT

| LINE | RESULT LABEL | LAW YR | TEFRA RL | DEFERRED AGE/ AGE LABEL | C-O-L INCREASES FOR MAX BEN | COL TO TRM/ AGE | LABELS FOR MAX BEN PRORATION | ..ADJ FACTOR.. LABEL FOR 100% J&S | PROJ EMP CONTRIB LABEL | RET FACTOR LABEL FOR CURR LIMIT | ..GRANDFATHERED BENEFITS.. VAL REC FIELD & ERF LABEL '82 | ERF LBL FOR 1986 '86 LIMIT |
|------|--------|----|----|--------|--------|------|--------|---------|------|---------|---------|-----|
| 1 | RETLIM | 95 |    | A:       |  /  | T:    | S:           | M:        |   | E: ERFLIM |    |    |
|   |        |    |    | L:       |     | A: Y  | P: BCSV      | F:        |   | L:        |    |    |
| 2 | DEFLIM | 95 |    | A: 55    |  /  | T:    | S:           | M:        |   | E: ERFLIM |    |    |
|   |        |    |    | L:       |     | A: Y  | P: BCSV      | F:        |   | L:        |    |    |
| 3 | LMLS   | 95 |    | A:       |  /  | T:    | S:           | M: CVLIMM | C | E:        |    |    |
|   |        |    |    | L:       |     | A: Y  | P: BCSV      | F: CVLIMF |   | L:        |    |    |

```
MMVAL (10)    CA95SILS ACT95                                    DATE  4/19/95    TIME 10:37:25    PAGE   5


BC    BENEFIT CALCULATION
      -------------------
              GROUP                                          ELIGIBILITY AGE LABELS
LINE          LABEL          STATEMENT                       FROM         TO
----          --------       ----------------------------    --------     --------
  1                          DO SA(1)
  2                          ACCR=HOURS94.GE.1000
  3                          ZER=0
  4                          *
  5                          *   NEED TO GET PV OF ABENTY FOR
  6                          *   INITIAL BALANCE
  7                          *
  8                          ER=1
  9                          A=$AGE.GE.ELER3
 10                          AGROUP=A                        $AGE         $AGE
 11           AGROUP         ER=ERF2>.6                      $AGE         $AGE
 12                          BALANCE=ABENTY*CVLS900/ER       $AGE         $AGE
 13                          *
 14                          *   NEED TO GET PV FOR MINIMUM BEN
 15                          *
 16                          MIN=ABENTY*CVGATT
 17                          *
 18                          *   GET "CONTRIBUTION" STREAM
 19                          *
 20                          SALPROJ1=0
 21                          SALPROJ2=0
 22                          SALPROJ3=0
 23                          SALPROJ4=0
 24           ACCR           SALPROJ1=SALPROJ                             EL10SVC
 25           ACCR           SALPROJ2=SALPROJ                EL10SVC      EL20SVC
 26           ACCR           SALPROJ3=SALPROJ                EL20SVC
 27                          BREAK=22000
 28                          DO AC(1)                        ELNOW
 29                          DO AC(2)                        ELNOW
 30                          DO AC(3)                        ELNOW
 31                          DO AC(4)                        ELNOW
 32                          ANNCONT=ANNCONT1+ANNCONT2+ANNCONT3
 33                          ANNC=ANNCONT                    $AGE         $AGE
 34                          CASHBAL=BALANCE*(1.05)**($PRJTIME)+
 35                                  ANNC*(1.05)**($PRJTIME-1)*
 36                                  SVCPAY
 37                          RETBEN=CASHBAL>MIN


SA    SALARY CALCULATIONS
      -------------------
      PROJ SALARY    SAL SCALE   PAY/SAL   FINAL AVG SAL    # OF YEARS   FINAL AVERAGE   SAL LIMITS   LAW   COL INCREASE
LINE  RESULT LABEL   LABEL       HISTORY   RESULT LABEL     IN AVERAGE   FREEZE AGE      METHOD       YR    (RATE OR TABLE)
----  ------------   ---------   -------   -------------    ----------   -------------   ----------   ---   ---------------
  1   SALPROJ        SX                                                                      4        95    R:         /
                                                                                                            T:
```

CONFIDENTIAL                                                                                                      MercerFL0000740

## AC    ACCUMULATED EMPLOYEE CONTRIBUTIONS WITH INTEREST

| LINE | RESULT LABEL (ACCUM) | RESULT LABEL (ANNUAL) | PROJ SAL LABEL | ACCRUED EMPL CONTRIBS WITH INTEREST | BREAKPOINTS | % BELOW BREAKPOINT 1 | % ABOVE BREAK PTS 1 & 2 | CONTRIBS STOP AGE | OPT INT RATE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BAL0 | ANNCONT0 | SALPROJ  | C: BALANCE<br>L: | 1) 1<br>2) | 1 / 100 | 1)      /<br>2)      / | 18 | / |
| 2 | BAL1 | ANNCONT1 | SALPROJ1 | C: ZER<br>L:     | 1) BREAK<br>2) | 1 95 / 100 | 1) 2 80 / 100<br>2)      / |    | / |
| 3 | BAL2 | ANNCONT2 | SALPROJ2 | C: ZER<br>L:     | 1) BREAK<br>2) | 2 50 / 100 | 1) 3 60 / 100<br>2)      / |    | / |
| 4 | BAL3 | ANNCONT3 | SALPROJ3 | C: ZER<br>L:     | 1) BREAK<br>2) | 3 35 / 100 | 1) 4 75 / 100<br>2)      / |    | / |

## PV    PRESENT VALUES

| LINE | RESULT LABEL | STUDY SET | ELIG AGE LABELS | TYPE | BENEFIT/ SAL/CONT LABEL | DECREMENT LABELS | ANNUITY VALUE LABELS | ERF LABEL | CONV FACTOR LABELS | LOADING FACTR CNST/LAB | 415 LIMIT APP 'Y' | LABEL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PVDTH |  | FR: ELV<br>TO: EL70  | B | RETBEN | M: DXDTHM<br>F: DXDTHF | M: AXLS<br>F: AXLS | | M:<br>F: | | Y | LMLS |
| 2 | PVWTH |  | FR: ELV<br>TO: ELER1 | B | RETBEN | M: DXWTH<br>F: DXWTH   | M: AXLS<br>F: AXLS | | M:<br>F: | | Y | LMLS |
| 3 | PVRET |  | FR: ELER1<br>TO:     | B | RETBEN | M: DXRET<br>F: DXRET   | M: AXLS<br>F: AXLS | | M:<br>F: | | Y | LMLS |

## VR    VALUATION RECORD

| LINE | RESULT LABEL | FIELD LOCATION ON RECORD 1ST COLUMN | LAST COLUMN | # DECIMAL PLACES | ....FIELD.... TYPE | FORMAT |
|---|---|---|---|---|---|---|
| 1  | ESSN    | 1  | 9   |   | N |   |
| 2  | ESEX    | 11 | 11  |   | A |   |
| 3  | LOC     | 12 | 15  |   | A |   |
| 4  | EBCSV   | 16 | 20  | 3 | N |   |
| 5  | EBIRTH  | 22 | 27  |   | D | 1 |
| 6  | EHIRE   | 29 | 34  |   | D | 1 |
| 7  | PAY94   | 36 | 44  | 2 | N |   |
| 8  | PAY93   | 46 | 54  | 2 | N |   |
| 9  | ABENTY  | 56 | 63  | 2 | N |   |
| 10 | ABENLY  | 66 | 73  | 2 | N |   |
| 11 | ETY     | 75 | 76  |   | N |   |
| 12 | ELY     | 77 | 78  |   | N |   |
| 13 | ETEST   | 80 | 80  |   | N |   |
| 14 | HOURS94 | 82 | 90  | 2 | N |   |
| 15 | ENUMB   | 93 | 101 |   | N |   |

```
TC    TEST CASES
----------------
NUMBER OF    PROCESSING   SELECTION    SOC SEC      SOC SEC      AGE RANGE
TEST LIVES   OPTION       OPTION       PRINTOUT     EXIT AGE     OPTION                                                      TEST CASE
TO PRINT     (BLANK,P)    (BLANK,E)    (BLANK,Y)    FOR PRTOUT   (BLANK,X)          FIELDS DISPLAY OPTION                    OUTPUT
---------    ---------    ---------    ---------    ----------   ---------    ------------------------------------------    ---------
    1                         E                                               ENTRY AGE FUNDING      TRADITIONAL UNIT CREDIT X     S
                                                                              FASB DISCLOSURE    X   PROJECTED UNIT CREDIT


CONTROL TOTALS
--------------
SCREEN     LINES         TOTAL
-------    -----         -----
DO           1          -6194.
DO           8          61838.
OP           1           4953.
IR           1          13169.
QX           4          48808.
AX          15        1043114.
ER           3          62574.
CV           4          81683.
DX           4          10796.
SX           1          -5764.
SV           3          69811.
EL          18        1351441.
LM           3          77403.
BC          37      -17572466.
SA           1           5171.
AC           4         375835.
PV           3         101891.
VR          15        1703879.
TC           1            962.

TOTAL      127      -12571096.
```

CONFIDENTIAL                                                                                                              MercerFL0000742

```
MMVAL (10)    CA95SILS ACT95       VALUATION YEAR 1995                            DATE  4/19/95    TIME 10:37:25    PAGE    8

ERROR MESSAGES
--------------

SCREEN LINE W/E                    MESSAGE
------ ---- ---  --------------------------------------------------------

  SX    1   (W)  SALARY SCALE VALUES ARE ALL ZERO.
  SV    3   (W)  ACCRUED SERVICE LABEL IS MISSING.
  AC    2   (W)  PROJECTED SALARY LABEL IS NOT DEFINED ON 'SA' SCREEN.
  AC    3   (W)  PROJECTED SALARY LABEL IS NOT DEFINED ON 'SA' SCREEN.
  AC    4   (W)  PROJECTED SALARY LABEL IS NOT DEFINED ON 'SA' SCREEN.
  AC    1   (W)  CURRENT ACCRUED CONTRIBS LABEL IS NOT DEFINED ON 'VR' SCREEN
  AC    2   (W)  CURRENT ACCRUED CONTRIBS LABEL IS NOT DEFINED ON 'VR' SCREEN
  AC    3   (W)  CURRENT ACCRUED CONTRIBS LABEL IS NOT DEFINED ON 'VR' SCREEN
  AC    4   (W)  CURRENT ACCRUED CONTRIBS LABEL IS NOT DEFINED ON 'VR' SCREEN
  AC    1   (W)  PERCENT ABOVE BREAKPOINT ONE IS MISSING.

NUMBER OF WARNINGS FOUND = 10

NUMBER OF ERRORS    FOUND =  0
```

CONFIDENTIAL

MercerFL0000743

POST RETIREMENT MORTALITY RATES
-------------------------------

TABLE NAME: GA83M    SETBACK:  0

| AGE | QX | AGE | QX | AGE | QX | AGE | QX | AGE | QX | AGE | QX | AGE | QX | AGE | QX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | .000342 | 2 | .000342 | 3 | .000342 | 4 | .000342 | 5 | .000342 | 6 | .000318 | 7 | .000302 | 8 | .000294 |
| 9 | .000292 | 10 | .000293 | 11 | .000298 | 12 | .000304 | 13 | .000310 | 14 | .000317 | 15 | .000325 | 16 | .000333 |
| 17 | .000343 | 18 | .000353 | 19 | .000365 | 20 | .000377 | 21 | .000392 | 22 | .000408 | 23 | .000424 | 24 | .000444 |
| 25 | .000464 | 26 | .000488 | 27 | .000513 | 28 | .000542 | 29 | .000572 | 30 | .000607 | 31 | .000645 | 32 | .000687 |
| 33 | .000734 | 34 | .000785 | 35 | .000860 | 36 | .000907 | 37 | .000966 | 38 | .001039 | 39 | .001128 | 40 | .001238 |
| 41 | .001370 | 42 | .001527 | 43 | .001715 | 44 | .001932 | 45 | .002183 | 46 | .002471 | 47 | .002790 | 48 | .003138 |
| 49 | .003513 | 50 | .003909 | 51 | .004324 | 52 | .004755 | 53 | .005200 | 54 | .005660 | 55 | .006131 | 56 | .006618 |
| 57 | .007139 | 58 | .007719 | 59 | .008384 | 60 | .009158 | 61 | .010064 | 62 | .011133 | 63 | .012391 | 64 | .013868 |
| 65 | .015592 | 66 | .017579 | 67 | .019804 | 68 | .022229 | 69 | .024817 | 70 | .027530 | 71 | .030354 | 72 | .033370 |
| 73 | .036680 | 74 | .040388 | 75 | .044597 | 76 | .049388 | 77 | .054758 | 78 | .060678 | 79 | .067125 | 80 | .074070 |
| 81 | .081484 | 82 | .089320 | 83 | .097525 | 84 | .106047 | 85 | .114836 | 86 | .124170 | 87 | .133870 | 88 | .144073 |
| 89 | .154859 | 90 | .166307 | 91 | .178214 | 92 | .190460 | 93 | .203007 | 94 | .217904 | 95 | .234086 | 96 | .248436 |
| 97 | .263954 | 98 | .280803 | 99 | .299154 | 100 | .319185 | 101 | .341086 | 102 | .365052 | 103 | .393102 | 104 | .427255 |
| 105 | .469531 | 106 | .521945 | 107 | .586518 | 108 | .665268 | 109 | .760215 | 110 | 1.000000 | 111 | 1.000000 | 112 | 1.000000 |
| 113 | 1.000000 | 114 | 1.000000 | 115 | 1.000000 | 116 | 1.000000 | 117 | 1.000000 | 118 | 1.000000 | 119 | 1.000000 | 120 | 1.000000 |

TABLE NAME: GA83F    SETBACK:  0

| AGE | QX | AGE | QX | AGE | QX | AGE | QX | AGE | QX | AGE | QX | AGE | QX | AGE | QX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | .000171 | 2 | .000171 | 3 | .000171 | 4 | .000171 | 5 | .000171 | 6 | .000140 | 7 | .000118 | 8 | .000104 |
| 9 | .000097 | 10 | .000096 | 11 | .000104 | 12 | .000113 | 13 | .000122 | 14 | .000131 | 15 | .000140 | 16 | .000149 |
| 17 | .000159 | 18 | .000168 | 19 | .000179 | 20 | .000189 | 21 | .000201 | 22 | .000212 | 23 | .000225 | 24 | .000239 |
| 25 | .000253 | 26 | .000268 | 27 | .000284 | 28 | .000302 | 29 | .000320 | 30 | .000342 | 31 | .000364 | 32 | .000388 |
| 33 | .000414 | 34 | .000443 | 35 | .000476 | 36 | .000502 | 37 | .000536 | 38 | .000573 | 39 | .000617 | 40 | .000665 |
| 41 | .000716 | 42 | .000775 | 43 | .000842 | 44 | .000919 | 45 | .001010 | 46 | .001117 | 47 | .001237 | 48 | .001366 |
| 49 | .001505 | 50 | .001647 | 51 | .001793 | 52 | .001949 | 53 | .002120 | 54 | .002315 | 55 | .002541 | 56 | .002803 |
| 57 | .003103 | 58 | .003443 | 59 | .003821 | 60 | .004241 | 61 | .004703 | 62 | .005210 | 63 | .005769 | 64 | .006386 |
| 65 | .007064 | 66 | .007817 | 67 | .008681 | 68 | .009702 | 69 | .010922 | 70 | .012385 | 71 | .014128 | 72 | .016160 |
| 73 | .018481 | 74 | .021092 | 75 | .023992 | 76 | .027185 | 77 | .030672 | 78 | .034459 | 79 | .038549 | 80 | .042945 |
| 81 | .047655 | 82 | .052691 | 83 | .058071 | 84 | .063807 | 85 | .069918 | 86 | .076570 | 87 | .083870 | 88 | .091935 |
| 89 | .101354 | 90 | .111750 | 91 | .123076 | 92 | .135630 | 93 | .149577 | 94 | .165103 | 95 | .182419 | 96 | .201757 |
| 97 | .222044 | 98 | .243899 | 99 | .268185 | 100 | .295187 | 101 | .325225 | 102 | .358897 | 103 | .395843 | 104 | .438360 |
| 105 | .487816 | 106 | .545886 | 107 | .614309 | 108 | .694885 | 109 | .789474 | 110 | 1.000000 | 111 | 1.000000 | 112 | 1.000000 |
| 113 | 1.000000 | 114 | 1.000000 | 115 | 1.000000 | 116 | 1.000000 | 117 | 1.000000 | 118 | 1.000000 | 119 | 1.000000 | 120 | 1.000000 |

TABLE NAME: UP84    SETBACK:  0

| AGE | QX | AGE | QX | AGE | QX | AGE | QX | AGE | QX | AGE | QX | AGE | QX | AGE | QX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | .001453 | 2 | .001453 | 3 | .001453 | 4 | .001453 | 5 | .001453 | 6 | .001453 | 7 | .001453 | 8 | .001453 |
| 9 | .001453 | 10 | .001453 | 11 | .001453 | 12 | .001453 | 13 | .001453 | 14 | .001453 | 15 | .001453 | 16 | .001437 |
| 17 | .001414 | 18 | .001385 | 19 | .001351 | 20 | .001311 | 21 | .001267 | 22 | .001219 | 23 | .001167 | 24 | .001149 |
| 25 | .001129 | 26 | .001107 | 27 | .001083 | 28 | .001058 | 29 | .001083 | 30 | .001111 | 31 | .001141 | 32 | .001173 |
| 33 | .001208 | 34 | .001297 | 35 | .001398 | 36 | .001513 | 37 | .001643 | 38 | .001792 | 39 | .001948 | 40 | .002125 |
| 41 | .002327 | 42 | .002556 | 43 | .002818 | 44 | .003095 | 45 | .003410 | 46 | .003769 | 47 | .004180 | 48 | .004635 |
| 49 | .005103 | 50 | .005616 | 51 | .006196 | 52 | .006853 | 53 | .007543 | 54 | .008278 | 55 | .009033 | 56 | .009875 |
| 57 | .010814 | 58 | .011863 | 59 | .012952 | 60 | .014162 | 61 | .015509 | 62 | .017010 | 63 | .018685 | 64 | .020517 |
| 65 | .022562 | 66 | .024847 | 67 | .027232 | 68 | .029634 | 69 | .032073 | 70 | .034743 | 71 | .037667 | 72 | .040871 |
| 73 | .044504 | 74 | .048504 | 75 | .052913 | 76 | .057775 | 77 | .063142 | 78 | .068628 | 79 | .074648 | 80 | .081256 |
| 81 | .088518 | 82 | .096218 | 83 | .104310 | 84 | .112816 | 85 | .122079 | 86 | .132174 | 87 | .143179 | 88 | .155147 |
| 89 | .168208 | 90 | .182461 | 91 | .198030 | 92 | .215035 | 93 | .232983 | 94 | .252545 | 95 | .273878 | 96 | .297152 |
| 97 | .322553 | 98 | .349505 | 99 | .378865 | 100 | .410875 | 101 | .445768 | 102 | .483830 | 103 | .524301 | 104 | .568365 |
| 105 | .616382 | 106 | .668696 | 107 | .725745 | 108 | .786495 | 109 | .852659 | 110 | .924666 | 111 | 1.000000 | 112 | 1.000000 |
| 113 | 1.000000 | 114 | 1.000000 | 115 | 1.000000 | 116 | 1.000000 | 117 | 1.000000 | 118 | 1.000000 | 119 | 1.000000 | 120 | 1.000000 |

POST RETIREMENT MORTALITY RATES
-------------------------------

```
TABLE NAME: GATTQX   SETBACK:  0
AGE    QX      AGE    QX      AGE    QX      AGE    QX      AGE    QX      AGE    QX      AGE    QX      AGE    QX
  1  .000000    2  .000000    3  .000000    4  .000000    5  .000257    6  .000229    7  .000210    8  .000199
  9  .000195   10  .000195   11  .000201   12  .000209   13  .000216   14  .000224   15  .000233   16  .000251
 17  .000251   18  .000261   19  .000272   20  .000283   21  .000297   22  .000310   23  .000325   24  .000341
 25  .000359   26  .000378   27  .000398   28  .000422   29  .000446   30  .000475   31  .000505   32  .000538
 33  .000574   34  .000614   35  .000668   36  .000705   37  .000751   38  .000806   39  .000873   40  .000952
 41  .001043   42  .001151   43  .001278   44  .001426   45  .001597   46  .001794   47  .002014   48  .002252
 49  .002509   50  .002778   51  .003059   52  .003352   53  .003659   54  .003988   55  .004336   56  .004711
 57  .005121   58  .005581   59  .006103   60  .006700   61  .007383   62  .008172   63  .009080   64  .010127
 65  .011328   66  .012698   67  .014242   68  .015966   69  .017869   70  .019958   71  .022241   72  .024765
 73  .027581   74  .030740   75  .034295   76  .038286   77  .042715   78  .047569   79  .052837   80  .058508
 81  .064570   82  .071006   83  .077798   84  .084927   85  .092377   86  .100370   87  .108870   88  .118004
 89  .128107   90  .139029   91  .150645   92  .163045   93  .176292   94  .191504   95  .208253   96  .225097
 97  .242999   98  .262351   99  .283670  100  .307186  101  .333156  102  .361975  103  .394472  104  .432808
105  .478674  106  .533916  107  .600414  108  .680076  109  .774845  110 1.000000  111 1.000000  112 1.000000
113 1.000000  114 1.000000  115 1.000000  116 1.000000  117 1.000000  118 1.000000  119 1.000000  120 1.000000
```

CONFIDENTIAL                                                                                                  MercerFL0000745

TABLE VALUES
------------

SCREEN: DX    LINE:  1    TABLE NAME: GA83M       SETBACK:  0
| AGE | RATE | AGE | RATE | AGE | RATE | AGE | RATE | AGE | RATE | AGE | RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | .000333 | 17 | .000343 | 18 | .000353 | 19 | .000365 | 20 | .000377 | 21 | .000392 |
| 22 | .000408 | 23 | .000424 | 24 | .000444 | 25 | .000464 | 26 | .000488 | 27 | .000513 |
| 28 | .000542 | 29 | .000572 | 30 | .000607 | 31 | .000645 | 32 | .000687 | 33 | .000734 |
| 34 | .000785 | 35 | .000860 | 36 | .000907 | 37 | .000966 | 38 | .001039 | 39 | .001128 |
| 40 | .001238 | 41 | .001370 | 42 | .001527 | 43 | .001715 | 44 | .001932 | 45 | .002183 |
| 46 | .002471 | 47 | .002790 | 48 | .003138 | 49 | .003513 | 50 | .003909 | 51 | .004324 |
| 52 | .004755 | 53 | .005200 | 54 | .005660 | 55 | .006131 | 56 | .006618 | 57 | .007139 |
| 58 | .007719 | 59 | .008384 | 60 | .009158 | 61 | .010064 | 62 | .011133 | 63 | .012391 |
| 64 | .013868 | 65 | .015592 | 66 | .017579 | 67 | .019804 | 68 | .022229 | 69 | .024817 |
| 70 | .027530 | 71 | .030354 | 72 | .033370 | 73 | .036680 | 74 | .040388 | 75 | .044597 |

SCREEN: DX    LINE:  2    TABLE NAME: GA83F       SETBACK:  0
| AGE | RATE | AGE | RATE | AGE | RATE | AGE | RATE | AGE | RATE | AGE | RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | .000149 | 17 | .000159 | 18 | .000168 | 19 | .000179 | 20 | .000189 | 21 | .000201 |
| 22 | .000212 | 23 | .000225 | 24 | .000239 | 25 | .000253 | 26 | .000268 | 27 | .000284 |
| 28 | .000302 | 29 | .000320 | 30 | .000342 | 31 | .000364 | 32 | .000388 | 33 | .000414 |
| 34 | .000443 | 35 | .000476 | 36 | .000502 | 37 | .000536 | 38 | .000573 | 39 | .000617 |
| 40 | .000665 | 41 | .000716 | 42 | .000775 | 43 | .000842 | 44 | .000919 | 45 | .001010 |
| 46 | .001117 | 47 | .001237 | 48 | .001366 | 49 | .001505 | 50 | .001647 | 51 | .001793 |
| 52 | .001949 | 53 | .002120 | 54 | .002315 | 55 | .002541 | 56 | .002803 | 57 | .003103 |
| 58 | .003443 | 59 | .003821 | 60 | .004241 | 61 | .004703 | 62 | .005210 | 63 | .005769 |
| 64 | .006386 | 65 | .007064 | 66 | .007817 | 67 | .008681 | 68 | .009702 | 69 | .010922 |
| 70 | .012385 | 71 | .014128 | 72 | .016160 | 73 | .018481 | 74 | .021092 | 75 | .023992 |

SCREEN: DX    LINE:  3    TABLE NAME: WTH         SETBACK:  0
| AGE | RATE | AGE | RATE | AGE | RATE | AGE | RATE | AGE | RATE | AGE | RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | .000000 | 17 | .000000 | 18 | .000000 | 19 | .000000 | 20 | .180000 | 21 | .174000 |
| 22 | .169000 | 23 | .163000 | 24 | .158000 | 25 | .152000 | 26 | .146000 | 27 | .141000 |
| 28 | .135000 | 29 | .129000 | 30 | .124000 | 31 | .118000 | 32 | .113000 | 33 | .107000 |
| 34 | .101000 | 35 | .096000 | 36 | .090000 | 37 | .084000 | 38 | .079000 | 39 | .073000 |
| 40 | .068000 | 41 | .062000 | 42 | .058000 | 43 | .067000 | 44 | .070000 | 45 | .072000 |
| 46 | .072000 | 47 | .067000 | 48 | .055000 | 49 | .043000 | 50 | .036000 | 51 | .032000 |
| 52 | .030000 | 53 | .030000 | 54 | .030000 | 55 | .000000 | 56 | .000000 | 57 | .000000 |
| 58 | .000000 | 59 | .000000 | 60 | .000000 | 61 | .000000 | 62 | .000000 | 63 | .000000 |
| 64 | .000000 | 65 | .000000 | 66 | .000000 | 67 | .000000 | 68 | .000000 | 69 | .000000 |
| 70 | .000000 | 71 | .000000 | 72 | .000000 | 73 | .000000 | 74 | .000000 | 75 | .000000 |

CONFIDENTIAL

MercerFL0000746

```
MMVAL (10)    CA95SILS ACT95      VALUATION YEAR 1995                      DATE  4/19/95    TIME 10:37:25    PAGE  12
```

TABLE VALUES
------------

```
SCREEN: DX    LINE:  4    TABLE NAME: NEW       SETBACK:  0
AGE   RATE    AGE   RATE    AGE   RATE    AGE   RATE    AGE   RATE    AGE   RATE
 16  .000000   17  .000000   18  .000000   19  .000000   20  .000000   21  .000000
 22  .000000   23  .000000   24  .000000   25  .000000   26  .000000   27  .000000
 28  .000000   29  .000000   30  .000000   31  .000000   32  .000000   33  .000000
 34  .000000   35  .000000   36  .000000   37  .000000   38  .000000   39  .000000
 40  .000000   41  .000000   42  .000000   43  .000000   44  .000000   45  .000000
 46  .000000   47  .000000   48  .000000   49  .000000   50  .000000   51  .000000
 52  .000000   53  .000000   54  .000000   55  .040000   56  .040000   57  .030000
 58  .030000   59  .040000   60  .060000   61  .080000   62  .210000   63  .130000
 64  .170000   65  .300000   66  .220000   67  .210000   68  .220000   69  .300000
 70 1.000000   71 1.000000   72 1.000000   73 1.000000   74 1.000000   75 1.000000
```

CONFIDENTIAL

MercerFL0000747

```
MMVAL (10)    CA95SILS ACT95      VALUATION YEAR 1995    INTEREST RATE 9.00 %    DATE 4/19/95    TIME 10:37:25    PAGE 13
                                           SHORT SAMPLE -- ACTIVE MEMBER

VALUATION RECORD              CALCULATED AGES (EXACT AND NEAREST)    GENERAL STATISTICS
----------------              ----------------------------------     ------------------

ESSN            1,839         CURRENT AGE       34.620    35         SERVICE       3.53      MEMBERSHIP    -23,571.29
ESEX                F         AGE AT HIRE       31.092    31         $TOTAL1       0.00      $TOTAL2            0.00
LOC              FWWC         RETIREMENT AGE    70.037    70         $TOTAL3       0.00      $TOTAL4            0.00
EBCSV           2.421         MEMBERSHIP AGE    31.092    31         $TOTAL5       0.00
EBIRTH     REDACTED 60
EHIRE        06/21/91
PAY94       12,025.06         ACCRUED LIABILITIES                    CURRENT SERVICE COST
PAY93       11,001.61         -------------------                    --------------------
ABENTY         307.14         PVDTH    PVWTH    PVRET             ]  PVDTH    PVWTH    PVRET
ABENLY         175.70         PVTOT-1  PVTOT-2  PVTOT-3  PVTOT-4  PVTOT-5 ]  PVTOT-1  PVTOT-2  PVTOT-3  PVTOT-4  PVTOT-5
ETY                 2
ELY                 2   AGGR
ETEST               1
HOURS94      1,712.89              87    3,051      944           ]
ENUMB              18           4,082                             ]

ELIGIBILITY AGES
----------------        TUC
                                                                  ]
EL65               65              79    2,291      944           ]        8      760        0
EL70               70           3,314                             ]      767
ELV                37
ELER1              55
ELSUB              47
ELER2              55
ELER3              50
ELRET              55
AGE55              55
AGE20              20
AGE30              30
AGE40              40
AGE50              50
AGE60              60
ELNOW              35
EL10SVC            43
EL20SVC            53
EL30SVC            63
$AGE               35
$HIREAGE           31
$MEMBAGE           31
$SSNRA             67
```

CONFIDENTIAL                                                                                                                MercerFL0000748

```
MMVAL (10)     CA95SILS ACT95      VALUATION YEAR 1995    INTEREST RATE 9.00 %    DATE 4/19/95    TIME 10:37:25    PAGE 14

NUMBER OF ACTIVE RECORDS READ     =    6463
NUMBER OF RECORDS DROPPED         =       0
NUMBER OF SURVIVOR ACTIVES        =    6369
NUMBER OF NEW ENTRANTS            =      94
NUMBER OF LAYOFFS                 =       0
NUMBER OF TERMINATIONS PROCESSED  =       0
```

CONFIDENTIAL

```
MMVAL (10)    CA95SILS ACT95      VALUATION YEAR 1995    INTEREST RATE 9.00 %     DATE 4/19/95      TIME 10:37:25      PAGE 15
```

WILLIAM M. MERCER VALUATION SYSTEM
ACTIVE EMPLOYEE RESULTS

AGGREGATE COST METHOD - PROJECTED PRESENT VALUES

| TOTAL OF ALL EMPLOYEES | | | SURVIVORS | NEW ENTRANTS | LAYOFFS | TOTAL |
|---|---|---|---|---|---|---|
| STATISTICS | | | | | | |
| NUMBER OF EMPLOYEES | | | 24,487 | 293 | 0 | 24,780 |
| AVERAGE AGE | | | 36.70 | 40.10 | 0.00 | 36.74 |
| AVERAGE YEARS OF SERVICE | | | 8.53 | 8.86 | 0.00 | 8.54 |
| AVERAGE SALARY | | | 23,757 | 16,089 | 0 | 23,666 |
| TOTAL SALARY | | | 581,736,575 | 4,714,172 | 0 | 586,450,747 |
| TOTAL SALARY < LIMIT FOR VALUATION YEAR | | | 578,644,822 | 4,714,172 | 0 | 583,358,994 |
| EMPLOYEES UNDER FIXED RETIREMENT AGE | | | | | | |
| NUMBER OF EMPLOYEES | | | 24,387 | 288 | 0 | 24,675 |
| TOTAL SALARY | | | 580,675,284 | 4,688,271 | 0 | 585,363,555 |
| TOTAL SALARY < LIMIT FOR VALUATION YEAR | | | 577,583,532 | 4,688,271 | 0 | 582,271,802 |
| PRESENT VALUES OF BENEFITS | | | | | | |
| DEATH BENEFIT | (PVDTH | ) | 9,127,765 | 37,949 | 0 | 9,165,714 |
| VESTED WITHDRAWAL BENEFIT | (PVWTH | ) | 21,158,167 | 149,920 | 0 | 21,308,088 |
| RETIREMENT BENEFIT | (PVRET | ) | 115,480,876 | 450,502 | 0 | 115,931,378 |
| | | | 145,766,808 | 638,372 | 0 | 146,405,180 |

CONFIDENTIAL

```
MMVAL (10)    CA95SILS ACT95      VALUATION YEAR 1995      INTEREST RATE  9.00 %      DATE  4/19/95      TIME 10:37:25       PAGE 16
```

WILLIAM M. MERCER VALUATION SYSTEM
ACTIVE EMPLOYEE RESULTS

TRADITIONAL UNIT CREDIT COST METHOD

| TOTAL OF ALL EMPLOYEES | | | SURVIVORS | NEW ENTRANTS | LAYOFFS | TOTAL |
|---|---|---|---|---|---|---|
| PRESENT VALUES OF BENEFITS - AL | | | | | | |
|    DEATH BENEFIT | (PVDTH | ) | 9,022,587 | 37,032 | 0 | 9,059,618 |
|    VESTED WITHDRAWAL BENEFIT | (PVWTH | ) | 19,463,388 | 134,914 | 0 | 19,598,302 |
|    RETIREMENT BENEFIT | (PVRET | ) | 114,320,621 | 442,422 | 0 | 114,763,043 |
| | | | 142,806,596 | 614,368 | 0 | 143,420,963 |
| PRESENT VALUES OF BENEFITS - NC | | | | | | |
|    DEATH BENEFIT | (PVDTH | ) | 105,178 | 917 | 0 | 106,096 |
|    VESTED WITHDRAWAL BENEFIT | (PVWTH | ) | 1,694,780 | 15,007 | 0 | 1,709,786 |
|    RETIREMENT BENEFIT | (PVRET | ) | 1,160,255 | 8,080 | 0 | 1,168,335 |
| | | | 2,960,213 | 24,004 | 0 | 2,984,217 |

CONFIDENTIAL                                                                                                                MercerFL0000751