*Osberg v. Foot Locker, Inc., et al.*, 07-cv-01358 (KBF) (S.D.N.Y.)

**Class's Opposition to Defendants' Motion *in Limine* to Exclude Testimony of Christopher Maikels**

**July 10, 2015**

# EXHIBIT G

CONFIDENTIAL



DO DOCUMENTATION (INFORMATION)

CLIENT: FWW
PROJECT:

CODER: C MAIKELS
TKS CODE:

DO DOCUMENTATION (NOTES)

LOAD RANDAZZO'S DATA

LO LOAD INSTRUCTIONS

| INPUT FILE NAME | ..OUTPUT... DB NAME | FILE ID | PRINT RECS UNSELECTED (Y, BLANK) | MATCHING INSTRUCTIONS FOR INPUT KEYS (Y, BLANK) |
|---|---|---|---|---|
| RANDAZZO | CB95 | AC95 | | DUPLICATE=> PRINT: Y DROP: Y |
| | | | | UNMATCHED=> PRINT: Y DROP: |
| | | | | MATCHED => PRINT: DROP: Y |

LF/UF FIELD DESCRIPTIONS FOR LOADING/UNLOADING

| LINE | (UNLOAD ONLY) PREFIX | FIELD NAME | POSITONS FIRST | LAST | (LOAD ONLY) TYPE | DECIMALS | DESCRIPTION | (LOAD ONLY) OUTPUT LENGTH |
|---|---|---|---|---|---|---|---|---|
| 1 | | ESSN | 2 | 10 | N | | | |
| 2 | | MOB | 17 | 18 | N | | | |
| 3 | | DOB | 25 | 26 | N | | | |
| 4 | | YOB | 34 | 35 | N | | | |
| 5 | | ACCBEN94 | 35 | 45 | D | 2 | | |

CONTROL TOTALS

| SCREEN | LINES | TOTAL |
|---|---|---|
| DO | 1 | -2244. |
| DO | 1 | -2047. |
| LO | 1 | 7616. |
| LF/UF | 5 | 124347. |
| TOTAL | 8 | 127672. |

CONFIDENTIAL

```
SYNCSORT  3.5DR  TPF3B US PATENTS: 4210961,5117495, OTHER PAT. PEND.  (C) SYNCSORT INC. 1991  DATE=95/361 TIME=12.16.56
                    WILLIAM M. MERCER INC. DEERFIELD DATA CENTER       ESA 4.3.0   CPU MODEL 9121
SYSIN :
 SORT FIELDS=(0001,13,CH,A)
WER108I  SORTIN   :  RECFM=FB   ; LRECL=    14; BLKSIZE=  9044
WER110I  SORTOUT  :  RECFM=FB   ; LRECL=    14; BLKSIZE=  9044
WER177I  TURNAROUND SORT PERFORMED
WER045C  END SORT PHASE
WER246I  FILESIZE 270,844 BYTES
WER054I  RCD IN      19346, OUT      19346
WER169I  TPF LEVEL 3B
WER052I  END SYNCSORT - T0600WAZ,MMLOAD,SORTKEY,DIAG=EE00,BF9B,11D9,64BF,FFCA,AE8B,00C8
```

CONFIDENTIAL

MMZONE STARTED
1 RECORDS ZONED

MercerFL0002272

CONFIDENTIAL

```
SYNCSORT  3.5DR  TPF3B US PATENTS: 4210961,5117495, OTHER PAT. PEND.  (C) SYNCSORT INC. 1991  DATE=95/361 TIME=12.17.01
                    WILLIAM M. MERCER INC. DEERFIELD DATA CENTER       ESA 4.3.0   CPU MODEL 9121
SYSIN :
 SORT FIELDS=(0002,09,CH,A)
WER108I  SORTIN   :  RECFM=FB   ; LRECL=    80; BLKSIZE=  9040
WER110I  SORTOUT  :  RECFM=FB   ; LRECL=    80; BLKSIZE=  9040
WER177I  TURNAROUND SORT PERFORMED
WER045C  END SORT PHASE
WER246I  FILESIZE 80 BYTES
WER054I  RCD IN          1, OUT          1
WER169I  TPF LEVEL 3B
WER052I  END SYNCSORT - T0600WAZ,MMLOAD,SORTTEMP,DIAG=EE00,BF9B,11DD,64AE,FFCE,AE8B,00CC
```

MercerFL000273

CONFIDENTIAL

MMLOAD DATE: 12/27/95 TIME: 12:17: 3 PAGE 1

| MMCOPY DECK NAME | INPUT FILE NAME | ..OUTPUT.. DB NAME | FILE ID |
|---|---|---|---|
| RANDAZZO | RANDAZZO | CB95 | AC95 |

INPUT RECORD # 1 KEY IS UNMATCHED: 269288395

1 RECORDS READ IN

0 WITH DUPLICATE KEYS DROPPED

1 UNMATCHED ADDED

0 MATCHED DROPPED

1 RECORDS LOADED

CONFIDENTIAL

MMTALLY DATE: 12/27/95 TIME: 12:17: 3 PAGE 2

SUMMARY OF RECORDS LOADED IN DB CB95

TOTAL NUMBER OF RECORDS 19347 MAXIMUM NUMBER OF RECORDS 40000

| PREFIX | DESCRIPTION | FILES |
|---|---|---|
| | CB ACCOUNTING | AC95 PROJ VALD NOV1 $WRK |

BREAKDOWN FOR PREFIXES IN DB CB95

| COUNT | PREFIX |
|---|---|
| 19347 | Y |

BREAKDOWN FOR FILES IN PREFIX ' ' CB ACCOUNTING

| COUNT | FILES AC95 | PROJ | VALD | NOV1 |
|---|---|---|---|---|
| 559 | Y | | | |
| 18788 | Y | | Y | |