*Osberg v. Foot Locker, Inc., et al.*, 07-cv-01358 (KBF) (S.D.N.Y.)

# Class's Opposition to Defendants' Motion *in Limine* to Exclude Testimony of Christopher Maikels

## Index of Exhibits [2 of 2]

| Item No. | Description | Date |
|---|---|---|
| PX936 | Woolworth Test Case Scenario (FL-OSB 010638-46) | 03/15/95 |
| PX630 | Maikels fax to Kiley (FL-OSB 002438-44) | 03/22/95 |
| PX235 | Grefig email re Statement Tape (MercerFL0002945) | 09/15/95 |
| PX1280 | Mercer memo re Estimate Register (MercerFL0002320-21) | 11/01/95 |
| PX962 | Set Up List of GATT Factors for Test Case Table (MercerFL0002311-15) | 11/21/95 |
| PX1277 | Calculate Estimated Benefits for 1/1/96 Estimate Register (MercerFL0002302-08) | 11/21/95 |
| PX1276 | Calculate Estimated Benefits for 1/1/96 Estimate Register (MercerFL0002292-301) | 11/27/95 |
| PX1273 | Calculate Estimated Benefits for 1/1/96 Estimate Register (MercerFL0002281-86) | 11/28/95 |
| PX1274 | Register of Statement Estimates as of 1/1/96 (MercerFL0002287-88) | 11/28/95 |
| PX1275 | Register of Statement Estimates as of 1/1/96 (MercerFL0002289-91) | 11/28/95 |
| PX1271 | Calculate Estimated Benefits for 1/1/96 Estimate Register (MercerFL0002262-69) | 12/27/95 |
| PX1272 | Register of Statement Estimates as of 1/1/96 (MercerFL0002276-80) | 12/27/95 |
| PX1374 | Deposition Transcript of James Grefig | 03/27/12 |