*Osberg v. Foot Locker, Inc., et al.*, 07-cv-01358 (KBF) (S.D.N.Y.)


**Class's Opposition to Defendants' Motion *in Limine*
to Exclude Testimony of Christopher Maikels**


**July 10, 2015**


# PX936

**PX936**

FL-OSB 010638

## Woolworth test case scenario

| age: | 35 |
|---|---|
| svc: | 5 |
| salary: | $25,000.00 |
| career avg pay: | $20,000.00 |
| sal projection: | 4.00% |
| earnings on account: | 5.00% |
| 401K earnings rate: | 7.00% |

### Age Indexed

| Age | Factor |
|---|---|
| <30 | 2.75% |
| 30-39 | 3.75% |
| 40-49 | 5.25% |
| 50-59 | 7.25% |
| 60-70 | 10.00% |

### Service Based

| Years of Service | Factor |
|---|---|
| <10 | 3.75% |
| 10 < 20 | 5.25% |
| 20 < 30 | 7.25% |
| >30 | 10.00% |

|  | Career Average | | Age Based Cash Balance | | DC Deferral | Service Based Cash Balance | | DC Deferral |
|---|---|---|---|---|---|---|---|---|
| age | Accrued Benefit | Early Ret Annuity | Accrued Benefit | Early Ret Annuity | Annual Percent of Pay | Accrued Benefit | Early Ret Annuity | Annual Percent of Pay |
| 35 | $1,230.00 | $0.00 | $1,230.00 | $0.00 | | $1,230.00 | $0.00 | |
| 36 | 1,551.00 | 0.00 | 1,230.00 | 0.00 | | 1,230.00 | 0.00 | |
| 37 | 1,887.00 | 0.00 | 1,230.00 | 0.00 | | 1,230.00 | 0.00 | |
| 38 | 2,238.60 | 0.00 | 1,584.51 | 0.00 | | 1,584.51 | 0.00 | |
| 39 | 2,606.42 | 0.00 | 1,992.26 | 0.00 | | 1,992.26 | 0.00 | |
| 40 | 2,991.12 | 0.00 | 2,396.12 | 0.00 | | 2,396.12 | 0.00 | |
| 45 | 5,192.29 | 0.00 | 5,143.43 | 0.00 | | 5,143.43 | 0.00 | |
| 50 | 7,928.84 | 0.00 | 7,762.37 | 0.00 | | 7,762.37 | 0.00 | |
| 55 | 11,316.78 | 6,790.07 | 11,210.04 | 5,850.70 | 0.73% | 11,210.04 | 5,850.70 | 0.73% |
| 60 | 15,497.21 | 12,397.77 | 14,496.63 | 10,344.06 | 0.90% | 14,496.63 | 10,344.06 | 0.90% |
| 65 | 20,641.85 | 20,641.85 | 18,818.07 | 18,818.07 | 0.46% | 18,818.07 | 18,818.07 | 0.46% |

$$\Delta = 1823.78$$
$$(9.93\%)$$

MAR 15 '95  18:56  No.038  P.02

ID:2059732000

FL-OSB 010639

## Woolworth test case scenario

| age: | 50 |
|---|---|
| svc: | 15 |
| salary: | $25,000.00 |
| career avg pay: | $18,000.00 |
| sal projection: | 4.00% |
| earnings on account: | 5.00% |
| 401K earnings rate: | 7.00% |

### Age Indexed

| Age | Factor |
|---|---|
| <30 | 2.75% |
| 30-39 | 3.75% |
| 40-49 | 5.25% |
| 50-59 | 7.25% |
| 60-70 | 10.00% |

### Service Based

| Years of Service | Factor |
|---|---|
| <10 | 3.75% |
| 10 < 20 | 5.25% |
| 20 < 30 | 7.25% |
| >30 | 10.00% |

|  | Career Average | | Age Based Cash Balance | | DC Deferral | Service Based Cash Balance | | DC Deferral |
|---|---|---|---|---|---|---|---|---|
| age | Accrued Benefit | Early Ret Annuity | Accrued Benefit | Early Ret Annuity | Annual Percent of Pay | Accrued Benefit | Early Ret Annuity | Annual Percent of Pay |
| 50 | $3,240.00 | $0.00 | $3,240.00 | $0.00 | | $3,240.00 | $0.00 | |
| 51 | 3,561.00 | 0.00 | 3,240.00 | 0.00 | | 3,240.00 | 0.00 | |
| 52 | 3,897.00 | 0.00 | 3,425.53 | 0.00 | | 3,240.00 | 0.00 | |
| 53 | 4,248.60 | 0.00 | 3,808.37 | 0.00 | | 3,488.48 | 0.00 | |
| 54 | 4,616.42 | 0.00 | 4,187.56 | 0.00 | | 3,763.07 | 0.00 | |
| 55 | 5,001.12 | 3,000.67 | 4,563.14 | 2,381.58 | 4.32% | 4,035.04 | 2,105.95 | 6.25% |
| 60 | 7,202.29 | 5,761.83 | 6,388.07 | 4,558.20 | 3.00% | 5,859.97 | 4,181.37 | 3.93% |
| 65 | 9,938.84 | 9,938.84 | 8,787.61 | 8,787.61 | 1.33% | 7,599.63 | 7,599.63 | 2.69% |

$$\Delta = 1151.23$$
$$(11.58\%)$$

$$\Delta = 2339.21$$
$$(23.54\%)$$

MAR 15 '95  18:56   ID:2039932000   No.038   P.03

FL-OSB 010640

## Woolworth test case scenario

| age: | 50 |
|---|---|
| svc: | 25 |
| salary: | $25,000.00 |
| career avg pay: | $16,000.00 |
| sal projection: | 4.00% |
| earnings on account: | 5.00% |
| 401K earnings rate: | 7.00% |

### Age Indexed

| Age | Factor |
|---|---|
| <30 | 2.75% |
| 30-39 | 3.75% |
| 40-49 | 5.25% |
| 50-59 | 7.25% |
| 60-70 | 10.00% |

### Service Based

| Years of Service | Factor |
|---|---|
| <10 | 3.75% |
| 10 < 20 | 5.25% |
| 20 < 30 | 7.25% |
| >30 | 10.00% |

| | Career Average | | Age Based Cash Balance | | DC Deferral | Service Based Cash Balance | | DC Deferral |
|---|---|---|---|---|---|---|---|---|
| age | Accrued Benefit | Early Ret Annuity | Accrued Benefit | Early Ret Annuity | Annual Percent of Pay | Accrued Benefit | Early Ret Annuity | Annual Percent of Pay |
| 50 | $4,650.00 | $0.00 | $4,650.00 | $0.00 | | $4,650.00 | $0.00 | |
| 51 | 4,971.00 | 0.00 | 4,650.00 | 0.00 | | 4,650.00 | 0.00 | |
| 52 | 5,307.00 | 0.00 | 4,650.00 | 0.00 | | 4,650.00 | 0.00 | |
| 53 | 5,658.60 | 0.00 | 4,961.07 | 0.00 | | 4,961.07 | 0.00 | |
| 54 | 6,026.42 | 0.00 | 5,340.27 | 0.00 | | 5,340.27 | 0.00 | |
| 55 | 6,411.12 | 3,846.67 | 5,715.85 | 2,983.19 | 6.03% | 5,715.85 | 2,983.19 | 6.03% |
| 60 | 8,612.29 | 6,889.83 | 7,540.78 | 5,380.71 | 3.76% | 8,232.99 | 5,874.64 | 2.53% |
| 65 | 11,348.84 | 11,348.84 | 9,940.32 | 9,940.32 | 1.62% | 10,632.53 | 10,632.53 | 0.83% |

$\Delta = 1409.52$
$(12.41\%)$

$\Delta = 716.31$
$(6.31\%)$

G:\FWW\MIS\TCSCENS.WB1 03/15/95

ID:2039732000   MAR 15 '95   18:56 No.058 P.05   Mercer

FL-OSB 010641

## Woolworth test case scenario

| age: | 35 |
|---|---|
| svc: | 5 |
| salary: | $50,000.00 |
| career avg pay: | $40,000.00 |
| sal projection: | 4.00% |
| earnings on account: | 5.00% |
| 401K earnings rate: | 7.00% |

**Age Indexed**

| Age | Factor |
|---|---|
| <30 | 2.75% |
| 30-39 | 3.75% |
| 40-49 | 5.25% |
| 50-59 | 7.25% |
| 60-70 | 10.00% |

**Service Based**

| Years of Service | Factor |
|---|---|
| <10 | 3.75% |
| 10 < 20 | 5.25% |
| 20 < 30 | 7.25% |
| >30 | 10.00% |

|  | Career Average | | Age Based Cash Balance | | DC Deferral | Service Based Cash Balance | | DC Deferral |
|---|---|---|---|---|---|---|---|---|
| age | Accrued Benefit | Early Ret Annuity | Accrued Benefit | Early Ret Annuity | Annual Percent of Pay | Accrued Benefit | Early Ret Annuity | Annual Percent of Pay |
| 35 | $2,730.00 | $0.00 | $2,730.00 | $0.00 | | $2,730.00 | $0.00 | |
| 36 | 3,426.00 | 0.00 | 2,730.00 | 0.00 | | 2,730.00 | 0.00 | |
| 37 | 4,152.00 | 0.00 | 2,730.00 | 0.00 | | 2,730.00 | 0.00 | |
| 38 | 4,909.20 | 0.00 | 3,243.12 | 0.00 | | 3,243.12 | 0.00 | |
| 39 | 5,698.85 | 0.00 | 4,058.61 | 0.00 | | 4,058.61 | 0.00 | |
| 40 | 6,522.24 | 0.00 | 4,866.35 | 0.00 | | 4,866.35 | 0.00 | |
| 45 | 11,194.58 | 0.00 | 10,360.95 | 0.00 | | 10,360.95 | 0.00 | |
| 50 | 16,937.69 | 0.00 | 15,598.85 | 0.00 | | 15,598.85 | 0.00 | |
| 55 | 23,983.56 | 14,390.14 | 22,494.19 | 11,740.09 | 1.02% | 22,494.19 | 11,740.09 | 1.02% |
| 60 | 32,614.43 | 26,091.55 | 29,067.38 | 20,740.99 | 1.17% | 29,067.38 | 20,740.99 | 1.17% |
| 65 | 43,173.71 | 43,173.71 | 37,710.25 | 37,710.25 | 0.69% | 37,710.25 | 37,710.25 | 0.69% |

Δ = 5463.46
(12.65%

G:\FWW\MIS\TCSCENS.WB1 03/15/95

# Woolworth test case scenario

| age: | 50 |
|---|---|
| svc: | 15 |
| salary: | $50,000.00 |
| career avg pay: | $36,000.00 |
| sal projection: | 4.00% |
| earnings on account: | 5.00% |
| 401K earnings rate: | 7.00% |

### Age Indexed

| Age | Factor |
|---|---|
| <30 | 2.75% |
| 30-39 | 3.75% |
| 40-49 | 5.25% |
| 50-59 | 7.25% |
| 60-70 | 10.00% |

### Service Based

| Years of Service | Factor |
|---|---|
| <10 | 3.75% |
| 10 < 20 | 5.25% |
| 20 < 30 | 7.25% |
| >30 | 10.00% |

|  | Career Average | | Age Based Cash Balance | | DC Deferral | Service Based Cash Balance | | DC Deferral |
|---|---|---|---|---|---|---|---|---|
| age | Accrued Benefit | Early Ret Annuity | Accrued Benefit | Early Ret Annuity | Annual Percent of Pay | Accrued Benefit | Early Ret Annuity | Annual Percent of Pay |
| 50 | $7,290.00 | $0.00 | $7,290.00 | $0.00 | | $7,290.00 | $0.00 | |
| 51 | 7,986.00 | 0.00 | 7,290.00 | 0.00 | | 7,290.00 | 0.00 | |
| 52 | 8,712.00 | 0.00 | 7,513.25 | 0.00 | | 7,290.00 | 0.00 | |
| 53 | 9,469.20 | 0.00 | 8,278.93 | 0.00 | | 7,639.01 | 0.00 | |
| 54 | 10,258.85 | 0.00 | 9,037.31 | 0.00 | | 8,188.33 | 0.00 | |
| 55 | 11,082.24 | 6,649.35 | 9,788.47 | 5,108.77 | 5.38% | 8,732.27 | 4,557.52 | 7.30% |
| 60 | 15,754.58 | 12,603.66 | 13,438.33 | 9,588.91 | 3.75% | 12,382.13 | 8,835.25 | 4.69% |
| 65 | 21,497.69 | 21,497.69 | 18,237.41 | 18,237.41 | 1.88% | 15,861.46 | 15,861.46 | 3.25% |

$$\Delta = 3260.28$$
$$(15.17\%)$$

$$\Delta = 5636.23$$
$$26.22\%$$

FL-OSB 010643

## Woolworth test case scenario

| age: | 50 |
|---|---|
| svc: | 25 |
| salary: | $50,000.00 |
| career avg pay: | $32,000.00 |
| sal projection: | 4.00% |
| earnings on account: | 5.00% |
| 401K earnings rate: | 7.00% |

**Age Indexed**

| Age | Factor |
|---|---|
| <30 | 2.75% |
| 30-39 | 3.75% |
| 40-49 | 5.25% |
| 50-59 | 7.25% |
| 60-70 | 10.00% |

**Service Based**

| Years of Service | Factor |
|---|---|
| <10 | 3.75% |
| 10 < 20 | 5.25% |
| 20 < 30 | 7.25% |
| >30 | 10.00% |

| | Career Average | | Age Based Cash Balance | | DC Deferral | Service Based Cash Balance | | DC Deferral |
|---|---|---|---|---|---|---|---|---|
| age | Accrued Benefit | Early Ret Annuity | Accrued Benefit | Early Ret Annuity | Annual Percent of Pay | Accrued Benefit | Early Ret Annuity | Annual Percent of Pay |
| 50 | $10,650.00 | $0.00 | $10,650.00 | $0.00 | | $10,650.00 | $0.00 | |
| 51 | 11,346.00 | 0.00 | 10,650.00 | 0.00 | | 10,650.00 | 0.00 | |
| 52 | 12,072.00 | 0.00 | 10,650.00 | 0.00 | | 10,650.00 | 0.00 | |
| 53 | 12,829.20 | 0.00 | 11,025.80 | 0.00 | | 11,025.80 | 0.00 | |
| 54 | 13,618.85 | 0.00 | 11,784.19 | 0.00 | | 11,784.19 | 0.00 | |
| 55 | 14,442.24 | 8,665.35 | 12,535.35 | 6,542.40 | 7.41% | 12,535.35 | 6,542.40 | 7.41% |
| 60 | 19,114.58 | 15,291.66 | 16,185.21 | 11,548.94 | 4.66% | 17,569.64 | 12,536.79 | 3.43% |
| 65 | 24,857.69 | 24,857.69 | 20,984.29 | 20,984.29 | 2.23% | 22,368.72 | 22,368.72 | 1.43% |

$$\Delta = 3873.40$$
$$(15.58\%)$$

$$\Delta = 2488.97$$
$$(10.01\%)$$

Mercer   G:\FWW\MIS\TCSCENS.WB1 03/15/95

FL-OSB 010644

## Woolworth test case scenario

| | |
|---|---|
| age: | 35 |
| svc: | 5 |
| salary: | $100,000.00 |
| career avg pay: | $80,000.00 |
| sal projection: | 4.00% |
| earnings on account: | 5.00% |
| 401K earnings rate: | 7.00% |

**Age Indexed**

| Age | Factor |
|---|---|
| <30 | 2.75% |
| 30-39 | 3.75% |
| 40-49 | 5.25% |
| 50-59 | 7.25% |
| 60-70 | 10.00% |

**Service Based**

| Years of Service | Factor |
|---|---|
| <10 | 3.75% |
| 10 < 20 | 5.25% |
| 20 < 30 | 7.25% |
| >30 | 10.00% |

| | Career Average | | Age Based Cash Balance | | DC Deferral | Service Based Cash Balance | | DC Deferral |
|---|---|---|---|---|---|---|---|---|
| age | Accrued Benefit | Early Ret Annuity | Accrued Benefit | Early Ret Annuity | Annual Percent of Pay | Accrued Benefit | Early Ret Annuity | Annual Percent of Pay |
| 35 | $5,730.00 | $0.00 | $5,730.00 | $0.00 | | $5,730.00 | $0.00 | |
| 36 | 7,176.00 | 0.00 | 5,730.00 | 0.00 | | 5,730.00 | 0.00 | |
| 37 | 8,682.00 | 0.00 | 5,730.00 | 0.00 | | 5,730.00 | 0.00 | |
| 38 | 10,250.40 | 0.00 | 6,560.34 | 0.00 | | 6,560.34 | 0.00 | |
| 39 | 11,883.70 | 0.00 | 8,191.33 | 0.00 | | 8,191.33 | 0.00 | |
| 40 | 13,584.48 | 0.00 | 9,806.79 | 0.00 | | 9,806.79 | 0.00 | |
| 45 | 23,199.16 | 0.00 | 20,796.01 | 0.00 | | 20,796.01 | 0.00 | |
| 50 | 34,955.38 | 0.00 | 31,271.80 | 0.00 | | 31,271.80 | 0.00 | |
| 55 | 49,317.12 | 29,590.27 | 45,062.48 | 23,518.85 | 1.17% | 45,062.48 | 23,518.85 | 1.17% |
| 60 | 66,848.87 | 53,479.09 | 58,208.86 | 41,534.86 | 1.31% | 58,208.86 | 41,534.86 | 1.31% |
| 65 | 88,237.41 | 88,237.41 | 75,494.61 | 75,494.61 | 0.80% | 75,494.61 | 75,494.61 | 0.80% |

$$\Delta = 12,742.80$$
$$(14.44\%)$$

G:\FWW\MIS\TCSCENS.WB1 03/15/95

MAR 15 '95   18:57   No.038   P.06   ID:2039732000   Mercer

FL-OSB 010645

## Woolworth test case scenario

| age: | 50 |
|---|---|
| svc: | 15 |
| salary: | $100,000.00 |
| career avg pay: | $72,000.00 |
| sal projection: | 4.00% |
| earnings on account: | 5.00% |
| 401K earnings rate: | 7.00% |

### Age Indexed

| Age | Factor |
|---|---|
| <30 | 2.75% |
| 30-39 | 3.75% |
| 40-49 | 5.25% |
| 50-59 | 7.25% |
| 60-70 | 10.00% |

### Service Based

| Years of Service | Factor |
|---|---|
| <10 | 3.75% |
| 10 < 20 | 5.25% |
| 20 < 30 | 7.25% |
| >30 | 10.00% |

| | Career Average | | Age Based Cash Balance | | DC Deferral | Service Based Cash Balance | | DC Deferral |
|---|---|---|---|---|---|---|---|---|
| age | Accrued Benefit | Early Ret Annuity | Accrued Benefit | Early Ret Annuity | Annual Percent of Pay | Accrued Benefit | Early Ret Annuity | Annual Percent of Pay |
| 50 | $15,390.00 | $0.00 | $15,390.00 | $0.00 | | $15,390.00 | $0.00 | |
| 51 | 16,836.00 | 0.00 | 15,390.00 | 0.00 | | 15,390.00 | 0.00 | |
| 52 | 18,342.00 | 0.00 | 15,688.69 | 0.00 | | 15,390.00 | 0.00 | |
| 53 | 19,910.40 | 0.00 | 17,220.05 | 0.00 | | 15,940.49 | 0.00 | |
| 54 | 21,543.70 | 0.00 | 18,736.82 | 0.00 | | 17,038.84 | 0.00 | |
| 55 | 23,244.48 | 13,946.69 | 20,239.14 | 10,563.14 | 5.91% | 18,126.73 | 9,460.64 | 7.83% |
| 60 | 32,859.16 | 26,287.33 | 27,538.86 | 19,650.32 | 4.13% | 25,426.45 | 18,143.01 | 5.07% |
| 65 | 44,615.38 | 44,615.38 | 37,137.02 | 37,137.02 | 2.15% | 32,385.12 | 32,385.12 | 3.52% |

$\Delta = 7478.36$
$(16.76\%)$

$\Delta = 12,230.26$
$(27.41\%)$

FL-OSB 010646

## Woolworth test case scenario

| age: | 50 |
|---|---|
| svc: | 25 |
| salary: | $100,000.00 |
| career avg pay: | $64,000.00 |
| sal projection: | 4.00% |
| earnings on account: | 5.00% |
| 401K earnings rate: | 7.00% |

**Age Indexed**

| Age | Factor |
|---|---|
| <30 | 2.75% |
| 30-39 | 3.75% |
| 40-49 | 5.25% |
| 50-59 | 7.25% |
| 60-70 | 10.00% |

**Service Based**

| Years of Service | Factor |
|---|---|
| <10 | 3.75% |
| 10 < 20 | 5.25% |
| 20 < 30 | 7.25% |
| >30 | 10.00% |

|  | Career Average | | Age Based Cash Balance | | DC Deferral | Service Based Cash Balance | | DC Deferral |
|---|---|---|---|---|---|---|---|---|
| age | Accrued Benefit | Early Ret Annuity | Accrued Benefit | Early Ret Annuity | Annual Percent of Pay | Accrued Benefit | Early Ret Annuity | Annual Percent of Pay |
| 50 | $22,650.00 | $0.00 | $22,650.00 | $0.00 | | $22,650.00 | $0.00 | |
| 51 | 24,096.00 | 0.00 | 22,650.00 | 0.00 | | 22,650.00 | 0.00 | |
| 52 | 25,602.00 | 0.00 | 22,650.00 | 0.00 | | 22,650.00 | 0.00 | |
| 53 | 27,170.40 | 0.00 | 23,155.26 | 0.00 | | 23,155.26 | 0.00 | |
| 54 | 28,803.70 | 0.00 | 24,672.03 | 0.00 | | 24,672.03 | 0.00 | |
| 55 | 30,504.48 | 18,302.69 | 26,174.35 | 13,660.83 | 8.10% | 26,174.35 | 13,660.83 | 8.10% |
| 60 | 40,119.16 | 32,095.33 | 33,474.07 | 23,885.38 | 5.11% | 36,242.93 | 25,861.10 | 3.88% |
| 65 | 51,875.38 | 51,875.38 | 43,072.23 | 43,072.23 | 2.53% | 45,841.09 | 45,841.09 | 1.74% |

$\Delta = 8803.15$
$(16.97\%)$

$\Delta = 6,034.29$
$(11.63\%)$