*Osberg v. Foot Locker, Inc., et al.*, 07-cv-01358 (KBF) (S.D.N.Y.)

# Class's Opposition to Defendants' Motion *in Limine* to Exclude Testimony of Christopher Maikels

# July 10, 2015

# PX630

# Fax Transmittal

| | |
|---|---|
| Name | Tom Kiley |
| Firm | Woolworth Corporation |
| Fax Number | (212) 553-7044 |
| From | Chris Maikels |
| Date | March 22, 1995 |
| Time | 2:30 pm |
| Number of Pages (including this Cover Sheet) | 7 |

If you do not receive all the pages or have trouble please call us back as soon as possible at the following number: 203-973-2174

Message/
Special
Instructions

Tom-

Here are the additional scenarios you requested. These are based on an employee 50 years of age with 5 years of service over three different salary ranges with salary projected at both 5% and 4%.

Please call if you have any questions.

Thank you,

Chris Maikels

## Woolworth test case scenario

| age: | 50 |
|---|---|
| svc: | 5 |
| salary: | $25,000.00 |
| career avg pay: | $20,000.00 |
| sal projection: | 5.00% |
| earnings on account: | 5.00% |
| 401K earnings rate: | 7.00% |

### Age Indexed

| Age | Factor |
|---|---|
| <30 | 2.75% |
| 30-39 | 3.75% |
| 40-49 | 5.25% |
| 50-59 | 7.25% |
| 60-70 | 10.00% |

### Service Based

| Years of Service | Factor |
|---|---|
| <10 | 3.75% |
| 10 < 20 | 5.25% |
| 20 < 30 | 7.25% |
| >30 | 10.00% |

| | Career Average | | Age Based Cash Balance | | DC Deferral | Service Based Cash Balance | | DC Deferral |
|---|---|---|---|---|---|---|---|---|
| age | Accrued Benefit | Early Ret Annuity | Accrued Benefit | Early Ret Annuity | Annual Percent of Pay | Accrued Benefit | Early Ret Annuity | Annual Percent of Pay |
| 50 | $1,230.00 | $0.00 | $1,230.00 | $0.00 | | $1,230.00 | $0.00 | |
| 51 | 1,551.00 | 0.00 | 1,395.79 | 0.00 | | 1,230.00 | 0.00 | |
| 52 | 1,890.75 | 0.00 | 1,786.03 | 0.00 | | 1,409.25 | 0.00 | |
| 53 | 2,250.19 | 0.00 | 2,176.26 | 0.00 | | 1,611.09 | 0.00 | |
| 54 | 2,630.30 | 0.00 | 2,566.50 | 0.00 | | 1,812.94 | 0.00 | |
| 55 | 3,032.11 | 1,212.84 | 2,956.74 | 1,543.17 | 0.00% | 2,014.78 | 1,051.55 | 1.11% |
| 60 | 5,406.71 | 4,325.37 | 4,907.92 | 3,502.04 | 1.97% | 3,427.71 | 2,445.84 | 4.49% |
| 65 | 8,511.96 | 8,511.96 | 7,599.20 | 7,599.20 | 0.99% | 4,840.64 | 4,840.64 | 3.97% |

G:\FWW\MIS\TCSCENS.WB1 03/20/95

## Woolworth test case scenario

| age: | 50 |
|---|---|
| svc: | 5 |
| salary: | $25,000.00 |
| career avg pay: | $20,000.00 |
| sal projection: | 4.00% |
| earnings on account: | 5.00% |
| 401K earnings rate: | 7.00% |

### Age Indexed

| Age | Factor |
|---|---|
| <30 | 2.75% |
| 30-39 | 3.75% |
| 40-49 | 5.25% |
| 50-59 | 7.25% |
| 60-70 | 10.00% |

### Service Based

| Years of Service | Factor |
|---|---|
| <10 | 3.75% |
| 10 < 20 | 5.25% |
| 20 < 30 | 7.25% |
| >30 | 10.00% |

| | Career Average | | Age Based Cash Balance | | DC Deferral | Service Based Cash Balance | | DC Deferr |
|---|---|---|---|---|---|---|---|---|
| age | Accrued Benefit | Early Ret Annuity | Accrued Benefit | Early Ret Annuity | Annual Percent of Pay | Accrued Benefit | Early Ret Annuity | Annual Perc of Pay |
| 50 | $1,230.00 | $0.00 | $1,230.00 | $0.00 | | $1,230.00 | $0.00 | |
| 51 | 1,551.00 | 0.00 | 1,395.79 | 0.00 | | 1,230.00 | 0.00 | |
| 52 | 1,887.00 | 0.00 | 1,782.31 | 0.00 | | 1,407.32 | 0.00 | |
| 53 | 2,238.60 | 0.00 | 2,165.15 | 0.00 | | 1,605.34 | 0.00 | |
| 54 | 2,606.42 | 0.00 | 2,544.34 | 0.00 | | 1,801.48 | 0.00 | |
| 55 | 2,991.12 | 1,196.45 | 2,919.92 | 1,523.96 | 0.00% | 1,995.74 | 1,041.61 | 1.( |
| 60 | 5,192.29 | 4,153.83 | 4,744.85 | 3,385.68 | 1.91% | 3,317.24 | 2,367.02 | 4. |
| 65 | 7,928.84 | 7,928.84 | 7,144.39 | 7,144.39 | 0.90% | 4,577.00 | 4,577.00 | 3. |

G:\FWW\MIS\TCSCENS.WB1 03/22/95

SENT BY: 3-22-95 ; 14:15 ; WILLIAM M. MERCER-WOOLWORTH BENEFITS ;# 3/ 7
FL-OSB 002440

## Woolworth test case scenario

| age: | 50 |
|---|---|
| svc: | 5 |
| salary: | $50,000.00 |
| career avg pay: | $40,000.00 |
| sal projection: | 5.00% |
| earnings on account: | 5.00% |
| 401K earnings rate: | 7.00% |

### Age Indexed

| Age | Factor |
|---|---|
| <30 | 2.75% |
| 30-39 | 3.75% |
| 40-49 | 5.25% |
| 50-59 | 7.25% |
| 60-70 | 10.00% |

### Service Based

| Years of Service | Factor |
|---|---|
| <10 | 3.75% |
| 10 < 20 | 5.25% |
| 20 < 30 | 7.25% |
| >30 | 10.00% |

| | Career Average | | Age Based Cash Balance | | DC Deferral | Service Based Cash Balance | | DC Deferral |
|---|---|---|---|---|---|---|---|---|
| age | Accrued Benefit | Early Ret Annuity | Accrued Benefit | Early Ret Annuity | Annual Percent of Pay | Accrued Benefit | Early Ret Annuity | Annual Percent of Pay |
| 50 | $2,730.00 | $0.00 | $2,730.00 | $0.00 | | $2,730.00 | $0.00 | |
| 51 | 3,426.00 | 0.00 | 3,012.31 | 0.00 | | 2,730.00 | 0.00 | |
| 52 | 4,159.50 | 0.00 | 3,792.78 | 0.00 | | 3,039.22 | 0.00 | |
| 53 | 4,932.38 | 0.00 | 4,573.25 | 0.00 | | 3,442.91 | 0.00 | |
| 54 | 5,746.59 | 0.00 | 5,353.73 | 0.00 | | 3,846.61 | 0.00 | |
| 55 | 6,604.22 | 2,641.69 | 6,134.20 | 3,201.54 | 0.00% | 4,250.30 | 2,218.30 | 1.45% |
| 60 | 11,623.42 | 9,298.74 | 10,036.56 | 7,161.58 | 2.55% | 7,076.15 | 5,049.18 | 5.07% |
| 65 | 18,103.92 | 18,103.92 | 15,419.14 | 15,419.14 | 1.45% | 9,902.00 | 9,902.00 | 4.44% |

G:\FWW\MIS\TCSCENS.WB1 03/20/95

SENT BY: WILLIAM M. MERCER-WOOLWORTH BENEFITS ; 3-22-95 ; 14:15 ; # 4/ 7

FL-OSB 002441

## Woolworth test case scenario

| age: | 50 |
|---|---|
| svc: | 5 |
| salary: | $50,000.00 |
| career avg pay: | $40,000.00 |
| sal projection: | 4.00% |
| earnings on account: | 5.00% |
| 401K earnings rate: | 7.00% |

Age Indexed

| Age | Factor |
|---|---|
| <30 | 2.75% |
| 30-39 | 3.75% |
| 40-49 | 5.25% |
| 50-59 | 7.25% |
| 60-70 | 10.00% |

Service Based

| Years of Service | Factor |
|---|---|
| <10 | 3.75% |
| 10 < 20 | 5.25% |
| 20 < 30 | 7.25% |
| >30 | 10.00% |

| | Career Average | | Age Based Cash Balance | | DC Deferral | Service Based Cash Balance | | DC Deferral |
|---|---|---|---|---|---|---|---|---|
| age | Accrued Benefit | Early Ret Annuity | Accrued Benefit | Early Ret Annuity | Annual Percent of Pay | Accrued Benefit | Early Ret Annuity | Annual Percent of Pay |
| 50 | $2,730.00 | $0.00 | $2,730.00 | $0.00 | | $2,730.00 | $0.00 | |
| 51 | 3,426.00 | 0.00 | 3,012.31 | 0.00 | | 2,730.00 | 0.00 | |
| 52 | 4,152.00 | 0.00 | 3,785.35 | 0.00 | | 3,035.38 | 0.00 | |
| 53 | 4,909.20 | 0.00 | 4,551.03 | 0.00 | | 3,431.42 | 0.00 | |
| 54 | 5,698.85 | 0.00 | 5,309.41 | 0.00 | | 3,823.69 | 0.00 | |
| 55 | 6,522.24 | 2,608.90 | 6,060.57 | 3,163.11 | 0.00% | 4,212.22 | 2,198.43 | 1.43% |
| 60 | 11,194.58 | 8,955.66 | 9,710.43 | 6,928.87 | 2.52% | 6,855.22 | 4,891.53 | 5.06% |
| 65 | 16,937.69 | 16,937.69 | 14,509.51 | 14,509.51 | 1.40% | 9,374.74 | 9,374.74 | 4.36% |

G:\FWW\MIS\TCSCENS.WB1 03/20/95

FL-OSB 002442

SENT BY: 3-22-95 : 14:16 : WILLIAM M. MERCER-WOOLWORTH BENEFITS :# 6/ 7

FL-OSB 002443

## Woolworth test case scenario

| | |
|---|---|
| age: | 50 |
| svc: | 5 |
| salary: | $100,000.00 |
| career avg pay: | $80,000.00 |
| sal projection: | 5.00% |
| earnings on account: | 5.00% |
| 401K earnings rate: | 7.00% |

### Age Indexed

| Age | Factor |
|---|---|
| < 30 | 2.75% |
| 30-39 | 3.75% |
| 40-49 | 5.25% |
| 50-59 | 7.25% |
| 60-70 | 10.00% |

### Service Based

| Years of Service | Factor |
|---|---|
| < 10 | 3.75% |
| 10 < 20 | 5.25% |
| 20 < 30 | 7.25% |
| > 30 | 10.00% |

| | Career Average | | Age Based Cash Balance | | DC Deferral | Service Based Cash Balance | | DC Deferral |
|---|---|---|---|---|---|---|---|---|
| age | Accrued Benefit | Early Ret Annuity | Accrued Benefit | Early Ret Annuity | Annual Percent of Pay | Accrued Benefit | Early Ret Annuity | Annual Percent of Pay |
| 50 | $5,730.00 | $0.00 | $5,730.00 | $0.00 | | $5,730.00 | $0.00 | |
| 51 | 7,176.00 | 0.00 | 6,245.35 | 0.00 | | 5,730.00 | 0.00 | |
| 52 | 8,697.00 | 0.00 | 7,806.29 | 0.00 | | 6,299.17 | 0.00 | |
| 53 | 10,296.75 | 0.00 | 9,367.24 | 0.00 | | 7,106.56 | 0.00 | |
| 54 | 11,979.19 | 0.00 | 10,928.19 | 0.00 | | 7,913.95 | 0.00 | |
| 55 | 13,748.45 | 5,499.38 | 12,489.13 | 6,518.28 | 0.00% | 8,721.33 | 4,551.81 | 1.62% |
| 60 | 24,056.84 | 19,245.47 | 20,293.86 | 14,480.66 | 2.84% | 14,373.03 | 10,255.86 | 5.37% |
| 65 | 37,287.85 | 37,287.85 | 31,059.00 | 31,059.00 | 1.68% | 20,024.73 | 20,024.73 | 4.67% |

G:\FWW\MIS\TCSCENS.WB1 03/20/95

## Woolworth test case scenario

| age: | 50 |
|---|---|
| svc: | 5 |
| salary: | $100,000.00 |
| career avg pay: | $80,000.00 |
| sal projection: | 4.00% |
| earnings on account: | 5.00% |
| 401K earnings rate: | 7.00% |

### Age Indexed

| Age | Factor |
|---|---|
| <30 | 2.75% |
| 30-39 | 3.75% |
| 40-49 | 5.25% |
| 50-59 | 7.25% |
| 60-70 | 10.00% |

### Service Based

| Years of Service | Factor |
|---|---|
| <10 | 3.75% |
| 10 < 20 | 5.25% |
| 20 < 30 | 7.25% |
| >30 | 10.00% |

| | Career Average | | Age Based Cash Balance | | DC Deferral | Service Based Cash Balance | | DC Deferral |
|---|---|---|---|---|---|---|---|---|
| age | Accrued Benefit | Early Ret Annuity | Accrued Benefit | Early Ret Annuity | Annual Percent of Pay | Accrued Benefit | Early Ret Annuity | Annual Percent of Pay |
| 50 | $5,730.00 | $0.00 | $5,730.00 | $0.00 | | $5,730.00 | $0.00 | |
| 51 | 7,176.00 | 0.00 | 6,245.35 | 0.00 | | 5,730.00 | 0.00 | |
| 52 | 8,682.00 | 0.00 | 7,791.43 | 0.00 | | 6,291.48 | 0.00 | |
| 53 | 10,250.40 | 0.00 | 9,322.78 | 0.00 | | 7,083.56 | 0.00 | |
| 54 | 11,883.70 | 0.00 | 10,839.55 | 0.00 | | 7,868.10 | 0.00 | |
| 55 | 13,584.48 | 5,433.79 | 12,341.88 | 6,441.43 | 0.00% | 8,645.17 | 4,512.05 | 1.61% |
| 60 | 23,199.16 | 18,559.33 | 19,641.59 | 14,015.24 | 2.83% | 13,931.17 | 9,940.57 | 5.36% |
| 65 | 34,955.38 | 34,955.38 | 29,239.76 | 29,239.76 | 1.65% | 18,970.20 | 18,970.20 | 4.60% |

G:\FWW\MIS\TCSCENS.WB1 03/20/95