*Osberg v. Foot Locker, Inc., et al.*, 07-cv-01358 (KBF) (S.D.N.Y.)

# Class's Opposition to Defendants' Motion *in Limine* to Exclude Testimony of Christopher Maikels

## July 10, 2015

# PX962

```
DO    DOCUMENTATION    (INFORMATION)
------------------------------------
CLIENT:   WOOLWORTH                          CODER:      C MAIKELS
PROJECT:                                     TKS CODE:        -
                                             SPEC PROC:


DO    DOCUMENTATION    (NOTES)
------------------------------
   SET UP LIST OF GATT FACTORS FOR TEST CASE TABLE


OP    RUN TIME OPTIONS
----------------------
                        EARLY/LATE
            SINGLE LIFE RETIREMENT                JOINT LIFE   PBGC
SINGLE LIFE CONVERSION  ADJUSTMENT  JOINT LIFE    CONVERSION   ANNUITY
OPTIONS     FACTORS     FACTORS     OPTIONS       FACTORS      FACTORS
----------- ----------- ----------  ----------    ----------   -------
            Y


AA    ACTUARIAL ASSUMPTIONS
---------------------------
INTEREST RATE
 ASSUMPTION               MORTALITY ASSUMPTION
--------------            --------------------
(II  NN / DDD)            TABLE NAME   SET BACK
--------------            ----------   --------

  6  50 / 100       MALE     GA83MF
                    FEMALE   GA83MF


SO    SINGLE LIFE OPTIONS
-------------------------
------------------------ PRINT REPORTS -------------------------   ------------------------ PRINT AGES ------------------------
                                    MONTHLY                            IMMEDIATE             DEFERRED              TEMPORARY
            MONTHLY     MONTHLY     CERTAIN                        --------------------  --------------------  --------------------
COMMUTATION DEFERRED    TEMPORARY   AND LIFE   DEFERRED    TERM    FIRST AGE  LAST AGE   FIRST AGE  LAST AGE   FIRST AGE  LAST AGE
FUNCTIONS   ANNUITIES   ANNUITIES   ANNUITIES  INSURANCE   INSURANCE  TO PRINT   TO PRINT  TO PRINT   TO PRINT  TO PRINT   TO PRINT
----------- ----------- ----------- ---------- ----------- --------- ---------- ---------  ---------- --------  ---------- --------
            Y                                                          20         90        55         90


SC    SINGLE LIFE CONVERSION FACTORS
------------------------------------
            ----------------- NORMAL FORM -----------------   ----------------- OPTIONAL FORM -----------------
                  (OR)        (OR)                  CERTAIN         (OR)        (OR)                  CERTAIN
PRODUCE           FULL        MODIFIED              PAYMENTS IF     FULL        MODIFIED              PAYMENTS IF
FACTORS  YEARS    CASH        CASH      DEFERRED    DEATH DURING  YEARS  CASH   CASH    DEFERRED   DEATH DURING  FIRST AGE  LAST AGE
 FOR     CERTAIN  REFUND      REFUND    TO AGE      DEFFERAL      CERTAIN REFUND REFUND  TO AGE     DEFERRAL      TO PRINT   TO PRINT
-------  -------  ------      --------  ---------   ------------  ------- ------ ------  --------   -----------   ---------  --------
   M        0                             65              0                                                          20        90
```

CONFIDENTIAL                                                                                                        MercerFL0002311

```
FACTORS  GATT                      11/21/95    15:48: 1                                          PAGE   2


CONTROL TOTALS
--------------
SCREEN    LINES       TOTAL
--------  -----       -----
DO          1         -1976.
DO          1         -1370.
OP          1           137.
AA          1          2632.
SO          1          4624.
SC          1          4247.

TOTAL       6          8294.
```

CONFIDENTIAL                                                                                  MercerFL0002312

```
                              WILLIAM M. MERCER'S FACTORS SYSTEM
ERROR MESSAGES
--------------
SCREEN LINE W/E           MESSAGE
------ ---- ---           --------------------------------------------------
   SO    1  (W)   TEMP FIRST AGE TO PRINT BLANK - DEFAULTS TO 50.
   SO    1  (W)   TEMP LAST AGE TO PRINT BLANK - DEFAULTS TO 70.

NUMBER OF WARNINGS FOUND =  2
NUMBER OF ERRORS   FOUND =  0
```

CONFIDENTIAL

```
FACTORS(01) GATT                   DATE 11/21/1995    TIME 15:48:                                    PAGE    4

                              WILLIAM M. MERCER'S FACTORS SYSTEM
                                 SINGLE LIFE CONVERSION FACTORS

              SEX: M                  NF-ANNUITY TYPE:  0 YRS CERT        OF-ANNUITY TYPE:  0 YRS CERT
   MORTALITY TABLE: GA83MF               NF-DEFERRED TO: 65                  OF-DEFERRED TO: 0
          SETBACK: 0                  NF-CERTAIN PAYMENTS: N               OF-CERTAIN PAYMENTS: N
    INTEREST RATE: 6 50 / 100

       Age              NORMAL FORM                  OPTIONAL FORM              CONVERSION FACTOR

        20                 .53933                      15.38670                        .03505
        21                 .57455                      15.35610                        .03741
        22                 .61207                      15.32373                        .03994
        23                 .65206                      15.28944                        .04265
        24                 .69467                      15.25315                        .04554

        25                 .74008                      15.21475                        .04864
        26                 .78847                      15.17411                        .05196
        27                 .84003                      15.13111                        .05552
        28                 .89499                      15.08561                        .05933
        29                 .95357                      15.03751                        .06341

        30                1.01600                      14.98662                        .06779
        31                1.08256                      14.93286                        .07250
        32                1.15351                      14.87603                        .07754
        33                1.22915                      14.81598                        .08296
        34                1.30979                      14.75254                        .08878

        35                1.39579                      14.68555                        .09504
        36                1.48751                      14.61497                        .10178
        37                1.58531                      14.54031                        .10903
        38                1.68963                      14.46142                        .11684
        39                1.80090                      14.37816                        .12525

        40                1.91964                      14.29041                        .13433
        41                2.04636                      14.19803                        .14413
        42                2.18165                      14.10088                        .15472
        43                2.32614                      13.99887                        .16617
        44                2.48050                      13.89193                        .17856

        45                2.64551                      13.78000                        .19198
        46                2.82197                      13.66304                        .20654
        47                3.01080                      13.54105                        .22235
        48                3.21298                      13.41395                        .23953
        49                3.42954                      13.28159                        .25822

        50                3.66165                      13.14381                        .27858
        51                3.91052                      13.00034                        .30080
        52                4.17749                      12.85086                        .32507
        53                4.46399                      12.69505                        .35163
        54                4.77160                      12.53256                        .38074

        55                5.10211                      12.36310                        .41269
        56                5.45741                      12.18631                        .44783
        57                5.83965                      12.00192                        .48656
        58                6.25124                      11.80966                        .52933
        59                6.69493                      11.60943                        .57668
```

CONFIDENTIAL

```
FACTORS(01) GATT                    DATE 11/21/1995   TIME 15:48:                               PAGE   5

                              WILLIAM M. MERCER'S FACTORS SYSTEM
                                SINGLE LIFE CONVERSION FACTORS

           SEX: M               NF-ANNUITY TYPE:  0 YRS CERT         OF-ANNUITY TYPE:  0 YRS CERT
MORTALITY TABLE: GA83MF         NF-DEFERRED TO: 65                   OF-DEFERRED TO:  0
       SETBACK:  0              NF-CERTAIN PAYMENTS: N               OF-CERTAIN PAYMENTS: N
 INTEREST RATE: 6 50 / 100
```

| Age | NORMAL FORM | OPTIONAL FORM | CONVERSION FACTOR |
|---|---|---|---|
| 60 | 7.17389 | 11.40121 | .62922 |
| 61 | 7.69172 | 11.18509 | .68768 |
| 62 | 8.25261 | 10.96123 | .75289 |
| 63 | 8.86145 | 10.72993 | .82586 |
| 64 | 9.52392 | 10.49159 | .90777 |
| 65 | 10.24674 | 10.24674 | 1.00000 |
| 66 | 9.99600 | 9.99600 | 1.00000 |
| 67 | 9.74003 | 9.74003 | 1.00000 |
| 68 | 9.47946 | 9.47946 | 1.00000 |
| 69 | 9.21486 | 9.21486 | 1.00000 |
| 70 | 8.94667 | 8.94667 | 1.00000 |
| 71 | 8.67529 | 8.67529 | 1.00000 |
| 72 | 8.40101 | 8.40101 | 1.00000 |
| 73 | 8.12442 | 8.12442 | 1.00000 |
| 74 | 7.84635 | 7.84635 | 1.00000 |
| 75 | 7.56789 | 7.56789 | 1.00000 |
| 76 | 7.29033 | 7.29033 | 1.00000 |
| 77 | 7.01512 | 7.01512 | 1.00000 |
| 78 | 6.74352 | 6.74352 | 1.00000 |
| 79 | 6.47653 | 6.47653 | 1.00000 |
| 80 | 6.21489 | 6.21489 | 1.00000 |
| 81 | 5.95912 | 5.95912 | 1.00000 |
| 82 | 5.70951 | 5.70951 | 1.00000 |
| 83 | 5.46609 | 5.46609 | 1.00000 |
| 84 | 5.22861 | 5.22861 | 1.00000 |
| 85 | 4.99653 | 4.99653 | 1.00000 |
| 86 | 4.76898 | 4.76898 | 1.00000 |
| 87 | 4.54604 | 4.54604 | 1.00000 |
| 88 | 4.32734 | 4.32734 | 1.00000 |
| 89 | 4.11283 | 4.11283 | 1.00000 |
| 90 | 3.90377 | 3.90377 | 1.00000 |

CONFIDENTIAL                                                                                   MercerFL0002315