*Osberg v. Foot Locker, Inc., et al.*, 07-cv-01358 (KBF) (S.D.N.Y.)

**Class's Opposition to Defendants' Motion *in Limine* to Exclude Testimony of Christopher Maikels**

**July 10, 2015**

# PX1277

PX1277

CONFIDENTIAL

MMCALC (10) REG0196 11/21/95 12:49: 7 PAGE 1

DO DOCUMENTATION (INFORMATION)

CLIENT: FWW WOOLWORTH
PROJECT: STATEMENTS

CODER: C MAIKELS
TKS CODE:

Superceded

DO DOCUMENTATION (NOTES)

CALCULATE ESTIMATED BENEFITS FOR 01/01/96 ESTIMATE REGISTER

OP MMCALC OPTIONS

| DB NAME | VALUATION DATE | SS LAW DATE | SAL LIMITS LAW YEAR | EDIT DECK (BLANK, Y) | TRACE CALCS (BLANK, Y) | TRACE SS (BLANK, Y) | REC # FOR TEST | LENGTH FOR UNDEF WRKFLDS | DECIMALS FOR UNDEF WRKFLDS |
|---|---|---|---|---|---|---|---|---|---|
| CB95 | 1 / 1 / 95 | / / | | | | | | | |

L DATE LABELS

| LINE | DATE LABEL | '<' '>' | MONTH FIELD | DAY FIELD | YEAR FIELD |
|---|---|---|---|---|---|
| 1 | $BIRTH | < | MOB | DOB | YOB |

Using @ Statement data base

CONFIDENTIAL

BC BENEFIT CALCULATION

```
GROUP                                                  AS OF
FIELD       STATEMENT                                  DATE LABEL
----------  -------------------------------------      ----------
            DO SC(1)/SC(2)/SC(3)/SC(4)/SC(5)/SC(6)
            *   GET 9% FACTOR
            DO TL(1)/TL(2)
            INT1=AGENOW-AGEFLOOR
            LS9FACT=INT1*FACTOR9B+(1-INT1)*FACTOR9A
            *   GET 6.5% FACTOR
            DO TL(3)/TL(4)
            LS65FCT=INT1*FACTOR6B+(1-INT1)*FACTOR6A
            *   GET 6.5% IMMEDIATE FACTOR
            DO TL(5)/TL(6)
            IMM1196=INT1*FACTOR6D+(1-INT1)*FACTOR6C
            *   GET ENHANCED CB ER FACTOR
            ER2=VESTSVC+1.GE.15.AND.YOB.LT.46
            ERF=1
ER2         ERF=(1-((65-AGENOW)*.04))>.6
            * CASH BALANCE & MIN LUMP SUM
            CB123195=ACCBEN94*LS9FACT/ERF
            PV123195=ACCBEN94*LS65FCT
            *
            * GET ER FACTOR AT 1/1/96
            ER3=VESTSVC+1.GE.15
            ER1196=(1-((65-AGENOW)*.06))>.4
ER3         ER1196=(1-((65-AGENOW)*.04))>.6
            * GET BENEFIT AMOUNTS
            AGENOWLS=CB123195>PV123195
            SLA65=ACCBEN94
            JS6550ST=SLA65*.91
            JS6575ST=SLA65*.87
            JS6500ST=SLA65*.83
            CL6560=SLA65*.98
            CL65120=SLA65*.94
            * GET IMMEDIATE BENEFITS (AT OR OVER 55)
            SLANOW=SLA65*ER1196
            JSNOW50=SLANOW*.91
            JSNOW75=SLANOW*.87
            JSNOW100=SLANOW*.83
            CLNOW60=SLANOW*.98
            CLNOW120=SLANOW*.94
            * GET IMMEDIATE BENEFITS (UNDER 55)
            UNDER=YOB.GE.42
UNDER       SLAIMM=CB123195/IMM1196
UNDER       JS50IMM=SLAIMM*.91
            *-------------------------------------
            MIN65LS=AC123195*10.24675
            CB65LS=CB123195*((1.06)**(65-AGENOW))
            AGE65LS=CB65LS>MIN65LS
```

Vest svc is as of 1-1-95

Not used

MercerFL0002303

CONFIDENTIAL

SC SERVICE CALCULATION

| LINE | RESULT FIELDS: DECIMAL YRS | YEARS | MONTHS | DAYS | DATE LABEL | DATE | SERVICE | TYPE SRVC | RNDG CODE | MAX YRS OF SRVC |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | AGEFLOOR | | | | 1) | 1 / 1 / 1996 | | | 3 | |
| | | | | | 2) $BIRTH | / / | | | | |
| 2 | AGEPLUS1 | | | | 1) | 1 / 1 / 1997 | | | 3 | |
| | | | | | 2) $BIRTH | / / | | | | |
| 3 | AGENOW | | | | 1) | 1 / 1 / 1996 | | | 2 | |
| | | | | | 2) $BIRTH | / / | | | | |
| 4 | AGE2196 | | | | 1) | 2 / 1 / 1996 | | | 2 | |
| | | | | | 2) $BIRTH | / / | | | | |
| 5 | AGFL2196 | | | | 1) | 2 / 1 / 1996 | | | 3 | |
| | | | | | 2) $BIRTH | / / | | | | |
| 6 | AGPL2196 | | | | 1) | 2 / 1 / 1997 | | | 3 | |
| | | | | | 2) $BIRTH | / / | | | | |

T TABLE LOOKUP

| LINE | RESULT FIELD | TABLE NAME | TABLE TYPE | LOOKUP FIELD |
|---|---|---|---|---|
| 1 | FACTOR9A | GATT900 | 1 | AGEFLOOR |
| 2 | FACTOR9B | GATT900 | 1 | AGEPLUS1 |
| 3 | FACTOR6A | GATT650 | 1 | AGEFLOOR |
| 4 | FACTOR6B | GATT650 | 1 | AGEPLUS1 |
| 5 | FACTOR6C | GATTIMM | 1 | AGEFLOOR |
| 6 | FACTOR6D | GATTIMM | 1 | AGEPLUS1 |

CONTROL TOTALS

| SCREEN | LINES | TOTAL |
|---|---|---|
| DO | 1 | -97. |
| DO | 1 | -4092. |
| OP | 1 | 2479. |
| DL | 1 | -3193. |
| BC | 46 | -39252849. |
| SC | 6 | 456059. |
| T | 6 | 101727. |
| TOTAL | 62 | -38699966. |

MercerFL0002304

CONFIDENTIAL

MMCALC DATE: 11/21/95 TIME: 12:49:41 PAGE 1

| EXACT | TL:GATT900 | EXACT | TL:GATT900 | EXACT | TL:GATT650 |
|---|---|---|---|---|---|
| 21.000000 | 0.174 | 21.000000 | 0.174 | 21.000000 | 0.575 |
| 22.000000 | 0.189 | 22.000000 | 0.189 | 22.000000 | 0.612 |
| 23.000000 | 0.207 | 23.000000 | 0.207 | 23.000000 | 0.652 |
| 24.000000 | 0.225 | 24.000000 | 0.225 | 24.000000 | 0.695 |
| 25.000000 | 0.246 | 25.000000 | 0.246 | 25.000000 | 0.740 |
| 26.000000 | 0.268 | 26.000000 | 0.268 | 26.000000 | 0.788 |
| 27.000000 | 0.292 | 27.000000 | 0.292 | 27.000000 | 0.840 |
| 28.000000 | 0.318 | 28.000000 | 0.318 | 28.000000 | 0.895 |
| 29.000000 | 0.347 | 29.000000 | 0.347 | 29.000000 | 0.954 |
| 30.000000 | 0.379 | 30.000000 | 0.379 | 30.000000 | 1.016 |
| 31.000000 | 0.413 | 31.000000 | 0.413 | 31.000000 | 1.083 |
| 32.000000 | 0.450 | 32.000000 | 0.450 | 32.000000 | 1.154 |
| 33.000000 | 0.491 | 33.000000 | 0.491 | 33.000000 | 1.229 |
| 34.000000 | 0.535 | 34.000000 | 0.535 | 34.000000 | 1.310 |
| 35.000000 | 0.584 | 35.000000 | 0.584 | 35.000000 | 1.396 |
| 36.000000 | 0.637 | 36.000000 | 0.637 | 36.000000 | 1.488 |
| 37.000000 | 0.695 | 37.000000 | 0.695 | 37.000000 | 1.585 |
| 38.000000 | 0.758 | 38.000000 | 0.758 | 38.000000 | 1.690 |
| 3[illegible]000000 | 0.827 | 39.000000 | 0.827 | 39.000000 | 1.801 |
| [illegible]00000 | 0.902 | 40.000000 | 0.902 | 40.000000 | 1.920 |
| 4[illegible]000000 | 0.984 | 41.000000 | 0.984 | 41.000000 | 2.046 |
| 42.000000 | 1.074 | 42.000000 | 1.074 | 42.000000 | 2.182 |
| 43.000000 | 1.172 | 43.000000 | 1.172 | 43.000000 | 2.326 |
| 44.000000 | 1.279 | 44.000000 | 1.279 | 44.000000 | 2.481 |
| 45.000000 | 1.396 | 45.000000 | 1.396 | 45.000000 | 2.646 |
| 46.000000 | 1.524 | 46.000000 | 1.524 | 46.000000 | 2.822 |
| 47.000000 | 1.664 | 47.000000 | 1.664 | 47.000000 | 3.011 |
| 48.000000 | 1.818 | 48.000000 | 1.818 | 48.000000 | 3.213 |
| 49.000000 | 1.986 | 49.000000 | 1.986 | 49.000000 | 3.430 |
| 50.000000 | 2.170 | 50.000000 | 2.170 | 50.000000 | 3.662 |
| 51.000000 | 2.372 | 51.000000 | 2.372 | 51.000000 | 3.911 |
| 52.000000 | 2.593 | 52.000000 | 2.593 | 52.000000 | 4.177 |
| 53.000000 | 2.836 | 53.000000 | 2.836 | 53.000000 | 4.464 |
| 54.000000 | 3.102 | 54.000000 | 3.102 | 54.000000 | 4.772 |
| 55.000000 | 3.395 | 55.000000 | 3.395 | 55.000000 | 5.102 |
| 56.000000 | 3.717 | 56.000000 | 3.717 | 56.000000 | 5.457 |
| 57.000000 | 4.071 | 57.000000 | 4.071 | 57.000000 | 5.840 |
| 58.000000 | 4.460 | 58.000000 | 4.460 | 58.000000 | 6.251 |
| 59.000000 | 4.888 | 59.000000 | 4.888 | 59.000000 | 6.695 |
| 60.000000 | 5.361 | 60.000000 | 5.361 | 60.000000 | 7.174 |
| 61.000000 | 5.883 | 61.000000 | 5.883 | 61.000000 | 7.692 |
| 62.000000 | 6.460 | 62.000000 | 6.460 | 62.000000 | 8.253 |
| 63 000000 | 7.100 | 63.000000 | 7.100 | 63.000000 | 8.861 |
| [illegible]00000 | 7.810 | 64.000000 | 7.810 | 64.000000 | 9.524 |
| 6[illegible]00000 | 8.600 | 65.000000 | 8.600 | 65.000000 | 10.247 |
| 66.000000 | 8.425 | 66.000000 | 8.425 | 66.000000 | 9.996 |
| 67.000000 | 8.245 | 67.000000 | 8.245 | 67.000000 | 9.740 |
| 68.000000 | 8.060 | 68.000000 | 8.060 | 68.000000 | 9.479 |
| 69.000000 | 7.870 | 69.000000 | 7.870 | 69.000000 | 9.215 |
| 70.000000 | 7.675 | 70.000000 | 7.675 | 70.000000 | 8.947 |
| 71.000000 | 7.475 | 71.000000 | 7.475 | 71.000000 | 8.675 |
| 72.000000 | 7.271 | 72.000000 | 7.271 | 72.000000 | 8.401 |
| 73.000000 | 7.063 | 73.000000 | 7.063 | 73.000000 | 8.124 |
| 74.000000 | 6.851 | 74.000000 | 6.851 | 74.000000 | 7.846 |
| 75.000000 | 6.637 | 75.000000 | 6.637 | 75.000000 | 7.568 |
| 76.000000 | 6.422 | 76.000000 | 6.422 | 76.000000 | 7.290 |
| 77.000000 | 6.206 | 77.000000 | 6.206 | 77.000000 | 7.015 |
| 78.000000 | 5.991 | 78.000000 | 5.991 | 78.000000 | 6.744 |
| 79.000000 | 5.778 | 79.000000 | 5.778 | 79.000000 | 6.477 |
| 80.000000 | 5.568 | 80.000000 | 5.568 | 80.000000 | 6.215 |
| 81.000000 | 5.361 | 81.000000 | 5.361 | 81.000000 | 5.959 |
| 82.000000 | 5.157 | 82.000000 | 5.157 | 82.000000 | 5.710 |
| 83.000000 | 4.957 | 83.000000 | 4.957 | 83.000000 | 5.466 |
| 84.000000 | 4.761 | 84.000000 | 4.761 | 84.000000 | 5.229 |
| 85.000000 | 4.567 | 85.000000 | 4.567 | 85.000000 | 4.997 |
| 86.000000 | 4.376 | 86.000000 | 4.376 | 86.000000 | 4.769 |
| 87.000000 | 4.187 | 87.000000 | 4.187 | 87.000000 | 4.546 |
| 88.000000 | 4.001 | 88.000000 | 4.001 | 88.000000 | 4.327 |
| 89.000000 | 3.816 | 89.000000 | 3.816 | 89.000000 | 4.113 |
| 90.000000 | 3.636 | 90.000000 | 3.636 | 90.000000 | 3.904 |

MercerFL0002305

CONFIDENTIAL

MMCALC DATE: 11/21/95 TIME: 12:49:41 PAGE 2

| EXACT | TL:GATT650 | EXACT | TL:GATTIMM | EXACT | TL:GATTIMM | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21.000000 | 0.575 | 21.000000 | 15.356 | 21.000000 | 15.356 | 81.000000 | 5.959 | 81.000000 | 5.959 | 81.000000 | 5.959 |
| 22.000000 | 0.612 | 22.000000 | 15.324 | 22.000000 | 15.324 | 82.000000 | 5.710 | 82.000000 | 5.710 | 82.000000 | 5.710 |
| 23.000000 | 0.652 | 23.000000 | 15.289 | 23.000000 | 15.289 | 83.000000 | 5.466 | 83.000000 | 5.466 | 83.000000 | 5.446 |
| 24.000000 | 0.695 | 24.000000 | 15.253 | 24.000000 | 15.253 | 84.000000 | 5.229 | 84.000000 | 5.229 | 84.000000 | 5.229 |
| 25.000000 | 0.740 | 25.000000 | 15.215 | 25.000000 | 15.215 | 85.000000 | 4.997 | 85.000000 | 4.997 | 85.000000 | 4.997 |
| 26.000000 | 0.788 | 26.000000 | 15.174 | 26.000000 | 15.174 | 86.000000 | 4.769 | 86.000000 | 4.769 | 86.000000 | 4.769 |
| 27.000000 | 0.840 | 27.000000 | 15.131 | 27.000000 | 15.131 | 87.000000 | 4.546 | 87.000000 | 4.546 | 87.000000 | 4.546 |
| 28.000000 | 0.895 | 28.000000 | 15.086 | 28.000000 | 15.086 | 88.000000 | 4.327 | 88.000000 | 4.327 | 88.000000 | 4.327 |
| 29.000000 | 0.954 | 29.000000 | 15.038 | 29.000000 | 15.038 | 89.000000 | 4.113 | 89.000000 | 4.113 | 89.000000 | 4.113 |
| 30.000000 | 1.016 | 30.000000 | 14.987 | 30.000000 | 14.987 | 90.000000 | 3.904 | 90.000000 | 3.904 | 90.000000 | 3.904 |
| 31.000000 | 1.083 | 31.000000 | 14.933 | 31.000000 | 14.933 | | | | | | |
| 32.000000 | 1.154 | 32.000000 | 14.876 | 32.000000 | 14.876 | | | | | | |
| 33.000000 | 1.229 | 33.000000 | 14.816 | 33.000000 | 14.816 | | | | | | |
| 34.000000 | 1.310 | 34.000000 | 14.753 | 34.000000 | 14.753 | | | | | | |
| 35.000000 | 1.396 | 35.000000 | 14.686 | 35.000000 | 14.686 | | | | | | |
| 36.000000 | 1.488 | 36.000000 | 14.615 | 36.000000 | 14.615 | | | | | | |
| 37.000000 | 1.585 | 37.000000 | 14.540 | 37.000000 | 14.540 | | | | | | |
| 38.000000 | 1.690 | 38.000000 | 14.461 | 38.000000 | 14.461 | | | | | | |
| [illegible] | 1.801 | 39.000000 | 14.378 | 39.000000 | 14.378 | | | | | | |
| [illegible] | 1.920 | 40.000000 | 14.290 | 40.000000 | 14.290 | | | | | | |
| [illegible] | 2.046 | 41.000000 | 14.198 | 41.000000 | 14.198 | | | | | | |
| 42.000000 | 2.182 | 42.000000 | 14.101 | 42.000000 | 14.101 | | | | | | |
| 43.000000 | 2.326 | 43.000000 | 13.999 | 43.000000 | 13.999 | | | | | | |
| 44.000000 | 2.481 | 44.000000 | 13.892 | 44.000000 | 13.892 | | | | | | |
| 45.000000 | 2.646 | 45.000000 | 13.780 | 45.000000 | 13.780 | | | | | | |
| 46.000000 | 2.822 | 46.000000 | 13.663 | 46.000000 | 13.663 | | | | | | |
| 47.000000 | 3.011 | 47.000000 | 13.541 | 47.000000 | 13.541 | | | | | | |
| 48.000000 | 3.213 | 48.000000 | 13.414 | 48.000000 | 13.414 | | | | | | |
| 49.000000 | 3.430 | 49.000000 | 13.282 | 49.000000 | 13.282 | | | | | | |
| 50.000000 | 3.662 | 50.000000 | 13.144 | 50.000000 | 13.144 | | | | | | |
| 51.000000 | 3.911 | 51.000000 | 13.000 | 51.000000 | 13.000 | | | | | | |
| 52.000000 | 4.177 | 52.000000 | 12.851 | 52.000000 | 12.851 | | | | | | |
| 53.000000 | 4.464 | 53.000000 | 12.695 | 53.000000 | 12.695 | | | | | | |
| 54.000000 | 4.772 | 54.000000 | 12.533 | 54.000000 | 12.533 | | | | | | |
| 55.000000 | 5.102 | 55.000000 | 12.363 | 55.000000 | 12.363 | | | | | | |
| 56.000000 | 5.457 | 56.000000 | 12.186 | 56.000000 | 12.186 | | | | | | |
| 57.000000 | 5.840 | 57.000000 | 12.002 | 57.000000 | 12.002 | | | | | | |
| 58.000000 | 6.251 | 58.000000 | 11.810 | 58.000000 | 11.810 | | | | | | |
| 59.000000 | 6.695 | 59.000000 | 11.609 | 59.000000 | 11.609 | | | | | | |
| 60.000000 | 7.174 | 60.000000 | 11.401 | 60.000000 | 11.401 | | | | | | |
| 61.000000 | 7.692 | 61.000000 | 11.185 | 61.000000 | 11.185 | | | | | | |
| 62.000000 | 8.253 | 62.000000 | 10.961 | 62.000000 | 10.961 | | | | | | |
| 63.000000 | 8.861 | 63.000000 | 10.730 | 63.000000 | 10.730 | | | | | | |
| [illegible] | 9.524 | 64.000000 | 10.492 | 64.000000 | 10.492 | | | | | | |
| [illegible] | 10.247 | 65.000000 | 10.247 | 65.000000 | 10.247 | | | | | | |
| 66.000000 | 9.996 | 66.000000 | 9.996 | 66.000000 | 9.996 | | | | | | |
| 67.000000 | 9.740 | 67.000000 | 9.740 | 67.000000 | 9.740 | | | | | | |
| 68.000000 | 9.479 | 68.000000 | 9.479 | 68.000000 | 9.479 | | | | | | |
| 69.000000 | 9.215 | 69.000000 | 9.215 | 69.000000 | 9.215 | | | | | | |
| 70.000000 | 8.947 | 70.000000 | 8.947 | 70.000000 | 8.947 | | | | | | |
| 71.000000 | 8.675 | 71.000000 | 8.675 | 71.000000 | 8.675 | | | | | | |
| 72.000000 | 8.401 | 72.000000 | 8.401 | 72.000000 | 8.401 | | | | | | |
| 73.000000 | 8.124 | 73.000000 | 8.124 | 73.000000 | 8.124 | | | | | | |
| 74.000000 | 7.846 | 74.000000 | 7.846 | 74.000000 | 7.846 | | | | | | |
| 75.000000 | 7.568 | 75.000000 | 7.568 | 75.000000 | 7.568 | | | | | | |
| 76.000000 | 7.290 | 76.000000 | 7.290 | 76.000000 | 7.290 | | | | | | |
| 77.000000 | 7.015 | 77.000000 | 7.015 | 77.000000 | 7.015 | | | | | | |
| 78.000000 | 6.744 | 78.000000 | 6.744 | 78.000000 | 6.744 | | | | | | |
| 79.000000 | 6.477 | 79.000000 | 6.477 | 79.000000 | 6.477 | | | | | | |
| 80.000000 | 6.215 | 80.000000 | 6.215 | 80.000000 | 6.215 | | | | | | |

CONFIDENTIAL

DICTIONARY OF FIELDS IN '$WRK'-

| | FIELD NAME | LENGTH | TYPE | DEC | DESCRIPTION |
|---|---|---|---|---|---|
| 109 | $BIRTH | 8 | N | 0 | DATE LABEL |
| 110 | AGEFLOOR | 9 | N | 6 | RESULT FIELD |
| 111 | AGEPLUS1 | 9 | N | 6 | RESULT FIELD |
| 112 | AGENOW | 9 | N | 6 | RESULT FIELD |
| 113 | AGE2196 | 9 | N | 6 | RESULT FIELD |
| 114 | AGFL2196 | 9 | N | 6 | RESULT FIELD |
| 115 | AGPL2196 | 9 | N | 6 | RESULT FIELD |
| 116 | FACTOR9A | 9 | N | 3 | RESULT FIELD |
| 117 | FACTOR9B | 9 | N | 3 | RESULT FIELD |
| 118 | FACTOR6A | 9 | N | 3 | RESULT FIELD |
| 119 | FACTOR6B | 9 | N | 3 | RESULT FIELD |
| 120 | FACTOR6C | 9 | N | 3 | RESULT FIELD |
| 121 | FACTOR6D | 9 | N | 3 | RESULT FIELD |
| 122 | INT1 | 9 | N | 3 | RESULT FIELD |
| 123 | LS9FACT | 9 | N | 3 | RESULT FIELD |
| 124 | LS65FCT | 9 | N | 3 | RESULT FIELD |
| 125 | IMM1196 | 9 | N | 3 | RESULT FIELD |
| 126 | ER2 | 1 | N | 0 | RESULT FIELD |
| 127 | ER3 | 1 | N | 0 | RESULT FIELD |
| 128 | UNDER | 1 | N | 0 | RESULT FIELD |
| 129 | MIN65LS | 9 | N | 3 | RESULT FIELD |
| 130 | AC123195 | 9 | N | 3 | OPERAND |
| 131 | CB65LS | 9 | N | 3 | RESULT FIELD |
| 132 | AGE65LS | 9 | N | 3 | RESULT FIELD |

MercerFL0002307

CONFIDENTIAL

MMCALC DATE: 11/21/95 TIME: 12:49:41 PAGE 4

19346 RECORDS PROCESSED

| BC LINE # | NUMBER PROCESSED | NUMBER OVERFLOWS |
|---|---|---|
| 1 | 19346 | 0 |
| 3 | 19346 | 0 |
| 4 | 19346 | 0 |
| 5 | 19346 | 0 |
| 7 | 19346 | 0 |
| 8 | 19346 | 0 |
| 10 | 19346 | 0 |
| 11 | 19346 | 0 |
| 13 | 19346 | 0 |
| 14 | 19346 | 0 |
| 15 | 2095 | 0 |
| 17 | 19346 | 0 |
| 18 | 19346 | 0 |
| 21 | 19346 | 0 |
| 22 | 19346 | 0 |
| 23 | 4337 | 0 |
| 25 | 19346 | 0 |
| 26 | 19346 | 0 |
| 27 | 19346 | 0 |
| 28 | 19346 | 0 |
| 29 | 19346 | 0 |
| 30 | 19346 | 0 |
| 31 | 19346 | 0 |
| 33 | 19346 | 0 |
| 34 | 19346 | 0 |
| 35 | 19346 | 0 |
| 36 | 19346 | 0 |
| 37 | 19346 | 0 |
| 38 | 19346 | 0 |
| 40 | 19346 | 0 |
| 41 | 16492 | 0 |
| 42 | 16492 | 0 |
| 44 | 19346 | 0 |
| 45 | 19346 | 1 |
| 46 | 19346 | 0 |

*** CHECK 1 OVERFLOWS ***