*Osberg v. Foot Locker, Inc., et al.*, 07-cv-01358 (KBF) (S.D.N.Y.)

# Class's Opposition to Defendants' Motion *in Limine* to Exclude Testimony of Christopher Maikels

## July 10, 2015

# PX1276

**PX1276**

MercerFL0002292

```
MMCALC   (10)    REG0196                11/27/95   10: 6:45                              PAGE   1


DO    DOCUMENTATION (INFORMATION)
-----------------------------------
 CLIENT:  FWW WOOLWORTH              CODER:  C MAIKELS
 PROJECT:  STATEMENTS               TKS CODE:


DO    DOCUMENTATION (NOTES)
----------------------------
 CALCULATE ESTIMATED BENEFITS FOR 01/01/96 ESTIMATE REGISTER


OP    MMCALC OPTIONS
--------------------
      DB    VALUATION         SS     SAL LIMITS  EDIT DECK  TRACE CALCS  TRACE SS    REC #    LENGTH FOR     DECIMALS FOR
      NAME    DATE        LAW DATE    LAW YEAR   (BLANK, Y)  (BLANK, Y)  (BLANK, Y) FOR TEST  UNDEF WRKFLDS  UNDEF WRKFLDS
      ----  ----------  ----------  ----------  ----------  -----------  ---------- --------  -------------  -------------
      CB95   1 /  1 / 95    /   /


DL    DATE LABELS
--    -----------
        DATE      '<'    MONTH       DAY       YEAR
LINE   LABEL      '>'    FIELD      FIELD      FIELD
----  --------   -----  ---------- ---------- ----------
   1  $BIRTH       <     MOB        DOB        YOB
```

CONFIDENTIAL

CONFIDENTIAL

```
IEF285I    T0600WA.T0600WAR.JOB03015.D0000103.?         SYSOUT
IEF285I    NC.PROD.DMS.MMDATA.MSGS                       KEPT
IEF285I    VOL SER NOS= USR102.
IEF285I    NC.PROD.DMS.MMCALC.MSGS                       KEPT
IEF285I    VOL SER NOS= USR112.
IEF285I    NC.PROD.DMS.TABLES.MAX415                     KEPT
IEF285I    VOL SER NOS= USR105.
IEF285I    SYS95331.T100642.RA000.T0600WAR.CLIPRE        PASSED
IEF285I    VOL SER NOS= WRK231.
IEF373I STEP /MMCALC  / START 95331.1006
IEF374I STEP /MMCALC  / STOP  95331.1010 CPU    0MIN 15.97SEC SRB    0MIN 00.76SEC VIRT   992K SYS   244K EXT    288K SYS    9120K
** STEP/MMCALC  /  NUMBER---3    PROGRAM NAME/DMSCAL10/**
** SWAP-OUTS --------------0     PERFORMANCE-GROUP----1 **
** #P-SWAPOUT-------------0 #P-SWAPIN-------------0 **
** PAGE-OUTS--------------0 PAGE-INS--------------0 **
**  DEVICE        ADDRESS          EXCP COUNT        **
**  3390          2F8                     53         **
**  3390          2F8                      0         **
**  3390          2D4                      0         **
**  3390          293                      0         **
**  3390          29B                      0         **
**  3390          290                      0         **
**  3390          231                      2         **
*********************************************************

IEF202I T0600WAR SORT MMCALC - STEP WAS NOT RUN BECAUSE OF CONDITION CODES
IEF272I T0600WAR SORT MMCALC - STEP WAS NOT EXECUTED.
IEF373I STEP /SORT    / START 95331.1010
IEF374I STEP /SORT    / STOP  95331.1010 CPU    0MIN 00.00SEC SRB    0MIN 00.00SEC VIRT    0K SYS    0K EXT     0K SYS      0K
IEF236I ALLOC. FOR T0600WAR FINISHUP MMCALC
IEF237I 2D4  ALLOCATED TO DD1
IEF237I 231  ALLOCATED TO DD2
IEF142I T0600WAR FINISHUP MMCALC - STEP WAS EXECUTED - COND CODE 0000
IEF285I    SYS95331.T100642.RA000.T0600WAR.TRACE        DELETED
IEF285I    VOL SER NOS= WRK2D4.
IEF285I    SYS95331.T100642.RA000.T0600WAR.CLIPRE       DELETED
IEF285I    VOL SER NOS= WRK231.
IEF373I STEP /FINISHUP/ START 95331.1010
IEF374I STEP /FINISHUP/ STOP  95331.1010 CPU    0MIN 00.01SEC SRB    0MIN 00.00SEC VIRT    4K SYS   200K EXT     4K SYS    9068K
** STEP/FINISHUP/  NUMBER---5    PROGRAM NAME/IEFBR14 /**
** SWAP-OUTS --------------0     PERFORMANCE-GROUP----1 **
** #P-SWAPOUT-------------0 #P-SWAPIN-------------0 **
** PAGE-OUTS--------------0 PAGE-INS--------------0 **
**  DEVICE        ADDRESS          EXCP COUNT        **
**  3390          2D4                      0         **
**  3390          231                      0         **
*********************************************************

IEF375I  JOB /T0600WAR/ START 95331.1006
IEF376I  JOB /T0600WAR/ STOP  95331.1010 CPU    0MIN 16.03SEC SRB    0MIN 00.76SEC
*********************************************************
** W M M ***** DEERFIELD DATA CENTER ***** MVS/ESA 4.3**
*********************************************************
```

MercerFL0002293

MercerFL0002294

MMCALC  (10)   REG0196                    11/27/95   10: 6:45                              PAGE   2

BC    BENEFIT CALCULATION
-------------------------

```
          GROUP                                         AS OF
LINE      FIELD              STATEMENT               DATE LABEL
----      ------      ------------------------       ----------
  1                   DO SC(1)/SC(2)/SC(3)/SC(4)/SC(5)/SC(6)
  2                   *   GET 9% FACTOR
  3                   DO TL(1)/TL(2)
  4                   INT1=AGENOW-AGEFLOOR
  5                   LS9FACT=INT1*FACTOR9B+(1-INT1)*FACTOR9A
  6                   *   GET 6.5% FACTOR
  7                   DO TL(3)/TL(4)
  8                   LS65FCT=INT1*FACTOR6B+(1-INT1)*FACTOR6A
  9                   *   GET 6.5% IMMEDIATE FACTOR
 10                   DO TL(5)/TL(6)
 11                   IMM1196=INT1*FACTOR6D+(1-INT1)*FACTOR6C
 12                   *   GET ENHANCED CB ER FACTOR
 13                   ER2=VESTSVC+1.GE.15.AND.YOB.LT.46
 14                   ERF=1
 15  ER2             ERF=(1-((65-AGENOW)*.04))>.6
                     * CASH BALANCE & MIN LUMP SUM
                     CB123195=ACCBEN94*LS9FACT/ERF
 18                  PV123195=ACCBEN94*LS65FCT
 19                  *
 20                  * GET ER FACTOR AT 1/1/96
 21                  ER3=VESTSVC+1.GE.15
 22                  ER1196=(1-((65-AGENOW)*.06))>.4
 23  ER3             ER1196=(1-((65-AGENOW)*.04))>.6
 24                  * GET BENEFIT AMOUNTS
 25                  AGENOWLS=CB123195>PV123195
 26                  SLA65=ACCBEN94/12 ✓
 27                  JS6550ST=SLA65*.91 ✓
 28                  JS6575ST=SLA65*.87 ✓
 29                  JS6500ST=SLA65*.83 ✓
 30                  CL6560=SLA65*.98 ✓
 31                  CL65120=SLA65*.94 ✓
 32                  * GET IMMEDIATE BENEFITS (AT OR OVER 55)
 33                  SLANOW=SLA65*ER1196 ✓
 34                  JSNOW50=SLANOW*.91 ✓
 35                  JSNOW75=SLANOW*.87 ✓
 36                  JSNOW100=SLANOW*.83 ✓
 37                  CLNOW60=SLANOW*.98 ✓
 38                  CLNOW120=SLANOW*.94 ✓
 39                  * GET IMMEDIATE BENEFITS (UNDER 55)
 40                  UNDER=YOB.GE.42 ✓
     UNDER           SLAIMM=CB123195/IMM1196/12 ✓
 42  UNDER           JS50IMM=SLAIMM*.91 ✓
 43                  *------------------------------------
 44                  MIN65LS=AC123195*10.24675
 45                  CB65LS=CB123195*((1.06)**(65-AGENOW))     } Not Used
 46                  AGE65LS=CB65LS>MIN65LS
 47                  *   CALCULATE BENEFICIARY AMOUNTS
 48                  BENNOW50=JSNOW50*.5 ✓
 49                  BENNOW75=JSNOW75*.75 ✓
 50                  BENNOW00=JSNOW100 ✓
```

CONFIDENTIAL

CONFIDENTIAL

```
MMCALC   (10)   REG0196                    11/27/95   10: 6:45                              PAGE   3

BC    BENEFIT CALCULATION
---------------------------
         GROUP                                      AS OF
LINE     FIELD                 STATEMENT            DATE LABEL
----     ----------    ---------------------------------------    ----------
  51                   *  CALCULATE PAYMENT DATE IN 1996
  52                   MOP=1
  53                   DOP=1  ✓
  54                   YOP=96
  55                   TURN55=YOB.EQ.41 ✓
  56     TURN55        MOP=MOB ✓ -
  57     TURN55        XXXX=DOB.GT.15 ✓
  58     XXXX          MOP=MOB+1 ✓
  59     TURN55        YYYY=MOB.EQ.2.AND.DOB.EQ.15
  60     YYYY          MOP=MOB+1
  61     TURN55        THIR=MOP.EQ.13 ✓
  62     THIR          MOP=1  ✓
  63     THIR          YOP=97 ✓
```

Cores just use DC screen

s/b 2/1  See pg 14 of Doc NRD

```
SC    SERVICE CALCULATION
-------------------------
           ..................RESULT FIELDS.................    DATE                                    TYPE   RNDG   MAX YRS
LINE     DECIMAL YRS    YEARS        MONTHS       DAYS          LABEL              DATE       SERVICE    SRVC   CODE   OF SRVC
----     -----------    ----------   ----------   ----------    -----------    --------------   ----------   ----   ----   -------
  1      AGEFLOOR                                               1)             1 /  1 / 1996                         3
                                                               2) $BIRTH          /    /
  2      AGEPLUS1                                               1)             1 /  1 / 1997                         3
                                                               2) $BIRTH          /    /
  3      AGENOW                                                 1)             1 /  1 / 1996                         2
                                                               2) $BIRTH          /    /
  4      AGE2196                                                1)             2 /  1 / 1996                         2
                                                               2) $BIRTH          /    /
  5      AGFL2196                                               1)             2 /  1 / 1996                         3
                                                               2) $BIRTH          /    /
  6      AGPL2196                                               1)             2 /  1 / 1997                         3
                                                               2) $BIRTH          /    /


TL    TABLE LOOKUP
-------------------
         RESULT        TABLE        TABLE        LOOKUP
LINE     FIELD         NAME         TYPE         FIELD
----     ----------    --------     -------      ----------
  1      FACTOR9A      GATT900        1          AGEFLOOR
  2      FACTOR9B      GATT900        1          AGEPLUS1
  3      FACTOR6A      GATT650        1          AGEFLOOR
  4      FACTOR6B      GATT650        1          AGEPLUS1
  5      FACTOR6C      GATTIMM        1          AGEFLOOR
  6      FACTOR6D      GATTIMM        1          AGEPLUS1
```

MercerFL0002295

MMCALC  (10)    REG0196                    11/27/95    10: 6:45                                    PAGE   4

CONTROL TOTALS
--------------
SCREEN     LINES        TOTAL
--------   -----        -----
DO           1           -97.
DO           1         -4092.
OP           1          2479.
DL           1         -3193.
BC          63     -50636240.
SC           6        456059.
TL           6        101727.

TOTAL       79     -50083357.

MercerFL0002296

CONFIDENTIAL

CONFIDENTIAL

```
MMCALC                DATE:  11/27/95    TIME:  10: 7:42              PAGE    1

        EXACT TL:GATT900        EXACT TL:GATT900        EXACT TL:GATT650
21.000000     0.174 21.000000     0.174 21.000000     0.575 81.000000     5.361 81.000000     5.361 81.000000     5.959
22.000000     0.189 22.000000     0.189 22.000000     0.612 82.000000     5.157 82.000000     5.157 82.000000     5.710
23.000000     0.207 23.000000     0.207 23.000000     0.652 83.000000     4.957 83.000000     4.957 83.000000     5.466
24.000000     0.225 24.000000     0.225 24.000000     0.695 84.000000     4.761 84.000000     4.761 84.000000     5.229
25.000000     0.246 25.000000     0.246 25.000000     0.740 85.000000     4.567 85.000000     4.567 85.000000     4.997
26.000000     0.268 26.000000     0.268 26.000000     0.788 86.000000     4.376 86.000000     4.376 86.000000     4.769
27.000000     0.292 27.000000     0.292 27.000000     0.840 87.000000     4.187 87.000000     4.187 87.000000     4.546
28.000000     0.318 28.000000     0.318 28.000000     0.895 88.000000     4.001 88.000000     4.001 88.000000     4.327
29.000000     0.347 29.000000     0.347 29.000000     0.954 89.000000     3.816 89.000000     3.816 89.000000     4.113
30.000000     0.379 30.000000     0.379 30.000000     1.016 90.000000     3.636 90.000000     3.636 90.000000     3.904
31.000000     0.413 31.000000     0.413 31.000000     1.083
32.000000     0.450 32.000000     0.450 32.000000     1.154
33.000000     0.491 33.000000     0.491 33.000000     1.229
34.000000     0.535 34.000000     0.535 34.000000     1.310
35.000000     0.584 35.000000     0.584 35.000000     1.396
36.000000     0.637 36.000000     0.637 36.000000     1.488
37.000000     0.695 37.000000     0.695 37.000000     1.585
38.000000     0.758 38.000000     0.758 38.000000     1.690
39.000000     0.827 39.000000     0.827 39.000000     1.801
40.000000     0.902 40.000000     0.902 40.000000     1.920
41.000000     0.984 41.000000     0.984 41.000000     2.046
42.000000     1.074 42.000000     1.074 42.000000     2.182
43.000000     1.172 43.000000     1.172 43.000000     2.326
44.000000     1.279 44.000000     1.279 44.000000     2.481
45.000000     1.396 45.000000     1.396 45.000000     2.646
46.000000     1.524 46.000000     1.524 46.000000     2.822
47.000000     1.664 47.000000     1.664 47.000000     3.011
48.000000     1.818 48.000000     1.818 48.000000     3.213
49.000000     1.986 49.000000     1.986 49.000000     3.430
50.000000     2.170 50.000000     2.170 50.000000     3.662
51.000000     2.372 51.000000     2.372 51.000000     3.911
52.000000     2.593 52.000000     2.593 52.000000     4.177
53.000000     2.836 53.000000     2.836 53.000000     4.464
54.000000     3.102 54.000000     3.102 54.000000     4.772
55.000000     3.395 55.000000     3.395 55.000000     5.102
56.000000     3.717 56.000000     3.717 56.000000     5.457
57.000000     4.071 57.000000     4.071 57.000000     5.840
58.000000     4.460 58.000000     4.460 58.000000     6.251
59.000000     4.888 59.000000     4.888 59.000000     6.695
60.000000     5.361 60.000000     5.361 60.000000     7.174
61.000000     5.883 61.000000     5.883 61.000000     7.692
62.000000     6.460 62.000000     6.460 62.000000     8.253
63.000000     7.100 63.000000     7.100 63.000000     8.861
64.000000     7.810 64.000000     7.810 64.000000     9.524
65.000000     8.600 65.000000     8.600 65.000000    10.247
66.000000     8.425 66.000000     8.425 66.000000     9.996
67.000000     8.245 67.000000     8.245 67.000000     9.740
68.000000     8.060 68.000000     8.060 68.000000     9.479
69.000000     7.870 69.000000     7.870 69.000000     9.215
70.000000     7.675 70.000000     7.675 70.000000     8.947
71.000000     7.475 71.000000     7.475 71.000000     8.675
72.000000     7.271 72.000000     7.271 72.000000     8.401
73.000000     7.063 73.000000     7.063 73.000000     8.124
74.000000     6.851 74.000000     6.851 74.000000     7.846
75.000000     6.637 75.000000     6.637 75.000000     7.568
76.000000     6.422 76.000000     6.422 76.000000     7.290
77.000000     6.206 77.000000     6.206 77.000000     7.015
78.000000     5.991 78.000000     5.991 78.000000     6.744
79.000000     5.778 79.000000     5.778 79.000000     6.477
80.000000     5.568 80.000000     5.568 80.000000     6.215
```

MercerFL0002297

MMCALC        DATE: 11/27/95    TIME: 10: 7:42       PAGE   2

MercerFL0002298

| EXACT TL:GATT650 | | EXACT TL:GATTIMM | | EXACT TL:GATTIMM | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 21.000000 | 0.575 | 21.000000 | 15.356 | 21.000000 | 15.356 | 81.000000 | 5.959 | 81.000000 | 5.959 | 81.000000 | 5.959 |
| 22.000000 | 0.612 | 22.000000 | 15.324 | 22.000000 | 15.324 | 82.000000 | 5.710 | 82.000000 | 5.710 | 82.000000 | 5.710 |
| 23.000000 | 0.652 | 23.000000 | 15.289 | 23.000000 | 15.289 | 83.000000 | 5.466 | 83.000000 | 5.446 | 83.000000 | 5.446 |
| 24.000000 | 0.695 | 24.000000 | 15.253 | 24.000000 | 15.253 | 84.000000 | 5.229 | 84.000000 | 5.229 | 84.000000 | 5.229 |
| 25.000000 | 0.740 | 25.000000 | 15.215 | 25.000000 | 15.215 | 85.000000 | 4.997 | 85.000000 | 4.997 | 85.000000 | 4.997 |
| 26.000000 | 0.788 | 26.000000 | 15.174 | 26.000000 | 15.174 | 86.000000 | 4.769 | 86.000000 | 4.769 | 86.000000 | 4.769 |
| 27.000000 | 0.840 | 27.000000 | 15.131 | 27.000000 | 15.131 | 87.000000 | 4.546 | 87.000000 | 4.546 | 87.000000 | 4.546 |
| 28.000000 | 0.895 | 28.000000 | 15.086 | 28.000000 | 15.086 | 88.000000 | 4.327 | 88.000000 | 4.327 | 88.000000 | 4.327 |
| 29.000000 | 0.954 | 29.000000 | 15.038 | 29.000000 | 15.038 | 89.000000 | 4.113 | 89.000000 | 4.113 | 89.000000 | 4.113 |
| 30.000000 | 1.016 | 30.000000 | 14.987 | 30.000000 | 14.987 | 90.000000 | 3.904 | 90.000000 | 3.904 | 90.000000 | 3.904 |
| 31.000000 | 1.083 | 31.000000 | 14.933 | 31.000000 | 14.933 | | | | | | |
| 32.000000 | 1.154 | 32.000000 | 14.876 | 32.000000 | 14.876 | | | | | | |
| 33.000000 | 1.229 | 33.000000 | 14.816 | 33.000000 | 14.816 | | | | | | |
| 34.000000 | 1.310 | 34.000000 | 14.753 | 34.000000 | 14.753 | | | | | | |
| 35.000000 | 1.396 | 35.000000 | 14.686 | 35.000000 | 14.686 | | | | | | |
| 36.000000 | 1.488 | 36.000000 | 14.615 | 36.000000 | 14.615 | | | | | | |
| 37.000000 | 1.585 | 37.000000 | 14.540 | 37.000000 | 14.540 | | | | | | |
| 38.000000 | 1.690 | 38.000000 | 14.461 | 38.000000 | 14.461 | | | | | | |
| 39.000000 | 1.801 | 39.000000 | 14.378 | 39.000000 | 14.378 | | | | | | |
| 40.000000 | 1.920 | 40.000000 | 14.290 | 40.000000 | 14.290 | | | | | | |
| 41.000000 | 2.046 | 41.000000 | 14.198 | 41.000000 | 14.198 | | | | | | |
| 42.000000 | 2.182 | 42.000000 | 14.101 | 42.000000 | 14.101 | | | | | | |
| 43.000000 | 2.326 | 43.000000 | 13.999 | 43.000000 | 13.999 | | | | | | |
| 44.000000 | 2.481 | 44.000000 | 13.892 | 44.000000 | 13.892 | | | | | | |
| 45.000000 | 2.646 | 45.000000 | 13.780 | 45.000000 | 13.780 | | | | | | |
| 46.000000 | 2.822 | 46.000000 | 13.663 | 46.000000 | 13.663 | | | | | | |
| 47.000000 | 3.011 | 47.000000 | 13.541 | 47.000000 | 13.541 | | | | | | |
| 48.000000 | 3.213 | 48.000000 | 13.414 | 48.000000 | 13.414 | | | | | | |
| 49.000000 | 3.430 | 49.000000 | 13.282 | 49.000000 | 13.282 | | | | | | |
| 50.000000 | 3.662 | 50.000000 | 13.144 | 50.000000 | 13.144 | | | | | | |
| 51.000000 | 3.911 | 51.000000 | 13.000 | 51.000000 | 13.000 | | | | | | |
| 52.000000 | 4.177 | 52.000000 | 12.851 | 52.000000 | 12.851 | | | | | | |
| 53.000000 | 4.464 | 53.000000 | 12.695 | 53.000000 | 12.695 | | | | | | |
| 54.000000 | 4.772 | 54.000000 | 12.533 | 54.000000 | 12.533 | | | | | | |
| 55.000000 | 5.102 | 55.000000 | 12.363 | 55.000000 | 12.363 | | | | | | |
| 56.000000 | 5.457 | 56.000000 | 12.186 | 56.000000 | 12.186 | | | | | | |
| 57.000000 | 5.840 | 57.000000 | 12.002 | 57.000000 | 12.002 | | | | | | |
| 58.000000 | 6.251 | 58.000000 | 11.810 | 58.000000 | 11.810 | | | | | | |
| 59.000000 | 6.695 | 59.000000 | 11.609 | 59.000000 | 11.609 | | | | | | |
| 60.000000 | 7.174 | 60.000000 | 11.401 | 60.000000 | 11.401 | | | | | | |
| 61.000000 | 7.692 | 61.000000 | 11.185 | 61.000000 | 11.185 | | | | | | |
| 62.000000 | 8.253 | 62.000000 | 10.961 | 62.000000 | 10.961 | | | | | | |
| 63.000000 | 8.861 | 63.000000 | 10.730 | 63.000000 | 10.730 | | | | | | |
| 64.000000 | 9.524 | 64.000000 | 10.492 | 64.000000 | 10.492 | | | | | | |
| 65.000000 | 10.247 | 65.000000 | 10.247 | 65.000000 | 10.247 | | | | | | |
| 66.000000 | 9.996 | 66.000000 | 9.996 | 66.000000 | 9.996 | | | | | | |
| 67.000000 | 9.740 | 67.000000 | 9.740 | 67.000000 | 9.740 | | | | | | |
| 68.000000 | 9.479 | 68.000000 | 9.479 | 68.000000 | 9.479 | | | | | | |
| 69.000000 | 9.215 | 69.000000 | 9.215 | 69.000000 | 9.215 | | | | | | |
| 70.000000 | 8.947 | 70.000000 | 8.947 | 70.000000 | 8.947 | | | | | | |
| 71.000000 | 8.675 | 71.000000 | 8.675 | 71.000000 | 8.675 | | | | | | |
| 72.000000 | 8.401 | 72.000000 | 8.401 | 72.000000 | 8.401 | | | | | | |
| 73.000000 | 8.124 | 73.000000 | 8.124 | 73.000000 | 8.124 | | | | | | |
| 74.000000 | 7.846 | 74.000000 | 7.846 | 74.000000 | 7.846 | | | | | | |
| 75.000000 | 7.568 | 75.000000 | 7.568 | 75.000000 | 7.568 | | | | | | |
| 76.000000 | 7.290 | 76.000000 | 7.290 | 76.000000 | 7.290 | | | | | | |
| 77.000000 | 7.015 | 77.000000 | 7.015 | 77.000000 | 7.015 | | | | | | |
| 78.000000 | 6.744 | 78.000000 | 6.744 | 78.000000 | 6.744 | | | | | | |
| 79.000000 | 6.477 | 79.000000 | 6.477 | 79.000000 | 6.477 | | | | | | |
| 80.000000 | 6.215 | 80.000000 | 6.215 | 80.000000 | 6.215 | | | | | | |

CONFIDENTIAL

CONFIDENTIAL

MMCALC                    DATE:  11/27/95    TIME:  10: 7:42            PAGE    3


   DICTIONARY OF FIELDS IN '$WRK'-

         FIELD
         NAME      LENGTH  TYPE  DEC    DESCRIPTION

   113  $BIRTH        8     N     0     DATE LABEL
   114  AGEFLOOR      9     N     6     RESULT FIELD
   115  AGEPLUS1      9     N     6     RESULT FIELD
   116  AGENOW        9     N     6     RESULT FIELD
   117  AGE2196       9     N     6     RESULT FIELD
   118  AGFL2196      9     N     6     RESULT FIELD
   119  AGPL2196      9     N     6     RESULT FIELD
   120  FACTOR9A      9     N     3     RESULT FIELD
   121  FACTOR9B      9     N     3     RESULT FIELD
   122  FACTOR6A      9     N     3     RESULT FIELD
   123  FACTOR6B      9     N     3     RESULT FIELD
   124  FACTOR6C      9     N     3     RESULT FIELD
   125  FACTOR6D      9     N     3     RESULT FIELD
   126  INT1          9     N     3     RESULT FIELD
   127  LS9FACT       9     N     3     RESULT FIELD
   128  LS65FCT       9     N     3     RESULT FIELD
   129  IMM1196       9     N     3     RESULT FIELD
   130  ER2           1     N     0     RESULT FIELD
   131  ER3           1     N     0     RESULT FIELD
   132  UNDER         1     N     0     RESULT FIELD
   133  MIN65LS       9     N     3     RESULT FIELD
   134  AC123195      9     N     3     OPERAND
   135  CB65LS        9     N     3     RESULT FIELD
   136  AGE65LS       9     N     3     RESULT FIELD
   137  TURN55        1     N     0     RESULT FIELD
   138  XXXX          1     N     0     RESULT FIELD
   139  YYYY          1     N     0     RESULT FIELD
   140  THIR          1     N     0     RESULT FIELD

MercerFL0000299

MercerFL0002300

```
MMCALC              DATE:  11/27/95    TIME:  10: 7:42           PAGE   4

19346 RECORDS PROCESSED

BC LINE #   NUMBER PROCESSED   NUMBER OVERFLOWS

      1          19346                0
      3          19346                0
      4          19346                0
      5          19346                0
      7          19346                0
      8          19346                0
     10          19346                0
     11          19346                0
     13          19346                0
     14          19346                0
     15           2095                0
     17          19346                0
     18          19346                0
     21          19346                0
     22          19346                0
     23           4337                0
     25          19346                0
     26          19346                0
     27          19346                0
     28          19346                0
     29          19346                0
     30          19346                0
     31          19346                0
     33          19346                0
     34          19346                0
     35          19346                0
     36          19346                0
     37          19346                0
     38          19346                0
     40          19346                0
     41          16492                0
     42          16492                0
     44          19346                0
     45          19346                1
     46          19346                0
     48          19346                0
     49          19346                0
     50          19346                0
     52          19346                0
     53          19346                0
     54          19346                0
     55          19346                0
     56            254                0
     57            254                0
     58            117                0
     59            254                0
     60              2                0
     61            254                0
     62             11                0
     63             11                0

*** CHECK      1 OVERFLOWS ***
```

CONFIDENTIAL

CONFIDENTIAL

```
        TTTTTTTTTTTT   00000000    6666666666    00000000     00000000   WW        WW  AAAAAAAAAA  RRRRRRRRRR
        TTTTTTTTTTTT   0000000000  666666666666  0000000000   0000000000 WW        WW  AAAAAAAAAAAA RRRRRRRRRRRR
            TT          00    0000 66          66  00          0000  WW      WW  AA        AA  RR       RR
            TT          00   00 00 66             00     00 00 00    00 00  WW    WW  AA        AA  RR       RR
            TT          00   00 00 66             00     00 00 00    00 00  WW    WW  AA        AA  RR       RR
            TT          00 00  00  66666666666    00   00 00 00 00   00  WW      WW  AAAAAAAAAAAA  RRRRRRRRRRRR
            TT          00 00  00  666666666666   00   00 00 00 00   00  WW  WW  WW  AAAAAAAAAAAA  RRRRRRRRRR
            TT          00 00   00 66          66 00 00  00 00 00    00  WW WWWW WW AA        AA  RR    RR
            TT          0000    00 66          66 0000   00 0000     00  WW WW  WW WW AA        AA  RR    RR
            TT          000     00 66          66 000    00 000      00  WWWW     WWWW AA        AA  RR    RR
            TT          0000000000 666666666666  0000000000 0000000000  WWW       WWW AA        AA  RR    RR
            TT          00000000    6666666666    00000000   00000000   WW        WW AA        AA  RR    RR

        JJJJJJJJJJ   00000000    3333333333    00000000      11    555555555555         AAAAAAAAAA
        JJJJJJJJJJ   0000000000  333333333333  0000000000    111   555555555555         AAAAAAAAAAAA
              JJ     00    0000 33         33 00    0000   1111   55                   AA        AA
              JJ     00   00 00           33 00   00 00     11    55                   AA        AA
              JJ     00   00  00          33 00    00  00   11    55                   AA        AA
              JJ     00 00  00         3333 00   00   00   11    555555555           AAAAAAAAAAAA
              JJ     00  00  00        3333 00  00    00   11    5555555555          AAAAAAAAAAAA
              JJ     00 00   00           33 00 00     00  11            55          AA        AA
        JJ    JJ     0000    00           33 0000     00  11            55          AA        AA
        JJ    JJ     000     00 33        33 000      00  11            55          AA        AA
        JJJJJJJJ     0000000000 333333333333  0000000000 1111111111 555555555555       AA        AA
        JJJJJJ       00000000    3333333333    00000000   1111111111 55555555555        AA        AA
```

```
*A END   JOB03015 T0600WAR R130     CHRIS            ROOM      10.17.02 AM 27 NOV 95 STAP0103 DDC1 ACCTNG     JOB03015 END   A*
*A END   JOB03015 T0600WAR R130     CHRIS            ROOM      10.17.02 AM 27 NOV 95 STAP0103 DDC1 ACCTNG     JOB03015 END   A*
*A END   JOB03015 T0600WAR R130     CHRIS            ROOM      10.17.02 AM 27 NOV 95 STAP0103 DDC1 ACCTNG     JOB03015 END   A*
*A END   JOB03015 T0600WAR R130     CHRIS            ROOM      10.17.02 AM 27 NOV 95 STAP0103 DDC1 ACCTNG     JOB03015 END   A*
```

```
****************************************************************************************************************
*      E N D                                 V P S  R6.1  STC: $VPS                                 E N D    *
****************************************************************************************************************
*                                        |             |                                                     *
*      JOB / PRINTER IDENTIFICATION       |  OFF-PRINTER |       VPS JOB RELATED PRINT STATISTICS             *
*                                        |             |                                                     *
* JOBNAME: T0600WAR  PRINTER NAME: STAP0103 | DATE: 95.331 | ELAPSED PRINT TIME  00.01.32.14  AVG COMP LINE LGTH (Q)------39 *
* JOBID:   JOB03015  VPSLIB MEMBER: STA3  |    11/27/95  | NUMBER LINES PRINTED--------660  AVG COMP LINE LGTH (V)------64 *
*                                        |      MON     | NUMBER PAGES PRINTED----------9  NUMBER VTAM SENDS-----------62 *
*          GROUP NAME:     VPSGRP01      | TIME: 10.17.02.18 | NUMBER D/S PRINTED------------4  NUMBER STAGING I/O'S---------0 *
*                                        |             |                                                     *
****************************************************************************************************************
```

MercerFL0002301