*Osberg v. Foot Locker, Inc., et al.*, 07-cv-01358 (KBF) (S.D.N.Y.)

# Class's Opposition to Defendants' Motion *in Limine* to Exclude Testimony of Christopher Maikels

## July 10, 2015

# PX1273

CONFIDENTIAL

**PX1273**

```
MMCALC   REG0196                        11/28/95    13:43:16                              PAGE   1

DO    DOCUMENTATION  (INFORMATION)
-----------------------------------
    CLIENT: FWW WOOLWORTH                      CODER:  C MAIKELS
PROJECT: STATEMENTS                       TKS CODE:
```

*fine MMCALC*

```
DO    DOCUMENTATION  (NOTES)
----------------------------
    CALCULATE ESTIMATED BENEFITS FOR 01/01/96 ESTIMATE REGISTER


OP    MMCALC OPTIONS
--------------------
        DB      VALUATION          SS      SAL LIMITS   EDIT DECK   TRACE CALCS   TRACE SS    REC #     LENGTH FOR     DECIMALS FOR
       NAME      DATE          LAW DATE    LAW YEAR    (BLANK, Y)  (BLANK, Y)   (BLANK, Y)  FOR TEST  UNDEF WRKFLDS  UNDEF WRKFLDS
       ----    ---------      --------    ----------   ----------  -----------  ----------  --------  -------------  --------------
       CB95    1 / 1 / 95       /    /


DL    DATE LABELS
-----------------
          DATE     '<'     MONTH       DAY        YEAR
LINE     LABEL     '>'     FIELD      FIELD      FIELD
----    -------    -----  ----------  ----------  ----------
   1    $BIRTH      <      MOB         DOB         YOB
```

MercerFL0002281

CONFIDENTIAL

```
TTTTTTTTTTTTTT  3333333333  7777777777  7777777777  3333333333  WW        WW  AAAAAAAAAA  3333333333
TTTTTTTTTTTTTT  3333333333  7777777777  7777777777  3333333333  WW        WW  AAAAAAAAAAAA  3333333333
    TT              33          77   77      77          33      WW        WW  AA        AA  33      33
    TT              33          77          77           33      WW  WW    WW  AA        AA          33
    TT            3333          77          77         3333      WW  WW    WW  AAAAAAAAAAAA        3333
    TT            3333          77          77         3333      WW  WW WW WW  AAAAAAAAAAAA        3333
    TT              33          77          77           33      WW WWWW  WW  AA        AA          33
    TT              33          77          77           33      WW WW WW WW  AA        AA          33
    TT    33        33          77          77      33    33     WWWW    WWWW AA        AA  33      33
    TT    3333333333            77          77      3333333333    WWW      WW  AA        AA  333333333
    TT    3333333333            77          77      3333333333    WW      WW  AA        AA  3333333333
```

```
JJJJJJJJJJ    00000000    7777777777777  555555555555  9999999999      444              AAAAAAAAAA
JJJJJJJJJJ   0000000000   7777777777777  555555555555  999999999999    4444             AAAAAAAAAAAA
   JJ        00    0000    77      77     55            99        99    44  44           AA        AA
   JJ        00    00 00           77     55            99        99    44  44           AA        AA
   JJ        00    00 00           77     55            99        99    44  44           AA        AA
   JJ        00   00  00           77     555555555     999999999999  4444444444444      AAAAAAAAAAAA
   JJ        00  00   00           77     555555555     999999999999  4444444444444      AAAAAAAAAAAA
   JJ        00 00    00           77            55            99          44            AA        AA
JJ    JJ     0000     00           77            55            99          44            AA        AA
JJ    JJ     000      00           77            55     99     99          44            AA        AA
JJJJJJJJJ    0000000000            77     555555555555  999999999999       44            AA        AA
  JJJJJJ       00000000            77     55555555555   9999999999         44            AA        AA
```

```
*A START JOB07594 T3773WA3 R130    JC              ROOM JC    01.44.37 PM 28 NOV 95 STAP0103 DDC1 ACCTNG    JOB07594 START A*
*A START JOB07594 T3773WA3 R130    JC              ROOM JC    01.44.37 PM 28 NOV 95 STAP0103 DDC1 ACCTNG    JOB07594 START A*
*A START JOB07594 T3773WA3 R130    JC              ROOM JC    01.44.37 PM 28 NOV 95 STAP0103 DDC1 ACCTNG    JOB07594 START A*
*A START JOB07594 T3773WA3 R130    JC              ROOM JC    01.44.37 PM 28 NOV 95 STAP0103 DDC1 ACCTNG    JOB07594 START A*
*A START JOB07594 T3773WA3 R130    JC              ROOM JC    01.44.37 PM 28 NOV 95 STAP0103 DDC1 ACCTNG    JOB07594 START A*
*A START JOB07594 T3773WA3 R130    JC              ROOM JC    01.44.37 PM 28 NOV 95 STAP0103 DDC1 ACCTNG    JOB07594 START A*
*A START JOB07594 T3773WA3 R130    JC              ROOM JC    01.44.37 PM 28 NOV 95 STAP0103 DDC1 ACCTNG    JOB07594 START A*
*A START JOB07594 T3773WA3 R130    JC              ROOM JC    01.44.37 PM 28 NOV 95 STAP0103 DDC1 ACCTNG    JOB07594 START A*
*A START JOB07594 T3773WA3 R130    JC              ROOM JC    01.44.37 PM 28 NOV 95 STAP0103 DDC1 ACCTNG    JOB07594 START A*
*A START JOB07594 T3773WA3 R130    JC              ROOM JC    01.44.37 PM 28 NOV 95 STAP0103 DDC1 ACCTNG    JOB07594 START A*
```

MercerFL0002282

CONFIDENTIAL

```
MMCALC   REG0196                      11/28/95    13:43:16                          PAGE    2


BC    BENEFIT CALCULATION
-------------------------
          GROUP                                                    AS OF
LINE      FIELD                   STATEMENT                     DATE LABEL
----     ----------    ----------------------------------      ----------
   1                   DO SC(1)/SC(2)/SC(3)/SC(4)/SC(5)/SC(6)
   2                   *   GET 9% FACTOR
   3                   DO TL(1)/TL(2)
   4                   INT1=AGENOW-AGEFLOOR
   5                   LS9FACT=INT1*FACTOR9B+(1-INT1)*FACTOR9A
   6                   *   GET 6.5% FACTOR
   7                   DO TL(3)/TL(4)
   8                   LS65FCT=INT1*FACTOR6B+(1-INT1)*FACTOR6A
   9                   *   GET 6.5% IMMEDIATE FACTOR
  10                   DO TL(5)/TL(6)
  11                   IMM1196=INT1*FACTOR6D+(1-INT1)*FACTOR6C
  12                   *   GET ENHANCED CB ER FACTOR
  13                   ER2=VESTSVC+1.GE.15.AND.YOB.LT.46
  14                   ERF=1
  16      ER2          ERF=(1-((65-AGENOW)*.04))>.6
  16                   * CASH BALANCE & MIN LUMP SUM
  17                   CB123195=ACCBEN94*LS9FACT/ERF
  18                   PV123195=ACCBEN94*LS65FCT
  19                   *
  20                   * GET ER FACTOR AT 1/1/96
  21                   ER3=VESTSVC+1.GE.15
  22                   ER1196=(1-((65-AGENOW)*.06))>.4
  23      ER3          ER1196=(1-((65-AGENOW)*.04))>.6
  24                   * GET BENEFIT AMOUNTS
  25                   AGENOWLS=CB123195>PV123195
  26                   SLA65=ACCBEN94/12
  27                   JS6550ST=SLA65*.91
  28                   JS6575ST=SLA65*.87
  29                   JS6500ST=SLA65*.83
  30                   CL6560=SLA65*.98
  31                   CL65120=SLA65*.94
  32                   * GET IMMEDIATE BENEFITS (AT OR OVER 55)
  33                   SLANOW=SLA65*ER1196
  34                   JSNOW50=SLANOW*.91
  35                   JSNOW75=SLANOW*.87
  36                   JSNOW100=SLANOW*.83
  37                   CLNOW60=SLANOW*.98
  38                   CLNOW120=SLANOW*.94
                       * GET IMMEDIATE BENEFITS (UNDER 55)
                       UNDER=YOB.GE.42
  41      UNDER        SLAIMM=CB123195/IMM1196/12
  42      UNDER        JS50IMM=SLAIMM*.91
  43                   *-----------------------------------------
  44                   MIN65LS=AC123195*10.24675
  45                   CB65LS=CB123195*((1.06)**(65-AGENOW))
  46                   AGE65LS=CB65LS>MIN65LS
  47                   *   CALCULATE BENEFICIARY AMOUNTS
  48                   BENNOW50=JSNOW50*.5
  49                   BENNOW75=JSNOW75*.75
  50                   BENNOW00=JSNOW100
```

MercerFL0002283

CONFIDENTIAL

```
MMCALC  REG0196                    11/28/95    13:43:16                              PAGE   3
```

## BC    BENEFIT CALCULATION
------------------------

| LINE | GROUP FIELD | STATEMENT | AS OF DATE LABEL |
|------|------------|-----------|------------------|
| 51 |  | *  CALCULATE PAYMENT DATE IN 1996 |  |
| 52 |  | MOP=1 |  |
| 53 |  | DOP=1 |  |
| 54 |  | YOP=96 |  |
| 55 |  | TURN55=YOB.EQ.41 |  |
| 56 | TURN55 | MOP=MOB |  |
| 57 | TURN55 | XXXX=DOB.GT.15 |  |
| 58 | XXXX | MOP=MOB+1 |  |
| 59 | TURN55 | THIR=MOP.EQ.13 |  |
| 60 | THIR | MOP=1 |  |
| 61 | THIR | YOP=97 |  |

## SC    SERVICE CALCULATION
------------------------

| LINE | DECIMAL YRS | RESULT FIELDS YEARS | MONTHS | DAYS | DATE LABEL | DATE | SERVICE | TYPE SRVC | RNDG CODE | MAX YRS OF SRVC |
|------|-------------|---------------------|--------|------|-----------|------|---------|-----------|-----------|------------------|
| 1 | AGEFLOOR |  |  |  | 1)<br>2) $BIRTH | 1 / 1 / 1996<br>/    / | |  | 3 |  |
| 2 | AGEPLUS1 |  |  |  | 1)<br>2) $BIRTH | 1 / 1 / 1997<br>/    / | |  | 3 |  |
| 3 | AGENOW |  |  |  | 1)<br>2) $BIRTH | 1 / 1 / 1996<br>/    / | |  | 2 |  |
| 4 | AGE2196 |  |  |  | 1)<br>2) $BIRTH | 2 / 1 / 1996<br>/    / | |  | 2 |  |
| 5 | AGFL2196 |  |  |  | 1)<br>2) $BIRTH | 2 / 1 / 1996<br>/    / | |  | 3 |  |
| 6 | AGPL2196 |  |  |  | 1)<br>2) $BIRTH | 2 / 1 / 1997<br>/    / | |  | 3 |  |

## TL    TABLE LOOKUP
--------------------

| LINE | RESULT FIELD | TABLE NAME | TABLE TYPE | LOOKUP FIELD |
|------|--------------|-----------|-----------|--------------|
| 1 | FACTOR9A | GATT900 | 1 | AGEFLOOR |
| 2 | FACTOR9B | GATT900 | 1 | AGEPLUS1 |
| 3 | FACTOR6A | GATT650 | 1 | AGEFLOOR |
| 4 | FACTOR6B | GATT650 | 1 | AGEPLUS1 |
| 5 | FACTOR6C | GATTIMM | 1 | AGEFLOOR |
| 6 | FACTOR6D | GATTIMM | 1 | AGEPLUS1 |

MercerFL0002284

CONFIDENTIAL

MMCALC    REG0196

11/28/95     13:43:16                                    PAGE    4

```
CONTROL TOTALS
- - - - - - - - - - - - -
SCREEN    LINES              TOTAL
- - - - - -   - - - - -            - - - - -
DO          1                -97.
DO          1              -4092.
OP          1               2479.
DL          1              -3193.
BC         61          -46455010.
SC          6             456059.
TL          6             101727.

TOTAL      77          -45902127.
```

MercerFL0002285

CONFIDENTIAL

```
TTTTTTTTTTTT   3333333333   7777777777   7777777777   3333333333   WW        WW  AAAAAAAAAA   3333333333
TTTTTTTTTTTT   333333333333 7777777777   7777777777   333333333333 WW        WW  AAAAAAAAAAAA 333333333333
   TT     33           33 77       77   77       77 33         33 WW        WW  AA        AA 33         33
   TT                  33          77            77              33 WW        WW  AA        AA            33
   TT                  33          77            77              33 WW        WW  AA        AA            33
   TT                3333          77            77            3333 WW    WW   WW AAAAAAAAAAAA          3333
   TT                  33          77            77              33 WW    WW   WW AA        AA            33
   TT     33           33          77            77    33        33 WW WWWW WW WW AA        AA 33         33
   TT     33           33          77            77    33        33 WWWW    WWWW  AA        AA 33         33
   TT     333333333333 77            77   3333333333333 WWW       WWW AA        AA 333333333333
   TT     3333333333   77            77   3333333333    WW        WW  AA        AA 3333333333


JJJJJJJJJJ   00000000   7777777777777  555555555555  9999999999      444              AAAAAAAAAA
JJJJJJJJJJ   0000000000  7777777777777 555555555555  999999999999    4444             AAAAAAAAAAAA
       JJ    00     0000 77      77  55         99    99   44 44               AA        AA
       JJ    00   00 00          77  55         99    99   44  44              AA        AA
       JJ    00    00 00         77  55         99    99   44   44             AA        AA
       JJ    00    00 00         77  555555555  999999999999   44444444444     AAAAAAAAAAAA
       JJ    00 00    00         77  5555555555 999999999999   444444444444    AAAAAAAAAAAA
       JJ    00 00    00         77         55            99         44        AA        AA
 JJ    JJ    0000     00         77         55            99         44        AA        AA
 JJ    JJ    000      00         77         55 99         99         44        AA        AA
 JJJJJJJJJ   0000000000          77  555555555555 999999999999       44        AA        AA
  JJJJJJ     00000000            77  55555555555  9999999999         44        AA        AA
```

```
*A END   JOB07594 T3773WA3 R130      JC              ROOM JC   01.45.03 PM 28 NOV 95 STAP0103 DDC1 ACCTNG      JOB07594 END   A*
*A END   JOB07594 T3773WA3 R130      JC              ROOM JC   01.45.03 PM 28 NOV 95 STAP0103 DDC1 ACCTNG      JOB07594 END   A*
*A END   JOB07594 T3773WA3 R130      JC              ROOM JC   01.45.03 PM 28 NOV 95 STAP0103 DDC1 ACCTNG      JOB07594 END   A*
*A END   JOB07594 T3773WA3 R130      JC              ROOM JC   01.45.03 PM 28 NOV 95 STAP0103 DDC1 ACCTNG      JOB07594 END   A*
```

```
*************************************************************************************************
*    E N D                         V P S  R6.1  STC: $VPS                          E N D       *
*************************************************************************************************
*                                 |                |                                           *
*     JOB / PRINTER IDENTIFICATION |  OFF-PRINTER   |    VPS JOB RELATED PRINT STATISTICS       *
*                                 |                |                                           *
* JOBNAME: T3773WA3  PRINTER NAME:  STAP0103 | DATE: 95.332 | ELAPSED PRINT TIME  00.00.26.30  AVG COMP LINE LGTH (Q)------29 *
* JOBID:   JOB07594  VPSLIB MEMBER: STA3     |       11/28/95| NUMBER LINES PRINTED--------145  AVG COMP LINE LGTH (V)------77 *
*                                           |       TUE     | NUMBER PAGES PRINTED----------4  NUMBER VTAM SENDS-----------17 *
*                    GROUP NAME:    VPSGRP01 | TIME: 13.45.03.33 | NUMBER D/S PRINTED-----------1  NUMBER STAGING I/O'S---------0 *
*                                                                                               *
*************************************************************************************************
```

MercerFL0002286