*Osberg v. Foot Locker, Inc., et al.*, 07-cv-01358 (KBF) (S.D.N.Y.)

# Class's Opposition to Defendants' Motion *in Limine* to Exclude Testimony of Christopher Maikels

**July 10, 2015**

# PX1274

CONFIDENTIAL

```
MMPRINT  REG0196B                          11/28/95      9:20:26                                  PAGE   1

DO    DOCUMENTATION (INFORMATION)
------------------------------
      CLIENT:  FWW WOOLWORTH                      CODER:  C MAIKELS
      PROJECT: STATEMENTS                         TKS CODE:


DO    DOCUMENTATION (NOTES)
---------------------------
      REGISTER OF STATEMENT ESTIMATES AS OF 01/01/96
      LIST OF VESTED PARTICIPANTS AT 1/1/96 UNDER AGE 55 AT 1/1/97
```

*Under 55*

*ok DMM*

```
OP    MMPRINT OPTIONS
---------------------
        DB
        NAME
        ----
        CB95


OP    PRINT OPTIONS
--------------------
                                                       PRINT TOTALS    BLANK PAGES
        NEW PAGE FOR                                       ONLY         AT END OF
        EACH RECORD               NUMBER PER  LEFT MARGIN  PAGE        (BLANK, Y)    LISTING
        (BLANK, Y)     SPACING      PAGE        OFFSET     WIDTH
        -----------    -------    ----------  -----------  -----       ------------  -----------
            N                         10                                                  %


OP    SELECTION CRITERIA
------------------------
LINE  SELECTION CRITERIA
----  ------------------
   1  (YOB.GE.42.AND.VESTSVC.GE.3)
   2  ESSN.LT.279000000
```

*12,408*

```
HD    SORT FIELDS
-----------------
        FIELD NAMES
        -----------
        ESSN


PR    TEXT
----------
                TEXT
LINE  P#   LEFT HALF
----  ---  ---------
  1        SOC. SEC. :        XXX-XX-XXXX       X              , X
  2        ACCRUAL THRU 12/31/94: $              X
  3        IMMEDIATE BENEFITS AT 1/1/96:              MONTHLY  AMOUNTS
  4        CASH BALANCE                 SINGLE LIFE ANNUITY   50% JOINT AND SURVI
  5        $          X                 $            X                          $
  6        ----------------------------------------------------------------------
```

MercerFL0002287

```
MMPRINT   REG0196B                        11/28/95    9:20:26                                    PAGE   2

          TEXT
LINE   RIGHT HALF
----   ----------
   1   NORMAL RETIREMENT DATE:  XX/XX/XX
   2
   3
   4   VOR ANNUITY
   5        X
   6   ------------------------------------------------------------------


PR     FIELDS TO BE PRINTED
---------------------------
LINE   FIELD NAMES
----   ------------
   1   ESSN LNAME FNAME MORD DORD YORD
   2   ACCBEN94
   3
   4   CB123195 SLAIMM JS50IMM


CONTROL TOTALS
--------------
SCREEN      LINES          TOTAL
------      -----          -----
DO            1             -97.
DO            2          -21600.
OP            1             321.
OP            1             964.
OP            2          -11527.
HD            1             130.
PR            6        -14536131.
PR            5            48070.

TOTAL        19        -14519870.
```

MercerFL0002288