*Osberg v. Foot Locker, Inc., et al.*, 07-cv-01358 (KBF) (S.D.N.Y.)

# Class's Opposition to Defendants' Motion *in Limine* to Exclude Testimony of Christopher Maikels

# July 10, 2015

# PX1275

CONFIDENTIAL

```
MMPRINT  REG0196                              11/28/95      9:20:11                                                PAGE    1

DO    DOCUMENTATION (INFORMATION)
------------------------------
CLIENT:  FWW WOOLWORTH                              CODER:   C MAIKELS
PROJECT: STATEMENTS                                 TKS CODE:


DO    DOCUMENTATION (NOTES)
--------------------------
      REGISTER OF STATEMENT ESTIMATES AS OF 01/01/96
      INCLUDES THOSE ELIGIBLE FOR EARLY RETIREMENT BY 1/1/97      W or SS


OP    MMPRINT OPTIONS
---------------------
         DB
         NAME
         ----
         CB95


OP    MMPRINT OPTIONS
---------------------
         NEW PAGE FOR                                        PRINT TOTALS    BLANK PAGES
         EACH RECORD              NUMBER PER  LEFT MARGIN    PAGE     ONLY     AT END OF
         (BLANK, Y)    SPACING      PAGE       OFFSET       WIDTH  (BLANK, Y)   LISTING
         ------------  -------   ----------  -----------    -----  -----------  ----------
             N                       6                                              %


OP    SELECTION CRITERIA
-----------------------
LINE  SELECTION CRITERIA              ✓                   ✓
----  ------------------
  1   ((YOB.LT.42.AND.VESTSVC.GE.3).OR.(YOB.LE.31.AND.VESTSVC.GE.1))

                                                         2,703
HD    SORT FIELDS
-----------------
      FIELD NAMES
      -----------
      ESSN
```

Handwritten annotation: "OK DMW"

MercerFL0002289

```
PR      TEXT
-----------
                TEXT
LINE    P#    LEFT HALF
----    ---   ---------
  1      1    SOC. SEC. :      XXX-XX-XXXX    X              , X
  2      2    SOC. SEC. :      XXX-XX-XXXX    X              , X
  3      3
  4           ACCRUAL THRU 12/31/94: $         X                      PAYMENT DATE:  X
  5           OPTION                                  FACTOR                 MONTHLY
  6           SINGLE LIFE ANNUITY:                      X           $              X
  7           JOINT AND SURVIVOR ANNUITIES:                         YOUR BENEFIT
  8             50%                                    .91          $              X
  9             75%                                    .87          $              X
 10            100%                                    .83          $              X
 11           ESTIMATED CASH BALANCE                                $      X
 12           ----------------------------------------------------------------

                TEXT
LINE          RIGHT HALF
----          ----------
  1     NORMAL RETIREMENT DATE:  XX/XX/XX
  2     NORMAL RETIREMENT DATE:  01/01/96
  3
  4     X/XX/XX
  5       BENEFITS
  6
  7             BENEFICIARY
  8             $         X
  9             $         X
 10             $         X
 11
 12     ----------------------------------------------------------------


PR      FIELDS TO BE PRINTED
        --------------------
LINE    FIELD NAMES
----    -----------
  1     ESSN LNAME FNAME MORD DORD YORD
  2     ESSN LNAME FNAME
  3
        ACCBEN94 MOP DOP YOP

  6     ER1196 SLANOW
  7
  8     JSNOW50 BENNOW50
  9     JSNOW75 BENNOW75
 10     JSNOW100 BENNOW00
 11     CB123195
```

MercerFL0002290

```
MMPRINT  REG0196                              11/28/95    9:20:11                                    PAGE    3

PS      PARAGRAPH SELECTION
-------------------------
        ......../..............NAMES OF FIELDS TO BE TESTED....................
            1) YOB       2)            3)            4)            5)

PS PARAGRAPH SELECTION
----------------------
                (1)          (2)          (3)          (4)          (5)
LINE    P#   TEST  VALUE  TEST  VALUE  TEST  VALUE  TEST  VALUE  TEST  VALUE
----    --   ----  -----  ----  -----  ----  -----  ----  -----  ----  -----
  1      1   GE    31
  2      2   LT    31
  3      3   LT    95


CONTROL TOTALS
--------------
SCREEN      LINES         TOTAL
------      -----         -----
DO            1             -97.
DO            2          -22827.
OP            1             321.
OP            1             610.
OP            1          -87243.
HD            1             130.
PR           12       -31780150.
PR           11          396074.
PS            1              40.
PS            3           35353.

TOTAL        34       -31457789.
```