*Osberg v. Foot Locker, Inc., et al.*, 07-cv-01358 (KBF) (S.D.N.Y.)

# Class's Opposition to Defendants' Motion *in Limine* to Exclude Testimony of Christopher Maikels

# July 10, 2015

# PX1272

CONFIDENTIAL

```
DO    DOCUMENTATION  (INFORMATION)
-------------------------------
CLIENT:  FWW WOOLWORTH                    CODER:  C MAIKELS
PROJECT: STATEMENTS                       TKS CODE:


DO    DOCUMENTATION  (NOTES)
---------------------------
REGISTER OF STATEMENT ESTIMATES AS OF 01/01/96
INCLUDES THOSE ELIGIBLE FOR EARLY RETIREMENT BY 1/1/97


OP    MMPRINT OPTIONS
---------------------
      DB
      NAME
      ----
      CB95


OP MMPRINT OPTIONS
------------------
                                                          PRINT TOTALS    BLANK PAGES
      NEW PAGE FOR                                            ONLY         AT END OF
      EACH RECORD              NUMBER PER  LEFT MARGIN  PAGE
      (BLANK, Y)    SPACING      PAGE       OFFSET      WIDTH  (BLANK, Y)    LISTING
      ------------  -------   ----------  -----------  -----  ------------  -----------
           N                      5                                              %


OP    SELECTION CRITERIA
-----------------------
LINE  SELECTION CRITERIA
----  ------------------
  1   ((YOB.LT.42.AND.VESTSVC.GE.3).OR.(YOB.LE.31.AND.VESTSVC.GE.1))
  2   ESSN.EQ.269288395


HD    SORT FIELDS
-----------------
      FIELD NAMES
      -----------
      ESSN
```

MercerFL0002276

CONFIDENTIAL

```
MMPRINT  REGRAND                            12/27/95    12:27:10                                    PAGE   2

PR    TEXT
----------
              TEXT
LINE   P#   LEFT HALF
----   ---  ---------
  1     1   SOC. SEC. :       XXX-XX-XXXX      X              , X
  2     2   SOC. SEC. :       XXX-XX-XXXX      X              , X
  3     3
  4         ACCRUAL THRU 12/31/94: $           X                      PAYMENT DATE:  X
  5         OPTION                                      FACTOR                 MONTHLY
  6         SINGLE LIFE ANNUITY:                           X           $             X
  7         JOINT AND SURVIVOR ANNUITIES:                              YOUR BENEFIT
  8           50%                                        .91           $             X
  9           75%                                        .87           $             X
 10          100%                                        .83           $             X
 11         ESTIMATED CASH BALANCE                               $             X
 12         ------------------------------------------------------------------

            TEXT
LINE      RIGHT HALF
----      ----------
  1       NORMAL RETIREMENT DATE:  XX/XX/XX
  2       NORMAL RETIREMENT DATE:  01/01/96
  3
  4       X/XX/XX
  5         BENEFITS
  6
  7                BENEFICIARY
  8            $          X
  9            $          X
 10            $          X
 11
 12       ------------------------------------------------------------------


PR     FIELDS TO BE PRINTED
--------------------------
LINE   FIELD NAMES
----   -----------
  1    ESSN LNAME FNAME MORD DORD YORD
  2    ESSN LNAME FNAME
  3
       ACCBEN94 MOP DOP YOP

  6    ER1196 SLANOW
  7
  8    JSNOW50 BENNOW50
  9    JSNOW75 BENNOW75
 10    JSNOW100 BENNOW00
 11    CB123195


PS     PARAGRAPH SELECTION
--------------------------
                ....................NAMES OF FIELDS TO BE TESTED....................
                 1) YOB          2)            3)            4)            5)
```

MercerFL0002277

```
PS PARAGRAPH SELECTION
----------------------
              (1)          (2)           (3)          (4)          (5)
LINE   P#  TEST  VALUE  TEST  VALUE  TEST  VALUE  TEST  VALUE  TEST  VALUE
----   --- ----  -----  ----  -----  ----  -----  ----  -----  ----  -----
  1    1   GE    31
  2    2   LT    31
  3    3   LT    95


CONTROL TOTALS
--------------
SCREEN      LINES          TOTAL
------      -----          -----
DO            1             -97.
DO            2          -22827.
OP            1             321.
OP            1             594.
OR            2          -79492.
h             1             130.
PR           12       -31780150.
PR           11          396074.
PS            1              40.
PS            3           35353.

TOTAL        35       -31450054.
WARNING- FIELD   3 FNAME      NEEDS  3 TO LEFT - PRINT LINE      1
WARNING- FIELD   9 FNAME      NEEDS  3 TO LEFT - PRINT LINE      2
```

CONFIDENTIAL

```
UNLOAD
    19347  RECORDS IN DATA BASE
        1  RECORDS UNLOADED
```

MercerFL0002279

CONFIDENTIAL

```
SYNCSORT  3.5DR  TPF3B US PATENTS: 4210961,5117495, OTHER PAT. PEND.  (C) SYNCSORT INC. 1991  DATE=95/361 TIME=12.27.15
                 WILLIAM M. MERCER INC. DEERFIELD DATA CENTER      ESA 4.3.0    CPU MODEL 9121
 SYSIN :
  SORT FIELDS=(0001,09,CH,A)
 WER108I  SORTIN   : RECFM=FB   ; LRECL=    142; BLKSIZE=  8946
 WER110I  SORTOUT  : RECFM=FB   ; LRECL=    142; BLKSIZE=  8946
 WER177I  TURNAROUND SORT PERFORMED
 WER045C  END SORT PHASE
 WER246I  FILESIZE 142 BYTES
 WER054I  RCD IN            1, OUT            1
 WER169I  TPF LEVEL 3B
 WER052I  END SYNCSORT - T0600WAZ,MMPRINT,SORT,DIAG=EC00,3D19,135B,E42C,FD4A,2C09,024A
```

MercerFL0002280