UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/4/2020
```

GEOFFREY OSBERG,
On behalf of himself and on
behalf of all others similarly situated,

              Plaintiff,

v.

FOOT LOCKER, INC. and
FOOT LOCKER RETIREMENT PLAN,

              Defendants.

Case No.: 07-cv-1358 (AT)

## ORDER

AND NOW, this __4 th__ day of __September__, 2020, upon consideration of Defendants and the Class' Joint Letter dated September 2, 2020 (Dkt. 446), it is hereby

ORDERED that:

1. The Court's exercise of jurisdiction over the Foot Locker Retirement Plan, retained pursuant to the Amended Final Judgment in this matter (Dkt. 424 ¶ 7), is hereby extinguished.

2. This Order shall supersede the Court's prior Orders (i) requiring Defendants to submit monthly reports to the Class (Dkt. 424 ¶ 6) and (ii) requiring the Parties to submit quarterly status letters to the Court (Dkt. 436), and such Orders shall no longer have any force or effect.

SO ORDERED.

Dated: September 4, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge